### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | |
| KB TOYS, INC., *et al.*, | : | Case No. 04-BK-10120 (DDS) |
| Debtors. | : | Bk. Adv. Proc. 04-53134 (DDS) |
| ——————————————— | : | |
| BIG LOTS STORES, INC., | : | Civil Action No. 04-1310 (KAJ) |
| Appellant, | : | |
| vs. | : | |
| KB ACQUISITION CORPORATION, *et al.*, | : | |
| Appellees. | : | |

### CONSENT ORDER SETTING BRIEFING SCHEDULE

Pursuant to this Court's Order dated March 28, 2005 and the above-captioned parties' subsequent agreement regarding a briefing schedule in the above-captioned appeal, it is hereby ordered that the following briefing schedule shall apply:

Appellant's Opening Brief shall be filed and served on or before June 1, 2005;

Appellee's Answering Brief shall be filed and served on or before July 1, 2005;

Appellant's Reply Brief shall be filed and served on or before July 11, 2005.

IT IS SO ORDERED.

Dated: April _____, 2005

_____
UNITED STATES DISTRICT JUDGE

Approved as to Form and Content:

BLANK ROME LLP

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*Michael DeBaecke*

*Joel A. Waite*

Michael D. DeBaecke, Esquire
1201 N. Market Street, Suite 800
Wilmington, Delaware 19891
(302) 425-6412

Joel A. Waite, Esquire
The Brandywine Building
1000 West Street
Wilmington, DE 19899-0391
(302) 571-6600

- and -

- and -

Robert J. Sidman, Esquire
William D. Kloss, Jr., Esquire
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43215
(614) 464-6400

Mark N. Polebaum, Esquire
Kristin Collins, Esquire
Wilmer Cutler Pickering Hale and Dorr, LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Attorneys for Appellant

Attorneys for Appellees

2

120156 01600/40152325v1

**UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE**

CERTIFICATE OF SERVICE

I, Michael D. DeBaecke certify that on April 11, 2005, I electronically filed a

*Consent Order Setting Briefing Schedule* with the Clerk of the Court using CM/ECF which will

send notification of such filing(s) to the following: Joel A. Waite, Esquire, Young Conway

Stargatt & Taylor, LLP, if registered.  I hereby certify that on April 11, 2005, I have sent by hand

delivery, the above document(s) to the following:

> Joel A. Waite, Esquire
> YOUNG CONWAY STARGATT & TAYLOR, LLP
> The Brandywine Building
> 1000 West Street
> Wilmington, DE 19801

Michael D. DeBaecke
BLANK ROME LLP
1201 North Market Street
Wilmington, DE 19801
(302) 425-6400
debaecke@blankrome.com

120156.01600/40152350v1