# CERTIFICATE OF SERVICE

I, *Jason W. Staib*, certify that I am not less than 18 years of age, and that on June 1, 2005,

I caused service of the attached *Opening Brief and Appendix of Appellant Big Lots, Inc.* to be

made on the parties listed below as indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.

Jason W. Staib

## BY ELECTRONIC AND HAND DELIVERY

Joel A. Waite, Esquire
M. Blake Cleary, Esquire
*Young Conway Stargatt & Taylor, LLP*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899

## BY ELECTRONIC AND FIRST CLASS MAIL

Mark N. Polebaum, Esquire
Mitchel Appelbaum, Esquire
Dennis L. Jenkins, Esquire
*Wilmer Cutler Pickering Hale and Dorr, LLP*
60 State Street
Boston, MA 02109

120156.01600/40154141v1