IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : |
| KB TOYS, INC., *et al.*, | : Case No. 04-10120 (JBR) |
| | : |
| Debtors. | : Bk. Adv. Proc. 04-53134 (JBR) |
| | : |
| BIG LOTS STORES, INC., | : |
| | : |
| Appellant, | : |
| | : Civil Action No. 04-1310 (KAJ) |
| v. | : |
| | : |
| KB ACQUISITION CORPORATION, *et al.*, | : |
| | : |
| Appellees. | : |

**APPENDIX TO OPENING BRIEF OF APPELLANT BIG LOTS STORES, INC.**

**BLANK ROME LLP**
Michael D. DeBaecke (Del Bar No. 3186)
Jason W. Staib (Del. Bar No. 3779)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone:   (302) 425-6400
Facsimile:    (302) 425-6464

- and -

**VORYS, SATER, SEYMOUR AND PEASE LLP**
Robert J. Sidman
William D. Kloss, Jr.
52 East Gay Street
Columbus, OH 43215
Telephone:   (614) 464-6400
Facsimile:    (614) 719-4962

*Counsel for Appellant
Big Lots Stores, Inc.*

120156.01600/40154132v1

## TABLE OF CONTENTS

Order granting Motion to Dismiss, dated August 25, 2004 ................................................. Exhibit A

Memorandum Opinion regarding Motion to Dismiss, dated August 25, 2004 ................. Exhibit B

Notice of Appeal, dated September 2, 2004 ....................................................................... Exhibit C

First Amended Verified Complaint for Declaratory, Equitable, Monetary
and Injunctive Relief, dated April 15, 2004 ....................................................................... Exhibit D

Defendants' Motion to Dismiss, dated April 26, 2004 ....................................................... Exhibit E

Memorandum in Support of Defendants' Motion to Dismiss, dated April 26, 2004 ......... Exhibit F

Affidavit of William D. Kloss, Jr., dated April 12, 2004 ................................................... Exhibit G

Excerpts from the Transcript of Omnibus Hearing on April 29, 2004 ............................... Exhibit H

Plaintiff's Answering Brief in Opposition to Defendants' Motion to Dismiss,
dated May 20, 2004 .............................................................................................................. Exhibit I

Plaintiff's Motion for Summary Judgment, dated May 20, 2004 ....................................... Exhibit J

Plaintiff's Opening Brief in Support of Summary Judgment, dated May 20, 2004 .......... Exhibit K

Affidavit of L. Michael Watts, dated May 20, 2004 ........................................................... Exhibit L

Stipulation and Order Extending Defendants' Time to Respond to
(I) Amended Complaint and (II) Plaintiff's Motion for Summary Judgment,
dated June 3, 2004 ............................................................................................................... Exhibit M

Defendants' Reply Memorandum to Plaintiff's Answering Brief in Opposition to
Defendants' Motion to Dismiss, dated June 1, 2004 .......................................................... Exhibit N

Excerpts from the Transcript of Omnibus Hearing on August 23, 2004 ........................... Exhibit O