**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| KB TOYS, INC., *et al.*, | ) | |
| | ) | Case No. 04-10120 (JBR) |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| BIG LOTS STORES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 04-53134 (JBR) |
| | ) | |
| KB ACQUISITION CORPORATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

AND NOW this 25th day of August, 2004, upon consideration of KB Acquisition

Corporation and certain of its affiliates' Motion to Dismiss Big Lots Stores, Inc.'s Adversary

Proceeding (Docket No. 24), and for the reasons set forth in the memorandum opinion, it is

hereby

ORDERED that the Motion to Dismiss is GRANTED.

*Joel B. Rosenthal*

Joel B. Rosenthal
United States Bankruptcy Judge