**EXHIBIT C**

900200.00001/40124222v1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| KB TOYS, INC., *et al.*, | : | Case No. 04-10120 (JBR) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |
| BIG LOTS STORES, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adversary No. 04-53134 (JBR) |
| | : | |
| KB ACQUISITION CORPORATION, *et al.*, | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF APPEAL**

Pursuant to Rules 8001(a) and 8002(a) of the Federal Rules of Bankruptcy Procedure, Plaintiff Big Lots Stores, Inc. ("Plaintiff") hereby appeals from the Memorandum Opinion [Adv. Dkt. No. 110] and Order [Adv. Dkt. No. 109] of the Delaware Bankruptcy Court entered on August 25, 2004, which granted Defendants' Motion to Dismiss [Adv. Dkt. No. 24] the above-captioned adversary proceeding.

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

1) The above-captioned debtors and debtors in possession (the "Debtors") named as defendants in the adversary proceeding, including:

| | |
|---|---|
| KB Acquisition Corporation | Bayamon Kay-Bee Toy, Inc. |
| KB Toys, Inc. | Calle Betances Kay-Bee Toy, Inc. |
| Havens Corners Corporation | Carolina Kay-Bee Toy, Inc. |
| KB Toys (US), Inc. | Centro Del Sur Kay-Bee Toy, Inc. |
| Southdale Kay-Bee Toy, Inc. | Cordero Ave. (Caguas) Kay-Bee Toy, Inc. |
| KB Holdings, LLC | Fajardo State Rd. Kay-Bee Toy, Inc. |
| Aguadilla Kay-Bee Toy, Inc. | KB Toy of Alaska, Inc. |
| Ala Moana Kay-Bee Toy, Inc. | KB Toy of Arizona, Inc. |
| Atocha Street Kay-Bee Toy, Inc. | KB Toy of Arkansas, Inc. |

120156.01600/40144377v1

*114*

KB Toy of California, Inc.
KB Toy of Colorado, Inc.
KB Toy of Connecticut, Inc.
KB Toy of Florida, Inc.
KB Toy of Hawaii, Inc.
KB Toy of Idaho, Inc.
KB Toy of Maryland, Inc.
KB Toy of Nebraska, Inc.
KB Toy of Nevada, Inc.
KB Toy of North Carolina, Inc.
KB Toy of Ohio, Inc.
KB Toy of South Dakota, Inc.
KB Toy of Tennessee, Inc.
KB Toy of Texas, Inc.
KB Toy of Utah, Inc.
KB Toy of Virginia, Inc.
KB Toy of Washington, Inc.
KB Toy of Wisconsin, Inc.
KB Toy of Wyoming, Inc.
KB Toy Distribution South, Inc.
Kay-Bee Caguas Centrum, Inc.
Kay-Bee Carolina, Inc.
Kay-Bee De Diego Street, Inc.
Kay-Bee Del Norte, Inc.
Kay-Bee Guayama, Inc.
Kay-Bee Isabela, Inc.

Kay-Bee Juncos Plaza, Inc.
Kay-Bee Manati, Inc.
Kay-Bee Palma Real, Inc.
Kay-Bee Playa Del Sol, Inc.
Kay-Bee Plaza Acquarium, Inc.
Kay-Bee Plaza Caribe, Inc.
Kay-Bee Plaza Del Atlantico, Inc.
Kay-Bee Toy & Hobby Shops, Inc.
Kay-Bee Western Plaza, Inc.
Kay-Bee Yabucoa, Inc.
Las Americas Kay-Bee Toy, Inc.
Main Street (Yauco) Kay-Bee Toy, Inc.
Mayaguez Kay-Bee Toy, Inc.
Montehiedra Kay-Bee Toy, Inc.
Pheasant Kay-Bee Toy, Inc.
Plaza Del Caribe Kay-Bee Toy, Inc.
Rio Hondo Kay-Bee Toy, Inc.
KB Toy of Pennsylvania, Inc.
KB Toy of Massachusetts, Inc.
KB Toy of New Jersey, Inc.
KB Toys Wholesale, Inc.
Travel, Inc. of Pittsfield
Mall of America Kay-Bee, Inc.
Montgomery Toy, LLC
KB Online Holdings, LLC
Brain Play.com, Inc.

The Debtors are represented by:

> Mark N. Polebaum, Esquire
> Wilmer Cutler Pickering Hale and Dorr, LLP
> 60 State Street
> Boston, MA 02109
> Telephone:    (617) 526-6000
> Facsimile:    (617) 526-5000

> and

> Joel A. Waite, Esquire
> M. Blake Cleary, Esquire
> Young Conaway Stargatt & Taylor, LLP
> The Brandywine Building, 17th Floor
> 1000 West Street
> Wilmington, DE 19899-0391
> Telephone:    (302) 571-6600
> Facsimile:    (302) 576-3342

2

Other than Plaintiff, the Debtors are the only parties who have appeared or filed papers in the adversary proceeding.

Dated: September 2, 2004

BLANK ROME LLP

*/s/ Michael DeBaecke*

Michael D. DeBaecke (No. 3186)
1201 North Market Street, Suite 800
Wilmington, DE 19899
Telephone:    (302) 425-6412

- and -

Robert J. Sidman
William D. Kloss, Jr.
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
Columbus, OH 43215
Telephone:    (614) 464-6400

Attorneys for Big Lots Stores, Inc.

## CERTIFICATE OF SERVICE

I, *Michael D. DeBaecke*, certify that I am not less than 18 years of age, and that on September 2, 2004, I caused service of the attached *Plaintiff's Notice of Appeal* to be made on the parties listed below as indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.

*Michael DeBaecke*
Michael D. DeBaecke

### BY HAND DELIVERY

Joel A. Waite, Esquire
M. Blake Cleary, Esquire
*Young Conway Stargatt & Taylor, LLP*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899

### BY FACSIMILE AND FIRST CLASS MAIL

Mark N. Polebaum, Esquire
Mitchel Appelbaum, Esquire
Dennis L. Jenkins, Esquire
*Wilmer Cutler Pickering Hale and Dorr, LLP*
60 State Street
Boston, MA 02109

120156.01600/40144451v1