**EXHIBIT E**

900200.00001/40124222v1

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:*<br><br>KB TOYS, INC., *et al.*,<br><br>　　　　　　　Debtors.<br><br>BIG LOTS STORES, INC.,<br><br>　　　　　　　Plaintiff<br><br>v.<br><br>KB ACQUISITION CORPORATION, *et al.*,<br><br>　　　　　　　Defendants. | Chapter 11<br><br>Case No. 04-10120 (JBR)<br>(Jointly Administered)<br><br><br><br><br>Adversary Proceeding No. 04-53134 (JBR) |

**DEFENDANTS' MOTION TO DISMISS**

For the reasons set forth in the Memorandum in Support of Defendants' Motion to Dismiss, filed contemporaneously herewith, the defendants, debtors in possession in the above-captioned chapter 11 cases, respectfully request that this Court enter an order dismissing this adversary proceeding.

Dated: April 26, 2004
　　　　Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Joel A. Waite (No. 2925)
M. Blake Cleary (No. 3614)
Matthew B. Lunn (No. 4119)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Tel: (302) 571-6600
Fax: (302) 571-1253

- and –

WP3:996159.1　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　62865.1001

HALE AND DORR LLP
Mark N. Polebaum (BBO #402060)
Mitchel Appelbaum (BBO #558579)
Dennis L. Jenkins (BBO #637065)
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

Counsel for the Debtors and Debtors In Possession