**EXHIBIT G**

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| KB TOYS, INC., *et al.*, | : | Case No. 04-10120 (JBR) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| _____ | : | |
| | : | |
| BIG LOTS STORES, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| Vs. | : | Adversary No. 04-53134 (JBR) |
| | : | |
| KB ACQUISITION CORPORATION, | : | |
| | : | |
| Defendant. | : | |

## AFFIDAVIT OF WILLIAM D. KLOSS, JR.

Now comes William D. Kloss, Jr. and after being duly sworn and cautioned, states as follows:

1.     I am over the age of eighteen years and have personal knowledge of the facts contained in this affidavit.  I am one of the attorneys for Plaintiff, Big Lots Stores, Inc. ("Big Lots") in the above entitled adversary proceeding.

2.     On March 31, 2004, Big Lots filed its motion for preliminary injunction. The hearing on the motion was scheduled for April 29, 2004.

3.     After filing the motion  I immediately requested that Debtor produce representatives for deposition.  A true and accurate copy of my letter dated April 1, 2004 to Debtor's counsel is attached hereto as Exhibit 1.  In light of the pending hearing date, I renewed Big Lots' request to schedule the depositions the next day.  A true and accurate copy of my April 2, 2004 letter to Debtor's counsel is attached hereto as Exhibit 2.

In Re KB Toys, Inc., et al., Case No. 04-10120 (JBR)
Big Lots Stores, Inc. v. KB Acquisition Corporation,
Adversary No. 04-53134 (JBR)
Affidavit of William D. Kloss, Jr.

4.    Thereafter Debtor's counsel indicated that until the parties held the discovery conference required by Local Rule 7016-1(a)(i) and Fed. R. Civ. P. 26(f) (the "Conference"), he would not permit discovery.  He offered to hold the Conference on April 22, 2004.  A true and accurate copy of Debtor's counsel's April 5, 2004 letter is attached as Exhibit 3.

5.    I again requested that the Conference be scheduled earlier.  True and accurate copies of my April 7, 2004 and April 8, 2004 letters are attached as Exhibits 4 and 5. My last letter indicated that I was willing to hold the Conference immediately.

6.    On April 8, 2004 Debtor's counsel wrote to me and indicated that: "the Local Rules and Federal Rules of Civil Procedure do no [sic] permit discovery until the Rule 26(f) meeting is held and discovery in advance of the hearing on your client's request for a preliminary injunction is not appropriate unless you can establish to the court's satisfaction that there is good cause for such expedited discovery."  A true and accurate copy of Debtor's counsel's April 8, 2004 letter is attached as Exhibit 6.

7.    On April 9, 2004, counsel for the parties had several telephone conversations and exchanged correspondence.  In that correspondence, the parties made their respective positions clear.  Big Lots desires to hold the Conference immediately and commence depositions prior to the Hearing.  Big Lots' counsel indicated that he would hold the Conference "on any day at any time" and that he stood "ready, willing and able to make [himself] available on any day at any time (including weekends) to conduct the conference."  In addition during a

In Re KB Toys, Inc., et al., Case No. 04-10120 (JBR)
Big Lots Stores, Inc. v. KB Acquisition Corporation,
Adversary No. 04-53134 (JBR)
Affidavit of William D. Kloss, Jr.

telephone conversation the morning of April 9, 2004, Debtor's counsel made it clear that he "will

do anything possible to prevent [me] from taking any discovery prior to the hearing."

       8.     Attached as Exhibit 7 is a true and accurate copy of the Notice to Take

Deposition that I served on April 12, 2004.

       9.     Despite counsel's effort, Debtor is unwilling to: (1) move the conference;

and (2) make its representatives available for deposition prior to the Hearing, regardless of when

the Conference is held.  Attached hereto as Exhibits 8 through 11 are true and accurate copies of

the correspondence exchanged between the parties' counsel, all dated April 9, 2004.

      10.    Counsel for Big Lots believes that a discovery impasse exists and that all

good faith efforts to resolve it short of this motion have been exhausted.

     Further affiant sayeth naught.

_William D. Kloss_
William D. Kloss, Jr.


Sworn to and subscribed in my presence this 12th day of April, 2004.

_Lois M. Hilty_
Notary Public

**LOIS M. HILTY**
**NOTARY PUBLIC, STATE OF OHIO**
**MY COMMISSION EXPIRES MAY 4, 2009**

04/12/2004 - 9443683.2

**EXHIBIT 1**

# Vorys, Sater, Seymour and Pease LLP

52 East Gay Street • Post Office Box 1008 • Columbus, Ohio 43216-1008 • Telephone (614) 464-6400 • Facsimile (614) 464-6350 • Cable VORYSATER

**Date:** Thursday, April 01, 2004

**TO:** Mark Polebaum                    **Facsimile No.**  (617) 526-5000

**of:** Hale and Dorr LLP                 **Telephone No.**  (617) 526-6792

**FROM:** William D. Kloss, Jr.            **Direct Dial No.**  (614) 464-6360

                                          **Direct Fax No.**  (614) 719-4807

**Number of pages (including this sheet):**  2

**PRIVATE AND CONFIDENTIAL**   The sender intends to communicate the contents of this transmission only to the person to whom it is addressed.  This transmission may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law.  If the recipient of this transmission is not the designated recipient or the employee or agent responsible for delivering this transmission to the designated recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this transmission in error, please notify us immediately by telephone [(614) 464-8346 collect], and promptly return the original transmission to us at the above address by mail.  We will reimburse you for any costs you may incur.

| User ID | Client | Matter |
|---------|--------|--------|
| WDKlossjr-003499-000038 | | |

**If you have any problems with transmission, please call (614) 464-8346**

# Vorys, Sater, Seymour and Pease LLP

52 East Gay Street • Post Office Box 1008 • Columbus, Ohio 43216-1008 • Telephone (614) 464-6400 • Facsimile (614) 464-6350

| | | | | |
|---|---|---|---|---|
| Arthur I. Vorys<br>1856-1933<br>Lowry F. Sater<br>1867-1935<br>Augustus T. Seymour<br>1873-1926<br>Edward L. Pease<br>1873-1924 | In Washington<br>Eleventh Floor<br>1828 L Street, NW<br>Washington, DC 20036-5109<br><br>Telephone (202) 467-8800<br>Facsimile (202) 467-8900 | In Cleveland<br>2100 One Cleveland Center<br>1375 East Ninth Street<br>Cleveland, Ohio 44114-1724<br><br>Telephone (216) 479-6100<br>Facsimile (216) 479-6060 | In Cincinnati<br>Suite 2000 • Atrium II<br>221 East Fourth Street<br>Post Office Box 0236<br>Cincinnati, Ohio 45201-0236<br><br>Telephone (513) 723-4000<br>Facsimile (513) 723-4056 | In Alexandria<br>277 South Washington Street<br>Suite 310<br>Alexandria, Virginia 22314-3646<br><br>Telephone (703) 837-6999<br>Facsimile (703) 549-4492 |

William D. Kloss, Jr.
Direct Dial (614) 464-6360
Facsimile (614) 719-4807
EMail - wdklossjr@vssp.com

April 1, 2004

**VIA FACSIMILE**

Mark N. Polebaum, Esq.
Hale and Dorr LLP
60 State Street
Boston, MA  02109

> Re:  In Re KB Toys, Inc., et al., Case No. 04-10120 (JBR)
> Big Lots Stores, Inc. v. KB Acquisition Corporation,
> Adversary No. 04-53134 (JBR)

Dear Mark:

By now, I am certain you have received copies of the complaint and the motion for preliminary injunction that we filed on behalf of Big Lots Stores, Inc.  I would like to begin scheduling discovery depositions of your client.  Thus, I would appreciate it if you would give me a call so we can discuss this issue.

I look forward to hearing from you soon.

Very truly yours,

*Bill Kloss*

William D. Kloss, Jr.

WDK/lmh

**Hilty, Lois M.**

| | |
|---|---|
| **From:** | Faxmail Gateway [/NM=Faxmail Gateway/OP=0] |
| **Sent:** | Thursday, April 01, 2004 2:31 PM |
| **To:** | LMHilty |
| **Subject:** | Successful fax to Mark Polebaum on 04/01/2004 |

eff55D1.tif
(75 KB)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

VSSP OUTBOUND FAX DELIVERY NOTIFICATION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Your fax was successfully delivered.

Date: 04/01/2004
Time: 02:30:00 PM

 To: Mark Polebaum
 At: (617) 526-5000
From: William D. Kloss, Jr.

Pages sent: 2

This fax contained the following cover sheet text:

1

EXHIBIT 2

# Vorys, Sater, Seymour and Pease LLP

52 East Gay Street • Post Office Box 1008 • Columbus, Ohio 43216-1008 • Telephone (614) 464-6400 • Facsimile (614) 464-6350 • Cable VORYSATER

**Date:** Friday, April 02, 2004

**TO:** Mark Polebaum

**of:** Hale and Dorr LLP

**FROM:** William D. Kloss, Jr.

**Facsimile No.** (617) 526-5000

**Telephone No.** (617) 526-6792

**Direct Dial No.** (614) 464-6360

**Direct Fax No.** (614) 719-4807

**Number of pages (including this sheet):** 3

**PRIVATE AND CONFIDENTIAL**   The sender intends to communicate the contents of this transmission only to the person to whom it is addressed.  This transmission may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law.  If the recipient of this transmission is not the designated recipient or the employee or agent responsible for delivering this transmission to the designated recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this transmission in error, please notify us immediately by telephone [(614) 464-8346 collect], and promptly return the original transmission to us at the above address by mail.  We will reimburse you for any costs you may incur.

| User ID | Client | Matter |
|---|---|---|
| WDKlossjr-003499-000038 | | |

**If you have any problems with transmission, please call (614) 464-8346**

# Vorys, Sater, Seymour and Pease LLP

52 East Gay Street • Post Office Box 1008 • Columbus, Ohio 43216-1008 • Telephone (614) 464-6400 • Facsimile (614) 464-6350

| | | | | |
|---|---|---|---|---|
| Arthur I. Vorys | In Washington | In Cleveland | In Cincinnati | In Alexandria |
| 1856-1933 | Eleventh Floor | 2100 One Cleveland Center | Suite 2000 • Atrium II | 277 South Washington Street |
| Lowry F. Sater | 1828 L Street, NW | 1375 East Ninth Street | 221 East Fourth Street | Suite 310 |
| 1867-1635 | Washington, DC 20036-5109 | Cleveland, Ohio 44114-1724 | Post Office Box 0236 | Alexandria, Virginia 22314-3646 |
| Augustus T. Seymour | | | Cincinnati, Ohio 45201-0236 | |
| 1873-1926 | Telephone (202) 467-8800 | Telephone (216) 479-6100 | Telephone (513) 723-4000 | Telephone (703) 837-6999 |
| Edward L. Pease | Facsimile (202) 467-8900 | Facsimile (216) 479-6060 | Facsimile (513) 723-4056 | Facsimile (703) 549-4492 |
| 1873-1924 | | | | |

William D. Kloss, Jr.
Direct Dial (614) 464-6360
Facsimile (614) 719-4807
E-Mail · wdkloss.jr@vssp.com

April 2, 2004

**VIA FACSIMILE**

Mark N. Polebaum, Esq.
Hale and Dorr LLP
60 State Street
Boston, MA  02109

Re:    In Re KB Toys, Inc., et al., Case No. 04-10120 (JBR)
       Big Lots Stores, Inc. v. KB Acquisition Corporation,
       Adversary No. 04-53134 (JBR)

Dear Mark:

I write to respond to the issues that you raised in our April 1, 2004 telephone conference.

You again raised the issue of set-off based upon KB Acquisition's claim that Big Lots owes it sales and use taxes. As I previously indicated in my March 23, 2004 e-mail to you, at the time of the sale, the balance sheet carried a reserve account of $887,000. That reserve was established by the parties to address the precise situation now raised by KB Acquisition -- tax issues, including sales and use taxes. Thus, KB Acquisition has been compensated for any amount that it now seeks to claim as a set-off.

Second, you raised the issue of a compulsory counterclaim arising from the "top pricing" issue. I discussed this issue with Big Lots and my partners most familiar with the issue and we disagree with your analysis. Not only do we believe that any such case would be without merit, damages, if any, would be extraordinarily difficult to prove. This is especially true given that KB Acquisition, the party to the adversary, is nothing more than a non-operating parent company. Indeed, in light of that fact I am not convinced that KB Acquisition even has a counterclaim for "business damage" as you suggested.

I am still willing to discuss alternatives to full scale litigation and the pending motion for preliminary injunction. But any such alternative must include a commitment by KB Acquisition to preserve the tax refunds it has received and will receive in the future while we

Vorys, Sater, Seymour and Pease LLP

Mark N. Polebaum, Esq.
April 2, 2004
Page 2

work through these issues.  In the meantime, I renew my request that we schedule depositions.
At this point I would like to depose Robert Feldman and Charles Stengl.

I look forward to your call.

Very truly yours,

*Bill Kloss*

William D. Kloss, Jr.

WDK/lmh

**Hilty, Lois M.**

| | |
|---|---|
| **From:** | Faxmail Gateway [/NM=Faxmail Gateway/OP=0] |
| **Sent:** | Friday, April 02, 2004 9:39 AM |
| **To:** | LMHilty |
| **Subject:** | Successful fax to Mark Polebaum on 04/02/2004 |



eff44C8.tif
(113 KB)

*************************************************
VSSP OUTBOUND FAX DELIVERY NOTIFICATION
*************************************************

Your fax was successfully delivered.

Date: 04/02/2004
Time: 09:39:00 AM

 To: Mark Polebaum
 At: (617) 526-5000
From: William D. Kloss, Jr.

Pages sent: 3

This fax contained the following cover sheet text:

# HALE AND DORR LLP
### COUNSELORS AT LAW

haledorr.com
60 STATE STREET • BOSTON, MA 02109
617-526-6000 • FAX 617-526-5000

# FAX

## EXHIBIT 3

Total Number of Pages: 2

|  |  | **Fax / Phone:** |
|---|---|---|
| To: | Kenneth A. Grady<br>KB Toys, Inc. | **(413) 496-3640** / (413) 496-3180 |
|  | William D. Kloss, Jr.<br>Vorys, Sater, Seymour and Pease | **(614) 719-4807** / (614) 464-6360 |
|  | Joel A. Waite<br>Young Conaway Stargatt & Taylor<br>LLP | **(302) 571-1253** / (302) 571-6688 |

From: Mark N. Polebaum
617-526-6792

Date:   April 5, 2004

Note:

This facsimile transmission is confidential and may be privileged. If you are not the intended recipient, please immediately call the sender or, if the sender is not available, call 617-526-5413, and destroy all copies of this transmission. If the transmission is incomplete or illegible, please call the sender or, if the sender is not available, call 617-526-5413. Thank you.

Client Matter Number:   289532-123
Return To:                      2511

Transmitted by:   _____

BOSTON    LONDON    MUNICH    NEW YORK    OXFORD    PRINCETON    RESTON    WALTHAM    WASHINGTON

*Hale and Dorr LLP is a Massachusetts limited liability partnership. Our London and Oxford offices are operated under a Delaware limited liability partnership.*

# HALE AND DORR LLP

COUNSELORS AT LAW

**haledorr.com**

60 STATE STREET • BOSTON, MA 02109

617-526-6000 • FAX 617-526-5000

MARK N. POLEBAUM

617-526-6792

mark.polebaum@haledorr.com

April 5, 2004

**By Facsimile**

William D. Kloss, Jr.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Post Office Box 1008
Columbus, Ohio 43216

> Re:    In re KB Toys, Inc., et al., Chapter 11 Case No. 04-10120 (JBR) (Jointly
>        Administered) - Big Lots Stores, Inc. v. KB Acquisition Corporation, Adversary
>        No. 04-53134 (JBR)

Dear William:

Under Rule 7016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and pursuant to the Summons and Notice of Pretrial Conference served on KB Acquisition Corporation, the hearing scheduled for April 29, 2004 is deemed to be the scheduling conference required by Rule 16(b) of the Federal Rules of Civil Procedure. Local Rule 7016-1(a)(ii) further provides that the parties must confer at least five (5) days prior to the scheduling conference to discuss, among other things, the scope and timing of discovery as contemplated by Fed. R. Civ. P. 26(f). Of course, Fed. R. Civ. P. 26(d) expressly prohibits the commencement of discovery before the parties have conferred as required by Fed. R. Civ. P. 26(f). Thus, in response to your request of April 2, 2004 to schedule the depositions of Robert Feldman and Charles Stengl, I propose that we schedule the conference of counsel contemplated by the Local Rules for April 22, 2004 at 10:00 a.m. At that time, we can discuss discovery issues and the other matters required by the applicable rules of procedure.

Sincerely,

Mark N. Polebaum

cc:    Kenneth A. Grady, Esq.
       Joel A. Waite, Esq.

BOSTON     LONDON     MUNICH     NEW YORK     OXFORD     PRINCETON     RESTON     WALTHAM     WASHINGTON

*Hale and Dorr LLP is a Massachusetts limited liability partnership. Our London and Oxford offices are operated under a Delaware limited liability partnership.*
BOSTON 1885781v1

**Hilty, Lois M.**

| | |
|---|---|
| **From:** | Faxmail Gateway [/NM=Faxmail Gateway/OP=0] |
| **Sent:** | Monday, April 05, 2004 11:53 AM |
| **To:** | WDKlossJr |
| **Subject:** | Inbound Fax from 617 526 5000 on 04/05/2004 (COL) |

eff6793.tif
(40 KB)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

VSSP INBOUND FAX NOTIFICATION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

You have received an inbound fax.

   Date: 04/05/2004
   Time: 11:52:00 AM

 Routed by: 617 526 5000
Pages rcvd: 2

**EXHIBIT 4**

# Vorys, Sater, Seymour and Pease LLP

52 East Gay Street • Post Office Box 1008 • Columbus, Ohio 43216-1008 • Telephone (614) 464-6400 • Facsimile (614) 464-6350 • Cable VORYSATER

**Date:** Wednesday, April 07, 2004

| | | | |
|---|---|---|---|
| **TO:** | Mark Polebaum | **Facsimile No.** | (617) 526-5000 |
| **of:** | Hale and Dorr LLP | **Telephone No.** | (617) 526-6792 |
| **FROM:** | William D. Kloss, Jr. | **Direct Dial No.** | (614) 464-6360 |
| | | **Direct Fax No.** | (614) 719-4807 |

**Number of pages (including this sheet):** 2

**PRIVATE AND CONFIDENTIAL**   The sender intends to communicate the contents of this transmission only to the person to whom it is addressed.   This transmission may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law.  If the recipient of this transmission is not the designated recipient or the employee or agent responsible for delivering this transmission to the designated recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this transmission in error, please notify us immediately by telephone [(614) 464-8346 collect], and promptly return the original transmission to us at the above address by mail.  We will reimburse you for any costs you may incur.

| User ID | Client | Matter |
|---|---|---|
| WDKlossjr-003499-000038 | | |

**If you have any problems with transmission, please call (614) 464-8346**

# Vorys, Sater, Seymour and Pease LLP

52 East Gay Street • Post Office Box 1008 • Columbus, Ohio 43216-1008 • Telephone (614) 464-6400 • Facsimile (614) 464-6350

| | | | | |
|---|---|---|---|---|
| Arthur I. Vorys<br>1856-1933<br>Lowry F. Sater<br>1867-1935<br>Augustus T. Seymour<br>1873-1926<br>Edward L. Pease<br>1873-1924 | In Washington<br>Eleventh Floor<br>1828 L Street, NW<br>Washington, DC 20036-5109<br><br>Telephone (202) 467-8800<br>Facsimile (202) 467-8900 | In Cleveland<br>2100 One Cleveland Center<br>1375 East Ninth Street<br>Cleveland, Ohio 44114-1724<br><br>Telephone (216) 479-6100<br>Facsimile (216) 479-6060 | In Cincinnati<br>Suite 2000 • Atrium II<br>221 East Fourth Street<br>Post Office Box 0236<br>Cincinnati, Ohio 45201-0236<br><br>Telephone (513) 723-4000<br>Facsimile (513) 723-4056 | In Alexandria<br>277 South Washington Street<br>Suite 310<br>Alexandria, Virginia 22314-3646<br><br>Telephone (703) 837-6999<br>Facsimile (703) 549-4492 |

William D. Kloss, Jr.
Direct Dial (614) 464-6360
Facsimile (614) 719-4807
E-Mail · wdklossjr@vssp.com

April 7, 2004

**VIA FACSIMILE**

Mark N. Polebaum, Esq.
Hale and Dorr LLP
60 State Street
Boston, MA  02109

         Re:    <u>In Re KB Toys, Inc., et al.</u>, Case No. 04-10120 (JBR)
               <u>Big Lots Stores, Inc. v. KB Acquisition Corporation</u>,
               Adversary No. 04-53134 (JBR)

Dear Mark:

        Thank you for your previous letter pertaining to discovery in the above matter.

        You suggested that we have our Rule 26(f) conference on April 22, 2004 to discuss a discovery plan. However, the Court has scheduled an April 29, 2004 hearing on Big Lots' motion for preliminary injunction. Obviously, we need to complete some discovery prior to that time. Thus, I suggest that we hold our Rule 26(f) conference as soon as possible. At that time, we can discuss discovery in general, including deposition dates prior to April 29.

        I look forward to your prompt response.

                 Very truly yours,

                 *Bill Kloss*

                 William D. Kloss, Jr.

WDK/lmh
cc:    Michael D. DeBaecke, Esq. *(via facsimile)*

04/07/2004 - 9441788

**Hilty, Lois M.**

| | |
|---|---|
| **From:** | Faxmail Gateway [/NM=Faxmail Gateway/OP=0] |
| **Sent:** | Wednesday, April 07, 2004 9:25 AM |
| **To:** | LMHilty |
| **Subject:** | Successful fax to Mark Polebaum on 04/07/2004 |

eff12CC.tif
(81 KB)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

VSSP OUTBOUND FAX DELIVERY NOTIFICATION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Your fax was successfully delivered.

Date: 04/07/2004
Time: 09:24:00 AM

To: Mark Polebaum
At: (617) 526-5000
From: William D. Kloss, Jr.

Pages sent: 2

This fax contained the following cover sheet text:

**EXHIBIT 5**

# Vorys, Sater, Seymour and Pease LLP

52 East Gay Street • Post Office Box 1008 • Columbus, Ohio 43216-1008 • Telephone (614) 464-6400 • Facsimile (614) 464-6350 • Cable VORYSATER

**Date:** Thursday, April 08, 2004

**TO:** Mark Polebaum                          **Facsimile No.**  (617) 526-5000

**of:** Hale and Dorr LLP                       **Telephone No.**  (617) 526-6792

**FROM:** William D. Kloss, Jr.                 **Direct Dial No.**  (614) 464-6360

                                                 **Direct Fax No.**  (614) 719-4807

**Number of pages (including this sheet):**  2

**PRIVATE AND CONFIDENTIAL**  The sender intends to communicate the contents of this transmission only to the person to whom it is addressed.  This transmission may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law.  If the recipient of this transmission is not the designated recipient or the employee or agent responsible for delivering this transmission to the designated recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this transmission in error, please notify us immediately by telephone [(614) 464-8346 collect], and promptly return the original transmission to us at the above address by mail.  We will reimburse you for any costs you may incur.

| User ID | Client | Matter |
|---------|--------|--------|
| WDKlossjr-003499-000038 | | |

**If you have any problems with transmission, please call (614) 464-8346**

# Vorys, Sater, Seymour and Pease LLP

52 East Gay Street • Post Office Box 1008 • Columbus, Ohio 43216-1008 • Telephone (614) 464-6400 • Facsimile (614) 464-6350

| | | | | |
|---|---|---|---|---|
| Arthur I. Vorys<br>1856-1933<br>Lowry F Sater<br>1867-1935<br>Augustus T. Seymour<br>1873-1926<br>Edward L. Pease<br>1873-1924 | In Washington<br>Eleventh Floor<br>1828 L Street, NW<br>Washington, DC 20036-5109<br><br>Telephone (202) 467-8800<br>Facsimile (202) 467-8900 | In Cleveland<br>2100 One Cleveland Center<br>1375 East Ninth Street<br>Cleveland, Ohio 44114-1724<br><br>Telephone (216) 479-6100<br>Facsimile (216) 479-6060 | In Cincinnati<br>Suite 2000 • Atrium II<br>221 East Fourth Street<br>Post Office Box 0236<br>Cincinnati, Ohio 45201-0236<br><br>Telephone (513) 723-4000<br>Facsimile (513) 723-4056 | In Alexandria<br>277 South Washington Street<br>Suite 310<br>Alexandria, Virginia 22314-3646<br><br>Telephone (703) 837-6999<br>Facsimile (703) 549-4492 |

William D. Kloss, Jr.
Direct Dial (614) 464-6360
Facsimile (614) 719-4807
EMail - wdklossjr@vssp.com

April 8, 2004

**VIA FACSIMILE**

Mark N. Polebaum, Esq.
Hale and Dorr LLP
60 State Street
Boston, MA 02109

Re:    <u>In Re KB Toys, Inc., et al.</u>, Case No. 04-10120 (JBR)
<u>Big Lots Stores, Inc. v. KB Acquisition Corporation,</u>
Adversary No. 04-53134 (JBR)

Dear Mark:

       I have not heard back from you with regard to discovery in the above matter. Again, I will make myself available immediately for a Rule 26(f) conference.

       Likewise, I need to hear from you with regard to the requested depositions. If I do not, I will simply issue notices and we will have to take up any objections that your client may have with the Court.

       I appreciate your anticipated cooperation. I look forward to hearing from you soon.

Very truly yours,

*Bill Kloss*

William D. Kloss, Jr.

WDK/lmh

04/08/2004 - 9443086

**Hilty, Lois M.**

| | |
|---|---|
| **From:** | Faxmail Gateway [/NM=Faxmail Gateway/OP=0] |
| **Sent:** | Thursday, April 08, 2004 3:44 PM |
| **To:** | LMHilty |
| **Subject:** | Successful fax to Mark Polebaum on 04/08/2004 |

eff2B9.tif (77
KB)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
    VSSP OUTBOUND FAX DELIVERY NOTIFICATION
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Your fax was successfully delivered.

Date: 04/08/2004
Time: 03:43:00 PM

 To: Mark Polebaum
 At: (617) 526-5000
From: William D. Kloss, Jr.

Pages sent: 2

This fax contained the following cover sheet text:

# HALE AND DORR LLP

COUNSELORS AT LAW

**EXHIBIT 6**

**haledorr.com**

60 STATE STREET • BOSTON, MA 02109

617-526-6000 • FAX 617-526-5000

MARK N. POLEBAUM

617-526-6792

mark.polebaum@haledorr.com

April 8, 2004

**By Facsimile (614-719-4807)**

William D. Kloss, Jr.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Post Office Box 1008
Columbus, Ohio 43216

Re:  In re KB Toys, Inc., et al., Chapter 11 Case No. 04-10120 (JBR) (Jointly Administered) - Big Lots Stores, Inc. v. KB Acquisition Corporation, Adversary No. 04-53134 (JBR)

Dear William:

Thank you for your letters of April 7 and April 8, 2004 responding to my proposed scheduling of the conference of counsel required by Local Rule 7016-1. Local Rule 7016-1(a)(ii) provides that the parties must confer in this matter by April 24th to discuss, among other things, the scope and timing of discovery as contemplated by Fed. R. Civ. P. 26(f). As you know, the Local Rules and Federal Rules of Civil Procedure do no permit discovery until the Rule 26(f) meeting is held and discovery in advance of the hearing on you client's request for a preliminary injunction is not appropriate unless you can establish to the court's satisfaction that there is good cause for such expedited discovery. The Debtors do not believe that such good cause exists. Presumably your client believes that it has grounds for seeking the relief it has requested without having to take discovery of the Debtors.

Please let me know if you are available for a conference of counsel on April 22nd at 10:00 a.m.

Sincerely,

Mark N. Polebaum

cc:    Kenneth A. Grady, Esq.
Joel A. Waite, Esq.

BOSTON    LONDON    MUNICH    NEW YORK    OXFORD    PRINCETON    RESTON    WALTHAM    WASHINGTON

*Hale and Dorr LLP is a Massachusetts limited liability partnership. Our London and Oxford offices are operated under a Delaware limited liability partnership.*

BOSTON 1888413v1

**Hilty, Lois M.**

| | |
|---|---|
| **From:** | Faxmail Gateway [/NM=Faxmail Gateway/OP=0] |
| **Sent:** | Thursday, April 08, 2004 7:33 PM |
| **To:** | WDKlossJr |
| **Subject:** | Inbound Fax from  on 04/08/2004 (COL) |

eff3259.tif
(23 KB)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

VSSP INBOUND FAX NOTIFICATION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

You have received an inbound fax.

  Date: 04/08/2004
  Time: 07:32:00 PM

 Routed by:
Pages rcvd: 1

1

**EXHIBIT 7**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| KB TOYS, INC., *et al.*, | : | Case No. 04-10120 (JBR) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| _____ | : | |
| | : | |
| BIG LOTS STORES, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| Vs. | : | Adversary No. 04-53134 (JBR) |
| | : | |
| KB ACQUISITION CORPORATION, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF DEPOSITION PURSUANT TO RULE 30(b)(6) and RULE 32

Please take notice that on the 23rd day of April, 2004, beginning at 9:00 a.m.,

defendant, Big Lots Stores, Inc., will take the deposition of a duly authorized corporate

representative of KB Acquisition Corporation ("Debtor") pursuant to Fed. R. Civ. P. 30(b)(6)

and Fed. R. Civ. P. 32 at the law offices of Hale and Dorr LLP, 60 State Street, Boston

Massachusetts 02109, upon oral examination, before a notary public or other officer of the court

authorized to administer oaths. Said representative shall be competent to testify about the

matters set forth in Exhibit A attached hereto and the deposition will continue from day to day

until completed.

Dated: April 12, 2004

BLANK ROME LLP

*Michael D. DeBaecke by WDK (lms)*

Michael D. DeBaecke (No. 3186)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19899
(302) 425-6412

and

Robert J. Sidman
William D. Kloss, Jr.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43215
(614) 464-6400
Attorneys for Big Lots Stores, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was served on

the following by facsimile and regular U.S. Mail, postage prepaid on this 12th day of April, 2004:

Mark N. Polebaum, Esquire
Hale and Dorr LLP
60 State Street
Boston, MA 02109

Joel A. Waite, Esquire
M. Blake Cleary, Esquire
Young Conway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899


*William D. Kloss*

William D. Kloss, Jr.

## EXHIBIT A

A.    State the basis for the $406,342.98 in "State Tax Audit Assessments" owed to Big

Lots identified on Schedule F of Debtor's Schedules dated March 12, 2004;

B.    Identify any payments received by Debtor as defined by Section 8.03(d) of the

December 7, 2000 Stock Purchase Agreement between Debtor and Big Lots (the

"Payments"), including, but not limited to, when any such Payments were

received; from whom each Payment was received; and the amount of each such

Payment.

C.    State the manner in which Debtor determined that any funds received constituted

Payments, including, but not limited to, any internal accounting procedures

established by Debtor to identify Payments.

D.    As to the Payments received by Debtor, state what the Debtor did with the

Payments; to whom the funds received were transferred; when any such transfer

occurred; and what, if any, consideration was received in exchange for such

Payment.

E.    As to any Payments received by Debtor that were not transferred or otherwise paid

over to Big Lots, the reason that each Payment was not transferred or otherwise

paid over to Big Lots.

EXHIBIT 8

# Vorys, Sater, Seymour and Pease LLP

52 East Gay Street • Post Office Box 1008 • Columbus, Ohio 43216-1008 • Telephone (614) 464-6400 • Facsimile (614) 464-6350 • Cable VORYSATER

**Date:** Friday, April 09, 2004

**TO:** Mark Polebaum      **Facsimile No.** (617) 526-5000

**of:** Hale and Dorr LLP      **Telephone No.** (617) 526-6792

**FROM:** William D. Kloss, Jr.      **Direct Dial No.** (614) 464-6360

     **Direct Fax No.** (614) 719-4807

**Number of pages (including this sheet):** | 2 |

**PRIVATE AND CONFIDENTIAL** The sender intends to communicate the contents of this transmission only to the person to whom it is addressed. This transmission may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law. If the recipient of this transmission is not the designated recipient or the employee or agent responsible for delivering this transmission to the designated recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone [(614) 464-8346 collect], and promptly return the original transmission to us at the above address by mail. We will reimburse you for any costs you may incur.

| User ID | Client | Matter |
|---|---|---|
| WDKlossjr-003499-000038 | | |

**If you have any problems with transmission, please call (614) 464-8346**

# Vorys, Sater, Seymour and Pease LLP

52 East Gay Street • Post Office Box 1008 • Columbus, Ohio 43216-1008 • Telephone (614) 464-6400 • Facsimile (614) 464-6350

| | | | |
|---|---|---|---|
| Arthur I. Vorys<br>1856-1933<br>Lowry F. Sater<br>1867-1935<br>Augustus T. Seymour<br>1873-1926<br>Edward L. Pease<br>1873-1924 | In Washington<br>Eleventh Floor<br>1828 L Street, NW<br>Washington, DC 20036-5109<br><br>Telephone (202) 467-8800<br>Facsimile (202) 467-8900 | In Cleveland<br>2100 One Cleveland Center<br>1375 East Ninth Street<br>Cleveland, Ohio 44114-1724<br><br>Telephone (216) 479-6100<br>Facsimile (216) 479-6060 | In Cincinnati<br>Suite 2000 • Atrium II<br>221 East Fourth Street<br>Post Office Box 0236<br>Cincinnati, Ohio 45201-0236<br><br>Telephone (513) 723-4000<br>Facsimile (513) 723-4056 | In Alexandria<br>277 South Washington Street<br>Suite 310<br>Alexandria, Virginia 22314-3646<br><br>Telephone (703) 837-6999<br>Facsimile (703) 549-4492 |

William D. Kloss, Jr.
Direct Dial (614) 464-6360
Facsimile  (614) 719-4807
E Mail - wdklossjr@vssp.com

April 9, 2004

**VIA FACSIMILE**

Mark N. Polebaum, Esq.
Hale and Dorr LLP
60 State Street
Boston, MA  02109

> Re:     <u>In Re KB Toys, Inc., et al.</u>, Case No. 04-10120 (JBR)
> <u>Big Lots Stores, Inc. v. KB Acquisition Corporation</u>,
> Adversary No. 04-53134 (JBR)

Dear Mark:

Thank you for your letter dated April 8, 2004.  I again request that we hold the Rule 26(f) conference as soon as possible.  There is no reason to wait until April 22, 2004 at 10:00 a.m.  That puts us too close to the hearing date for the preliminary injunction.

I suspect the conference will take little time.  I can make myself available on any day at any time to do the conference, starting today.  Thus, I would appreciate it if you would give me a call so we can set an earlier date.

I look forward to hearing from you.

Very truly yours,

*Bill Kloss*

William D. Kloss, Jr.

WDK/lmh

**Hilty, Lois M.**

| | |
|---|---|
| **From:** | Faxmail Gateway [/NM=Faxmail Gateway/OP=0] |
| **Sent:** | Friday, April 09, 2004 9:10 AM |
| **To:** | LMHilty |
| **Subject:** | Successful fax to Mark Polebaum on 04/09/2004 |

eff232C.tif
(79 KB)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
VSSP OUTBOUND FAX DELIVERY NOTIFICATION
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Your fax was successfully delivered.

Date: 04/09/2004
Time: 09:09:00 AM

 To: Mark Polebaum
 At: (617) 526-5000
From: William D. Kloss, Jr.

Pages sent: 2

This fax contained the following cover sheet text:

**EXHIBIT 9**

# Vorys, Sater, Seymour and Pease LLP

52 East Gay Street • Post Office Box 1008 • Columbus, Ohio 43216-1008 • Telephone (614) 464-6400 • Facsimile (614) 464-6350 • Cable VORYSATER

**Date:** Friday, April 09, 2004

**TO:** Mark Polebaum                    **Facsimile No.**  (617) 526-5000

**of:** Hale and Dorr LLP                 **Telephone No.**  (617) 526-6792

**FROM:** William D. Kloss, Jr.           **Direct Dial No.**  (614) 464-6360

                                          **Direct Fax No.**  (614) 719-4807

**Number of pages (including this sheet):** 3

**PRIVATE AND CONFIDENTIAL**  The sender intends to communicate the contents of this transmission only to the person to whom it is addressed.  This transmission may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law.  If the recipient of this transmission is not the designated recipient or the employee or agent responsible for delivering this transmission to the designated recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this transmission in error, please notify us immediately by telephone [(614) 464-8346 collect], and promptly return the original transmission to us at the above address by mail.  We will reimburse you for any costs you may incur.

| User ID | Client | Matter |
|---------|--------|--------|
| WDKlossjr-003499-000038 | | |

**If you have any problems with transmission, please call (614) 464-8346**

# Vorys, Sater, Seymour and Pease LLP

52 East Gay Street • Post Office Box 1008 • Columbus, Ohio 43216-1008 • Telephone (614) 464-6400 • Facsimile (614) 464-6350

| | | | | |
|---|---|---|---|---|
| Arthur I. Vorys<br>1856-1933<br>Lowry F. Sater<br>1867-1935<br>Augustus T. Seymour<br>1873-1926<br>Edward L. Pease<br>1873-1924 | In Washington<br>Eleventh Floor<br>1828 L Street, NW<br>Washington, DC 20036-5109<br><br>Telephone (202) 467-8800<br>Facsimile (202) 467-8900 | In Cleveland<br>2100 One Cleveland Center<br>1375 East Ninth Street<br>Cleveland, Ohio 44114-1724<br><br>Telephone (216) 479-6100<br>Facsimile (216) 479-6060 | In Cincinnati<br>Suite 2000 • Atrium II<br>221 East Fourth Street<br>Post Office Box 0236<br>Cincinnati, Ohio 45201-0236<br><br>Telephone (513) 723-4000<br>Facsimile (513) 723-4056 | In Alexandria<br>277 South Washington Street<br>Suite 310<br>Alexandria, Virginia 22314-3646<br><br>Telephone (703) 837-6999<br>Facsimile (703) 549-4492 |

William D. Kloss, Jr.
Direct Dial (614) 464-6360
Facsimile (614) 719-4807
E-Mail - wdklossjr@vssp.com

April 9, 2004

**VIA FACSIMILE**

Mark N. Polebaum, Esq.
Hale and Dorr LLP
60 State Street
Boston, MA 02109

Re:    In Re KB Toys, Inc., et al., Case No. 04-10120 (JBR)
       Big Lots Stores, Inc. v. KB Acquisition Corporation,
       Adversary No. 04-53134 (JBR)

Dear Mark:

This will confirm the conversation that we had today pertaining to the Rule 26(f) conference. You asked whether my request to have the 26(f) conference prior to the date proposed by you -- April 22, 2004 at 10:00 a.m. -- is motivated by my desire to take discovery prior to the hearing on the preliminary injunction. I indicated to you that my request is based upon my intention to take depositions prior to the hearing. You then indicated that you are "unwilling" (as opposed to unavailable) to conduct the conference prior to that date.

Contrary to your suggestion, there is nothing in the rules that prevents me from taking depositions prior to the hearing. I requested that you provide me any authority supporting your position, and you had none. I suggested that we try to work through this issue rather than me simply issuing notices of deposition and involving the court. You refused. In fact you stated that you "will do anything possible to prevent [me] from taking any discovery prior to the hearing."

Please consider this my last effort to resolve this discovery impasse. If I do not hear from you by the close of business today, I will assume your position remains unchanged and I will seek the Court's assistance.

Vorys, Sater, Seymour and Pease LLP

Mark N. Polebaum, Esq.
April 9, 2004
Page 2

Very truly yours,

*Bill Kloss*

William D. Kloss, Jr.

WDK/lmh

**Hilty, Lois M.**

| | |
|---|---|
| **From:** | Faxmail Gateway [/NM=Faxmail Gateway/OP=0] |
| **Sent:** | Friday, April 09, 2004 11:46 AM |
| **To:** | LMHilty |
| **Subject:** | Successful fax to Mark Polebaum on 04/09/2004 |

eff1A9F.tif
(104 KB)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
VSSP OUTBOUND FAX DELIVERY NOTIFICATION
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Your fax was successfully delivered.

Date: 04/09/2004
Time: 11:45:00 AM

 To: Mark Polebaum
 At: (617) 526-5000
From: William D. Kloss, Jr.

Pages sent: 3

This fax contained the following cover sheet text:

# HALE AND DORR LLP

COUNSELORS AT LAW

**haledorr.com**

60 STATE STREET • BOSTON, MA 02109
617-526-6000 • FAX 617-526-5000

# FAX

## EXHIBIT 10

Total Number of Pages:  2

|  | | **Fax / Phone:** |
|---|---|---|
| **To:** | Kenneth A. Grady<br>KB Toys, Inc. | **(413) 496-3640** / (413) 496-3180 |
| | William D. Kloss, Jr.<br>Vorys, Sater, Seymour and Pease | **(614) 719-4807** / (614) 464-6360 |
| | Joel A. Waite<br>Young Conaway Stargatt & Taylor LLP | **(302) 571-1253** / (302) 571-6688 |

**From:**  Mark N. Polebaum
617-526-6792

**Date:**  April 9, 2004

**Note:**

This facsimile transmission is confidential and may be privileged. If you are not the intended recipient, please immediately call the sender or, if the sender is not available, call 617-526-5413, and destroy all copies of this transmission. If the transmission is incomplete or illegible, please call the sender or, if the sender is not available, call 617-526-5413. Thank you.

Client Matter Number: 289532-123
Return To:                    2511

Transmitted by:

BOSTON   LONDON   MUNICH   NEW YORK   OXFORD   PRINCETON   RESTON   WALTHAM   WASHINGTON

Hale and Dorr LLP is a Massachusetts limited liability partnership. Our London and Oxford offices are operated under a Delaware limited liability partnership.

# HALE AND DORR LLP
### COUNSELORS AT LAW

**haledorr.com**
60 STATE STREET • BOSTON, MA 02109
617-526-6000 • FAX 617-526-5000

MARK N. POLEBAUM
617-526-6792
mark.polebaum@haledorr.com

April 9, 2004

**By Facsimile and First Class Mail**

William D. Kloss, Jr., Esq.
Vorys, Sater, Seymour and Pease
221 East Fourth Street, Suite 2000
Atrium Two
P.O. Box 0236
Columbus, OH  45201-0236

Re:  Big Lots Stores, Inc. v. KB Acquisition Corporation

Dear Bill:

I have just received your letter in which you purport to confirm the conversation that we had this morning.  Unfortunately, you must have participated in a different conversation than the one in which I participated.

I called you this morning in response to your letter of last evening and asked you whether your desire to accelerate the time for the Rule 26(f) conference was motivated by your desire to take KB Toys deposition prior to the scheduled hearing for a preliminary injunction on April 29, 2004.  You told me that indeed is the reason that you requested acceleration of the Rule 26(f) meeting.  I told you that I would not agree to accelerate the time for the Rule 26(f) meeting if it would result in your scheduling depositions prior to the April 29, 2004 hearing.  I pointed out to you last night in my letter and reiterated in our call this morning that expedited discovery, which under the rules constitutes any discovery prior to the Rule 26(f) conference, may only be obtained for "good cause."  You have not articulated either in writing or in any conversation that we have had the good cause that warrants expedited discovery in this case.  In that context, I told you that I will do everything possible to prevent your taking unwarranted expedited discovery.  The balance of the conversation that you "confirm" in your letter simply did not happen.

Very truly yours,

Mark N. Polebaum

MNP:kn
cc:    Kenneth A. Grady
       Joel A. Waite, Esq.
       Kristin V. Collins, Esq.

BOSTON    LONDON    MUNICH    NEW YORK    OXFORD    PRINCETON    RESTON    WALTHAM    WASHINGTON

*Hale and Dorr LLP is a Massachusetts limited liability partnership. Our London and Oxford offices are operated under a Delaware limited liability partnership.*

**Hilty, Lois M.**

| | |
|---|---|
| **From:** | Faxmail Gateway [/NM=Faxmail Gateway/OP=0] |
| **Sent:** | Friday, April 09, 2004 1:09 PM |
| **To:** | WDKlossJr |
| **Subject:** | Inbound Fax from 617 526 5000 on 04/09/2004 (COL) |

eff59F1.tif
(43 KB)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

VSSP INBOUND FAX NOTIFICATION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

You have received an inbound fax.

Date: 04/09/2004
Time: 01:08:00 PM

Routed by: 617 526 5000
Pages rcvd: 2

1

200

# EXHIBIT 11

# Vorys, Sater, Seymour and Pease LLP

52 East Gay Street • Post Office Box 1008 • Columbus, Ohio 43216-1008 • Telephone (614) 464-6400 • Facsimile (614) 464-6350 • Cable VORYSATER

**Date:** Friday, April 09, 2004

**TO:** Mark Polebaum                    **Facsimile No.**  (617) 526-5000

**of:** Hale and Dorr LLP                  **Telephone No.**  (617) 526-6792

**FROM:** William D. Kloss, Jr.           **Direct Dial No.**  (614) 464-6360

                                          **Direct Fax No.**  (614) 719-4807

**Number of pages (including this sheet):** 3

**PRIVATE AND CONFIDENTIAL**  The sender intends to communicate the contents of this transmission only to the person to whom it is addressed.  This transmission may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law.  If the recipient of this transmission is not the designated recipient or the employee or agent responsible for delivering this transmission to the designated recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this transmission in error, please notify us immediately by telephone [(614) 464-8346 collect], and promptly return the original transmission to us at the above address by mail.  We will reimburse you for any costs you may incur.

| User ID | Client | Matter |
|---------|--------|--------|
| WDKlossjr-003499-000038 | | |

| If you have any problems with transmission, please call (614) 464-8346 |
|---|

# Vorys, Sater, Seymour and Pease LLP

52 East Gay Street • Post Office Box 1008 • Columbus, Ohio 43216-1008 • Telephone (614) 464-6400 • Facsimile (614) 464-6350

Arthur I. Vorys
1856-1933
Lowry F. Sater
1867-1935
Augustus T. Seymour
1873-1926
Edward L. Pease
1873-1924

In Washington
Eleventh Floor
1828 L Street, NW
Washington, DC 20036-5109

Telephone (202) 467-8800
Facsimile (202) 467-8900

In Cleveland
2100 One Cleveland Center
1375 East Ninth Street
Cleveland, Ohio 44114-1724

Telephone (216) 479-6100
Facsimile (216) 479-6060

In Cincinnati
Suite 2000 • Atrium II
221 East Fourth Street
Post Office Box 0236
Cincinnati, Ohio 45201-0236

Telephone (513) 723-4000
Facsimile (513) 723-4056

In Alexandria
277 South Washington Street
Suite 310
Alexandria, Virginia 22314

Telephone (703) 837-6999
Facsimile (703) 549-4492

William D. Kloss, Jr.
Direct Dial (614) 464-6360
Facsimile (614) 719-4807
EMail - wdklossjr@vssp.com

April 9, 2004

**VIA FACSIMILE**

Mark N. Polebaum, Esq.
Hale and Dorr LLP
60 State Street
Boston, MA  02109

Re:    In Re KB Toys, Inc., et al., Case No. 04-10120 (JBR)
       Big Lots Stores, Inc. v. KB Acquisition Corporation,
       Adversary No. 04-53134 (JBR)

Dear Mark:

Thank you for your latest letter. I stand by my previous letter that confirmed the sum and substance of our conversation this morning about the 26(f) conference and depositions.

Again, I do not seek to take depositions prior to the 26(f) conference. What I seek is to schedule the 26(f) conference as soon as possible so I can take depositions thereafter. You have refused my request to conduct the 26(f) conference prior to April 22, 2004. Again, I stand ready, willing and able to make myself available on any day at any time (including weekends) to conduct the conference. You simply refuse to do so.

Depositions after the 26(f) conference and before the hearing do not constitute "expedited discovery" as you claim. Thus, even if we wait until April 22 for the conference, I am entitled to depositions thereafter. Given our schedules I do not think it makes sense to cut it that close.

Vorys, Sater, Seymour and Pease LLP

Mark N. Polebaum, Esq.
April 9, 2004
Page 2

I will seek the Court's assistance on Monday.

Very truly yours,

*Bill Kloss*

William D. Kloss, Jr.

WDK/lmh

04/09/2004 - 9443621

**Hilty, Lois M.**

| | |
|---|---|
| **From:** | Faxmail Gateway [/NM=Faxmail Gateway/OP=0] |
| **Sent:** | Friday, April 09, 2004 2:01 PM |
| **To:** | LMHilty |
| **Subject:** | Successful fax to Mark Polebaum on 04/09/2004 |

eff1CB.tif (98
KB)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
VSSP OUTBOUND FAX DELIVERY NOTIFICATION
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Your fax was successfully delivered.

Date: 04/09/2004
Time: 02:00:00 PM

 To: Mark Polebaum
 At: (617) 526-5000
From: William D. Kloss, Jr.

Pages sent: 3

This fax contained the following cover sheet text:

1