**EXHIBIT J**

900200.00001/40124222v1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| KB TOYS, INC., *et al.*, | : | Case No. 04-10120 (JBR) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |
| BIG LOTS STORES, INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Adversary No. 04-53134 (JBR) |
| | : | |
| KB ACQUISITION CORPORATION, *et al.*, | : | |
| | : | |
| Defendants. | : | |

### PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 7056 of the Federal Rules of Bankruptcy Procedure and Rule 56(a) of the Federal Rules of Civil Procedure, plaintiff Big Lots Stores, Inc. ("Big Lots") respectfully moves this Court for entry of an order granting summary judgment against all defendants in this action. Specifically, Big Lots submits that this Court should enter summary judgment:

1. declaring that the income tax refunds at issue (the "Refunds of Taxes") are not the property of defendants and directing that they be turned over to Big Lots;

2. requiring a full accounting by the defendants of the Refunds of Taxes previously received by them;

3. entering a liability judgment in favor of Big Lots based upon defendants' conversion of the Refunds of Taxes; and

4. entering an injunction prohibiting defendants from asserting any rights to the Refunds of Taxes presently held, or to be received by, defendants.

120156.01600/40140005v1

All issues with regard to damages should be reserved for a hearing at a later date.

An opening brief in support of summary judgment along with the Affidavit of L. Michael Watts are being filed simultaneously herewith.

Dated: May 20, 2004                                   BLANK ROME LLP

*Michael DeBaecke*
Michael D. DeBaecke (No. 3186)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
(302) 425-6412

and

Robert J. Sidman
William D. Kloss, Jr.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43215
(614) 464-6400
Attorneys for Big Lots Stores, Inc.