

**Chris Moore@KAYBEE**
01/11/2001 09:38 AM

To:        Apuckett@dttus.com
cc:        Mary Beth Stahlberg/Consolidated Stores@Consolidated Stores
Subject:   Seller Adj JE's

---------------------- Forwarded by Chris Moore/West/KayBee on 01/11/2001 09:35 AM ---------------------------



**Denise Daniels**
01/11/2001 09:33 AM

To:        Chris Moore/West/KayBee@KayBee
cc:

Subject:   Seller Adj JE's

Chris,
Can you just verify that these are inclusive of the JE's that I should forward to Tony  & Mary Beth.  Thanks.



Seller ADJ (JE's) sent to CNS Jan 9.

| | | | | SELLER ADJUSTMENTS (D) | |
|---|---|---|---|---|---|
| SOURCE: ANALYSIS | | KAY-BEE TOY STORES | | | PAGE 1 OF 1 |
| DATE: NOVEMBER 2000 | | STANDARD JOURNAL ENTRY | | | P J/E 426 |
| TYPE: TRANS I/C BAL #1254   (10/28) TRANSFER TO CNS | | | | | |
| PREPARED BY: DENISE DANIELS | | | | | |
| | ACCT# | STORE | DEPT | DEBIT | CREDIT |
| JE | 1254 | 1 | 000 | | 472905.50 |
| JE | 2142 | 3 | 000 | 472905.50 | |
| JE | | | 000 | | |
| JE | | | 000 | | |
| JE | | | 000 | | |
| JE | | | 000 | 472905.50 | 472905.50 |

112935
113247

0.00

/

| SOURCE: ANALYSIS | | KAY-BEE TOY STORES | | | PAGE 1 OF 1 |
| --- | --- | --- | --- | --- | --- |
| DATE: NOVEMBER 2000 | | STANDARD JOURNAL ENTRY | | | P J/E 427 |
| TYPE: DEFERRED TAX ASSETS   AS OF 10/28-TRANSF TO SELLER (CNS) | | | | | |
| PREPARED BY: DENISE DANIELS | | | SELLER ADJUSTMENTS (E) | | |
| | ACCT# | STORE | DEPT | DEBIT | CREDIT |
| JE | 1454 | 3 | 000 | | 2712732.05 |
| JE | 1454 | 69 | 000 | | 87178.53 |
| JE | 1454 | 88 | 000 | | 84760.32 |
| JE | 1454 | 215 | 000 | | 1312973.78 |
| JE | 1454 | 257 | 000 | | 10607.55 |
| JE | 1454 | 283 | 000 | | 188430.90 |
| JE | 1454 | 291 | 000 | | 318351.12 |
| JE | 1454 | 308 | 000 | | 129020.50 |
| JE | 1454 | 309 | 000 | 182.24 | |
| JE | 1454 | 310 | 000 | | 26.81 |
| JE | 1454 | 314 | 000 | 0.36 | |
| JE | 1454 | 315 | 000 | | 61632.77 |
| JE | 1454 | 316 | 000 | | 93888.34 |
| JE | 1454 | 343 | 000 | | 37.01 |
| JE | 1454 | 395 | 000 | 50.97 | |
| JE | 1454 | 419 | 000 | | 98685.06 |
| JE | 1454 | 420 | 000 | | 96681.64 |
| JE | 1454 | 468 | 000 | | 14.10 |
| JE | 1454 | 469 | 000 | 34.34 | |
| JE | 1454 | 490 | 000 | | 14038.55 |
| JE | 1454 | 507 | 000 | | 2405.28 |
| JE | 1454 | 526 | 000 | | 45671.39 |
| JE | 1454 | 566 | 000 | 147.58 | |
| JE | 1454 | 567 | 000 | | 7030.69 |
| JE | 1454 | 572 | 000 | 24.88 | |
| JE | 1454 | 576 | 000 | | 143.29 |
| JE | 1454 | 624 | 000 | | 3115.89 |
| JE | 1454 | 640 | 000 | | 9581.27 |
| JE | 1454 | 646 | 000 | | 94156.89 |
| JE | 1454 | 656 | 000 | 31.14 | |
| JE | 1454 | 701 | 000 | | 641078.96 |
| JE | 1454 | 709 | 000 | | 16130.16 |
| JE | 1454 | 744 | 000 | | 169.02 |
| JE | 1454 | 752 | 000 | | 52064.20 |
| JE | 1454 | 808 | 000 | | 19350.50 |
| JE | 1454 | 855 | 000 | 111.01 | |
| JE | 1454 | 887 | 000 | | 744.57 |
| JE | 1454 | 972 | 000 | | 21329.60 |
| JE | 1454 | 978 | 000 | 18154.00 | |
| JE | 1454 | 981 | 000 | | 1437.95 |
| JE | 1454 | 1012 | 000 | 8.21 | |
| JE | 1454 | 1034 | 000 | | 4.92 |
| JE | 1454 | 1075 | 000 | | 13768.04 |
| JE | 1454 | 1083 | 000 | | 157.08 |
| JE | 1454 | 1144 | 000 | | 33.45 |
| JE | 1454 | 1190 | 000 | | 62.54 |
| JE | 1454 | 1191 | 000 | | 356.39 |

Handwritten annotations (right margin):

1454 → 116000
# 6,134,886.03e

1455 → 116001
# 27,989,934.87

1456 → 116002
# 65,884.05

2

| | | | | | |
|---|---|---|---|---|---|
| JE | 1454 | 1192 | 000 | | 85.09 |
| JE | 1454 | 1193 | 000 | | 424.53 |
| JE | 1454 | 1208 | 000 | 54.49 | |
| JE | 1454 | 1209 | 000 | | 9.26 |
| JE | 1454 | 1216 | 000 | | 167.19 |
| JE | 1454 | 1226 | 000 | | 384.89 |
| JE | 1454 | 1229 | 000 | | 260.00 |
| JE | 1454 | 1247 | 000 | | 205.00 |
| JE | 1454 | 1302 | 000 | | 93.00 |
| JE | 1454 | 1303 | 000 | | 3.00 |
| JE | 1454 | 1352 | 000 | | 84.00 |
| JE | 1454 | 1712 | 000 | | 14153.78 |
| JE | 1454 | 3333 | 000 | 35.00 | |
| JE | | | | | |
| JE | 1455 | 3 | 000 | | 12380974.81 |
| JE | 1455 | 69 | 000 | | 406875.09 |
| JE | 1455 | 88 | 000 | | 436188.06 |
| JE | 1455 | 215 | 000 | | 5053027.63 |
| JE | 1455 | 257 | 000 | | 52065.88 |
| JE | 1455 | 283 | 000 | | 1035875.76 |
| JE | 1455 | 291 | 000 | | 1095367.71 |
| JE | 1455 | 308 | 000 | | 537340.15 |
| JE | 1455 | 309 | 000 | | 22367.16 |
| JE | 1455 | 310 | 000 | | 27941.86 |
| JE | 1455 | 314 | 000 | | 20949.69 |
| JE | 1455 | 315 | 000 | | 316410.10 |
| JE | 1455 | 316 | 000 | | 533530.96 |
| JE | 1455 | 343 | 000 | | 15989.78 |
| JE | 1455 | 395 | 000 | 2686.70 | |
| JE | 1455 | 419 | 000 | | 618472.38 |
| JE | 1455 | 420 | 000 | | 719810.53 |
| JE | 1455 | 468 | 000 | | 5191.23 |
| JE | 1455 | 469 | 000 | | 6298.88 |
| JE | 1455 | 490 | 000 | | 74722.78 |
| JE | 1455 | 507 | 000 | | 292651.90 |
| JE | 1455 | 526 | 000 | | 255203.29 |
| JE | 1455 | 566 | 000 | | 4555.61 |
| JE | 1455 | 567 | 000 | | 33928.02 |
| JE | 1455 | 572 | 000 | | 5401.94 |
| JE | 1455 | 576 | 000 | | 4348.79 |
| JE | 1455 | 624 | 000 | | 16439.75 |
| JE | 1455 | 640 | 000 | | 38681.22 |
| JE | 1455 | 646 | 000 | | 466947.45 |
| JE | 1455 | 656 | 000 | | 6732.00 |
| JE | 1455 | 701 | 000 | | 2557590.47 |
| JE | 1455 | 709 | 000 | | 70900.40 |
| JE | 1455 | 744 | 000 | | 25955.17 |
| JE | 1455 | 752 | 000 | | 255632.96 |
| JE | 1455 | 808 | 000 | | 136601.61 |
| JE | 1455 | 855 | 000 | | 55857.65 |
| JE | 1455 | 887 | 000 | | 354287.95 |
| JE | 1455 | 972 | 000 | | 98176.29 |

| | | | | | |
|---|---|---|---|---|---|
| JE | 1455 | 978 | 000 | 627261.00 | |
| JE | 1455 | 981 | 000 | | 106779.03 |
| JE | 1455 | 1012 | 000 | | 4768.20 |
| JE | 1455 | 1034 | 000 | | 8055.56 |
| JE | 1455 | 1075 | 000 | | 66406.38 |
| JE | 1455 | 1083 | 000 | | 20054.87 |
| JE | 1455 | 1144 | 000 | | 37562.86 |
| JE | 1455 | 1190 | 000 | | 15526.46 |
| JE | 1455 | 1191 | 000 | | 47940.94 |
| JE | 1455 | 1192 | 000 | | 10916.66 |
| JE | 1455 | 1193 | 000 | | 42878.54 |
| JE | 1455 | 1208 | 000 | | 5914.64 |
| JE | 1455 | 1209 | 000 | | 5904.06 |
| JE | 1455 | 1216 | 000 | | 16689.13 |
| JE | 1455 | 1226 | 000 | | 38564.98 |
| JE | 1455 | 1229 | 000 | | 27408.00 |
| JE | 1455 | 1247 | 000 | | 16655.00 |
| JE | 1455 | 1280 | 000 | | 2858.00 |
| JE | 1455 | 1302 | 000 | | 3730.00 |
| JE | 1455 | 1303 | 000 | | 441.00 |
| JE | 1455 | 1352 | 000 | | 9289.00 |
| JE | 1455 | 1356 | 000 | 5003.00 | |
| JE | 1455 | 1369 | 000 | | 3887.00 |
| JE | 1455 | 1712 | 000 | | 93167.35 |
| JE | 1455 | 3333 | 000 | | 195.00 |
| JE | | | | | |
| JE | 1456 | 215 | 000 | | 25126.41 |
| JE | 1456 | 291 | 000 | | 18338.14 |
| JE | 1456 | 308 | 000 | | 22419.50 |
| | | | | | |
| | 2142 | 3 | 000 | 2712732.05 | |
| | 2142 | 69 | 000 | 87178.53 | |
| | 2142 | 88 | 000 | 84760.32 | |
| | 2142 | 215 | 000 | 1312973.78 | |
| | 2142 | 257 | 000 | 10607.55 | |
| | 2142 | 283 | 000 | 188430.90 | |
| | 2142 | 291 | 000 | 318351.12 | |
| | 2142 | 308 | 000 | 129020.50 | |
| | 2142 | 309 | 000 | | 182.24 |
| | 2142 | 310 | 000 | 26.81 | |
| | 2142 | 314 | 000 | | 0.36 |
| | 2142 | 315 | 000 | 61632.77 | |
| | 2142 | 316 | 000 | 93888.34 | |
| | 2142 | 343 | 000 | 37.01 | |
| | 2142 | 395 | 000 | | 50.97 |
| | 2142 | 419 | 000 | 98685.06 | |
| | 2142 | 420 | 000 | 96681.64 | |
| | 2142 | 468 | 000 | 14.10 | |
| | 2142 | 469 | 000 | | 34.34 |
| | 2142 | 490 | 000 | 14038.55 | |
| | 2142 | 507 | 000 | 2405.28 | |

| | 2142 | 526 | 000 | 45671.39 | |
| | 2142 | 566 | 000 | | 147.58 |
| | 2142 | 567 | 000 | 7030.69 | |
| | 2142 | 572 | 000 | | 24.88 |
| | 2142 | 576 | 000 | 143.29 | |
| | 2142 | 624 | 000 | 3115.89 | |
| | 2142 | 640 | 000 | 9581.27 | |
| | 2142 | 646 | 000 | 94156.89 | |
| | 2142 | 656 | 000 | | 31.14 |
| | 2142 | 701 | 000 | 641078.96 | |
| | 2142 | 709 | 000 | 16130.16 | |
| | 2142 | 744 | 000 | 169.02 | |
| | 2142 | 752 | 000 | 52064.20 | |
| | 2142 | 808 | 000 | 19350.50 | |
| | 2142 | 855 | 000 | | 111.01 |
| | 2142 | 887 | 000 | 744.57 | |
| | 2142 | 972 | 000 | 21329.60 | |
| | 2142 | 978 | 000 | | 18154.00 |
| | 2142 | 981 | 000 | 1437.95 | |
| | 2142 | 1012 | 000 | | 8.21 |
| | 2142 | 1034 | 000 | 4.92 | |
| | 2142 | 1075 | 000 | 13768.04 | |
| | 2142 | 1083 | 000 | 157.08 | |
| | 2142 | 1144 | 000 | 33.45 | |
| | 2142 | 1190 | 000 | 62.54 | |
| | 2142 | 1191 | 000 | 356.39 | |
| | 2142 | 1192 | 000 | 85.09 | |
| | 2142 | 1193 | 000 | 424.53 | |
| | 2142 | 1208 | 000 | | 54.49 |
| | 2142 | 1209 | 000 | 9.26 | |
| | 2142 | 1216 | 000 | 167.19 | |
| | 2142 | 1226 | 000 | 384.89 | |
| | 2142 | 1229 | 000 | 260.00 | |
| | 2142 | 1247 | 000 | 205.00 | |
| | 2142 | 1302 | 000 | 93.00 | |
| | 2142 | 1303 | 000 | 3.00 | |
| | 2142 | 1352 | 000 | 84.00 | |
| | 2142 | 1712 | 000 | 14153.78 | |
| | 2142 | 3333 | 000 | | 35.00 |
| | 2142 | 3 | 000 | 12380974.81 | |
| | 2142 | 69 | 000 | 406875.09 | |
| | 2142 | 88 | 000 | 436188.06 | |
| | 2142 | 215 | 000 | 5053027.63 | |
| | 2142 | 257 | 000 | 52065.88 | |
| | 2142 | 283 | 000 | 1035875.76 | |
| | 2142 | 291 | 000 | 1095367.71 | |
| | 2142 | 308 | 000 | 537340.15 | |
| | 2142 | 309 | 000 | 22367.16 | |
| | 2142 | 310 | 000 | 27941.86 | |
| | 2142 | 314 | 000 | 20949.69 | |
| | 2142 | 315 | 000 | 316410.10 | |

5

| | | | | |
|---|---|---|---|---|
| 2142 | 316 | 000 | 533530.96 | |
| 2142 | 343 | 000 | 15989.78 | |
| 2142 | 395 | 000 | | 2686.70 |
| 2142 | 419 | 000 | 618472.38 | |
| 2142 | 420 | 000 | 719810.53 | |
| 2142 | 468 | 000 | 5191.23 | |
| 2142 | 469 | 000 | 6298.88 | |
| 2142 | 490 | 000 | 74722.78 | |
| 2142 | 507 | 000 | 292651.90 | |
| 2142 | 526 | 000 | 255203.29 | |
| 2142 | 566 | 000 | 4555.61 | |
| 2142 | 567 | 000 | 33928.02 | |
| 2142 | 572 | 000 | 5401.94 | |
| 2142 | 576 | 000 | 4348.79 | |
| 2142 | 624 | 000 | 16439.75 | |
| 2142 | 640 | 000 | 38681.22 | |
| 2142 | 646 | 000 | 466947.45 | |
| 2142 | 656 | 000 | 6732.00 | |
| 2142 | 701 | 000 | 2557590.47 | |
| 2142 | 709 | 000 | 70900.40 | |
| 2142 | 744 | 000 | 25955.17 | |
| 2142 | 752 | 000 | 255632.96 | |
| 2142 | 808 | 000 | 136601.61 | |
| 2142 | 855 | 000 | 55857.65 | |
| 2142 | 887 | 000 | 354287.95 | |
| 2142 | 972 | 000 | 98176.29 | |
| 2142 | 978 | 000 | | 627261.00 |
| 2142 | 981 | 000 | 106779.03 | |
| 2142 | 1012 | 000 | 4768.20 | |
| 2142 | 1034 | 000 | 8055.56 | |
| 2142 | 1075 | 000 | 66406.38 | |
| 2142 | 1083 | 000 | 20054.87 | |
| 2142 | 1144 | 000 | 37562.86 | |
| 2142 | 1190 | 000 | 15526.46 | |
| 2142 | 1191 | 000 | 47940.94 | |
| 2142 | 1192 | 000 | 10916.66 | |
| 2142 | 1193 | 000 | 42878.54 | |
| 2142 | 1208 | 000 | 5914.64 | |
| 2142 | 1209 | 000 | 5904.06 | |
| 2142 | 1216 | 000 | 16689.13 | |
| 2142 | 1226 | 000 | 38564.98 | |
| 2142 | 1229 | 000 | 27408.00 | |
| 2142 | 1247 | 000 | 16655.00 | |
| 2142 | 1280 | 000 | 2858.00 | |
| 2142 | 1302 | 000 | 3730.00 | |
| 2142 | 1303 | 000 | 441.00 | |
| 2142 | 1352 | 000 | 9289.00 | |
| 2142 | 1356 | 000 | | 5003.00 |
| 2142 | 1369 | 000 | 3887.00 | |
| 2142 | 1712 | 000 | 93167.35 | |
| 2142 | 3333 | 000 | 195.00 | |

| JE | 2142 | 215 | 000 | 25126.41 | |
| JE | 2142 | 291 | 000 | 18338.14 | |
| JE | 2142 | 308 | 000 | 22419.50 | |
| | | | 000 | | |
| JE | | | 000 | | |
| JE | | | 000 | 35498275.39 | 35498275.39 |

0.00

| SOURCE: ANALYSIS | | KAY-BEE TOY STORES | | PAGE 1 OF 1 | |
|---|---|---|---|---|---|
| DATE: NOVEMBER 2000 | | STANDARD JOURNAL ENTRY | | F J/E 428 | |
| TYPE: PREPAID INS (1485) AS OF 12/07-TRANSF TO SELLER (CNS) | | | | | |
| PREPARED BY: DENISE DANIELS | | | SELLER ADJUSTMENTS (F) | | |
| | ACCT# | STORE | DEPT | DEBIT | CREDIT |
| JE | 1485 | 1 | 000 | | 236486.19 |
| JE | 2142 | 3 | 000 | 236486.19 | |
| JE | | | | | |
| JE | | | | | |
| JE | | | 000 | 236486.19 | 236486.19 |

113247

0.00

8



| | ACCT# | STORE | DEPT | DEBIT | CREDIT |
|---|---|---|---|---|---|
| | | | | | |
| JE | 1605 | 985 | 000 | | 5863775.00 |
| JE | 1605 | 986 | 000 | | 6550350.00 |
| JE | 1705 | 985 | 000 | 725991.19 | |
| JE | 1705 | 986 | 000 | 530266.43 | |
| JE | | | 000 | | |
| JE | 2142 | 985 | 000 | 5863775.00 | |
| JE | 2142 | 986 | 000 | 6550350.00 | |
| JE | 2142 | 985 | 000 | | 725991.19 |
| JE | 2142 | 986 | 000 | | 530266.43 |
| JE | | | 000 | | |
| JE | | | 000 | | |
| JE | | | 000 | 13670382.62 | 13670382.62 |

**SOURCE: ANALYSIS** — **KAY-BEE TOY STORES** — PAGE 1 OF 1
**DATE: NOVEMBER 2000** — **STANDARD JOURNAL ENTRY** — P J/E 429
**TYPE: TRANSF PLANE (12/07)  TRANSF TO SELLER (CNS)**
**PREPARED BY: DENISE DANIELS** — **SELLER ADJUSTMENTS (G)**

0.00

9

| | | | | SELLER ADJUSTMENTS (H) | |
|---|---|---|---|---|---|

**SOURCE: ANALYSIS**  **KAY-BEE TOY STORES**  PAGE 1 OF 1
**DATE: NOVEMBER 2000**  **STANDARD JOURNAL ENTRY**  P J/E 430
**TYPE: TRANSF RENT LIAB  (10/28)  TRANSF TO SELLER (CNS)**
**PREPARED BY: DENISE DANIELS**

| | ACCT# | STORE | DEPT | DEBIT | CREDIT |
|---|---|---|---|---|---|
| JE | 2105 | 1 | 000 | 15585628.75 | |
| JE | 2755 | 1 | 000 | | 1753757.75 |
| JE | 2142 | 3 | 000 | | 13831871.00 |
| JE | | | 000 | | |
| JE | | | 000 | | |
| JE | | | 000 | | |
| JE | | | 000 | 15585628.75 | 15585628.75 |

312500
113247

0.00

/b

| SOURCE: ANALYSIS | | KAY-BEE TOY STORES | | | PAGE 1 OF 1 |
|---|---|---|---|---|---|
| DATE: NOVEMBER 2000 | | STANDARD JOURNAL ENTRY | | | P  J/E 431 |
| TYPE: TRANSF GROUP MEDICAL  LIABILITY (10/28) TRANSF TO SELLER (CNS) | | | | | |
| PREPARED BY: DENISE DANIELS | | | SELLER ADJUSTMENTS (J) | | |
| | ACCT# | STORE | DEPT | DEBIT | CREDIT |
| JE | 2655 | 1 | 000 | 9677622.15 | |
| JE | 2657 | 1 | 000 | 56414.01 | |
| JE | 2658 | 1 | 000 | 49061.02 | |
| JE | 2855 | 1 | 000 | | 4844253.30 |
| JE | 2858 | 1 | 000 | | 744.67 |
| JE | 2908 | 1 | 000 | 487964.78 | |
| JE | 2909 | 1 | 000 | 62785.12 | |
| JE | | | | | |
| JE | 2142 | 3 | 000 | | 9677622.15 |
| JE | 2142 | 3 | 000 | | 56414.01 |
| JE | 2142 | 3 | 000 | | 49061.02 |
| JE | 2142 | 3 | 000 | 4844253.30 | |
| JE | 2142 | 3 | 000 | 744.67 | |
| JE | 2142 | 3 | 000 | | 487964.78 |
| JE | 2142 | 3 | 000 | | 62785.12 |
| JE | | | | | |
| JE | | | 000 | 15178845.05 | 15178845.05 |

113247

0.00

//

| SOURCE: ANALYSIS | | KAY-BEE TOY STORES | | | PAGE 1 OF 1 |
| --- | --- | --- | --- | --- | --- |
| DATE: NOVEMBER 2000 | | STANDARD JOURNAL ENTRY | | | P  J/E 432 |
| TYPE: TRANSF NON-MEDICAL  LIABILITY (10/28) TRANSF TO SELLER (CNS) | | | | | |
| PREPARED BY: DENISE DANIELS | | SELLER ADJUSTMENTS (K) | | | |
| | ACCT# | STORE | DEPT | DEBIT | CREDIT |
| JE | 2882 | 1 | 000 | 261940.39 | |
| JE | 2883 | 1 | 000 | 6149256.68 | |
| JE | 2884 | 1 | 000 | | 539175.15 |
| JE | 2885 | 1 | 000 | 780598.85 | |
| JE | | | | | |
| JE | 2142 | 3 | 000 | | 261940.39 |
| JE | 2142 | 3 | 000 | | 6149256.68 |
| JE | 2142 | 3 | 000 | 539175.15 | |
| JE | 2142 | 3 | 000 | | 780598.85 |
| JE | | | | | |
| JE | | | | | |
| JE | | | | 7730971.07 | 7730971.07 |

113247

0.00

12

| | | | | KAY-BEE TOY STORES | PAGE 1 OF 1 |
|---|---|---|---|---|---|
| SOURCE: ANALYSIS | | | | | |
| DATE: NOVEMBER 2000 | | | | STANDARD JOURNAL ENTRY | P  J/E 433 |
| TYPE: TRANSF TOP HAT LIAB  (10/28) TRANSF TO SELLER (CNS) | | | | | |
| PREPARED BY: DENISE DANIELS | | | | SELLER ADJUSTMENTS (L) | |
| | ACCT# | STORE | DEPT | DEBIT | CREDIT |
| JE | 2708 | 1 | 000 | 608724.96 | |
| JE | 2142 | 3 | 000 | | 608724.96 |
| JE | | | | | |
| JE | | | | | |
| JE | | | | | |
| JE | | | 000 | 608724.96 | 608724.96 |

113247

0.00

13

| SOURCE: ANALYSIS | | KAY-BEE TOY STORES | | PAGE 1 OF 1 | |
| DATE: NOVEMBER 2000 | | STANDARD JOURNAL ENTRY | | P  J/E 434 | |
| TYPE: TRANSF 401K LIAB    (10/28) TRANSF TO SELLER (CNS) | | | | | |
| PREPARED BY: DENISE DANIELS | | | SELLER ADJUSTMENTS (M) | | |
| | ACCT# | STORE | DEPT | DEBIT | CREDIT |
| JE | 2898 | 1 | 000 | 792099.26 | |
| JE | 2142 | 3 | 000 | | 792099.26 |
| JE | | | | | |
| JE | | | | | |
| JE | | | | | |
| JE | | | | 792099.26 | 792099.26 |

113247

0.00

14

| | | | | SELLER ADJUSTMENTS (N) | |
|---|---|---|---|---|---|

**SOURCE: ANALYSIS** — **KAY-BEE TOY STORES** — **PAGE 1 OF 1**
**DATE: NOVEMBER 2000** — **STANDARD JOURNAL ENTRY** — **P J/E 435**
**TYPE: TRANSF DEF TAX LIAB (10/28) TRANSF TO SELLER (CNS)**
**PREPARED BY: DENISE DANIELS**

| | ACCT# | STORE | DEPT | DEBIT | CREDIT |
|---|---|---|---|---|---|
| JE | 2432 | 3 | 000 | 24012172.50 | |
| JE | 2432 | 69 | 000 | 509345.16 | |
| JE | 2432 | 88 | 000 | 474203.75 | |
| JE | 2432 | 215 | 000 | 3328409.12 | |
| JE | 2432 | 257 | 000 | 95288.60 | |
| JE | 2432 | 283 | 000 | 2835479.16 | |
| JE | 2432 | 291 | 000 | 702181.74 | |
| JE | 2432 | 308 | 000 | 315711.91 | |
| JE | 2432 | 309 | 000 | 45174.15 | |
| JE | 2432 | 310 | 000 | 3720.81 | |
| JE | 2432 | 314 | 000 | 7886.06 | |
| JE | 2432 | 315 | 000 | 391064.22 | |
| JE | 2432 | 316 | 000 | 214512.83 | |
| JE | 2432 | 343 | 000 | 41605.74 | |
| JE | 2432 | 395 | 000 | 16463.07 | |
| JE | 2432 | 419 | 000 | 309862.03 | |
| JE | 2432 | 420 | 000 | 442310.09 | |
| JE | 2432 | 468 | 000 | 8731.20 | |
| JE | 2432 | 469 | 000 | 10704.44 | |
| JE | 2432 | 490 | 000 | 23242.20 | |
| JE | 2432 | 507 | 000 | 3392002.53 | |
| JE | 2432 | 526 | 000 | 6603.74 | |
| JE | 2432 | 566 | 000 | 13722.59 | |
| JE | 2432 | 567 | 000 | 48443.48 | |
| JE | 2432 | 572 | 000 | 9569.65 | |
| JE | 2432 | 576 | 000 | 12249.85 | |
| JE | 2432 | 624 | 000 | | 376.55 |
| JE | 2432 | 640 | 000 | 54117.09 | |
| JE | 2432 | 646 | 000 | 102308.35 | |
| JE | 2432 | 656 | 000 | 26384.40 | |
| JE | 2432 | 701 | 000 | 1407794.71 | |
| JE | 2432 | 709 | 000 | 33842.55 | |
| JE | 2432 | 744 | 000 | | 119651.35 |
| JE | 2432 | 752 | 000 | 100111.15 | |
| JE | 2432 | 808 | 000 | | 71914.13 |
| JE | 2432 | 855 | 000 | 42251.56 | |
| JE | 2432 | 887 | 000 | 124014.96 | |
| JE | 2432 | 972 | 000 | 186525.88 | |
| JE | 2432 | 978 | 000 | 39046.00 | |
| JE | 2432 | 981 | 000 | 3452206.90 | |
| JE | 2432 | 1012 | 000 | 16262.95 | |
| JE | 2432 | 1034 | 000 | 22070.20 | |
| JE | 2432 | 1075 | 000 | 188160.09 | |
| JE | 2432 | 1083 | 000 | 12731.41 | |
| JE | 2432 | 1144 | 000 | 25459.80 | |
| JE | 2432 | 1190 | 000 | 4900.76 | |
| JE | 2432 | 1191 | 000 | 4525.79 | |

2432 → 323000
$ 42,987,472.17 ?

2433 → 323001
$ 8,681,839.17 (

2434 → 323002
$ 21,938.33 CE

15

| | | | | | |
|---|---|---|---|---|---|
| JE | 2432 | 1192 | 000 | 5414.82 | |
| JE | 2432 | 1193 | 000 | 3647.67 | |
| JE | 2432 | 1208 | 000 | 1559.90 | |
| JE | 2432 | 1209 | 000 | 2620.75 | |
| JE | 2432 | 1216 | 000 | 6903.55 | |
| JE | 2432 | 1226 | 000 | | 2202.10 |
| JE | 2432 | 1229 | 000 | 18048.00 | |
| JE | 2432 | 1247 | 000 | 15265.00 | |
| JE | 2432 | 1302 | 000 | 3127.00 | |
| JE | 2432 | 1303 | 000 | 1.00 | |
| JE | 2432 | 1352 | 000 | | 2962.00 |
| JE | 2432 | 1356 | 000 | 5003.00 | |
| JE | 2432 | 1712 | 000 | 5288.38 | |
| JE | 2432 | 3333 | 000 | 4324.00 | |
| JE | | | | | |
| JE | 2433 | 3 | 000 | 5171474.22 | |
| | 2433 | 69 | 000 | 110115.75 | |
| | 2433 | 88 | 000 | 89645.20 | |
| | 2433 | 215 | 000 | 835441.48 | |
| | 2433 | 257 | 000 | 20757.47 | |
| | 2433 | 283 | 000 | 709826.90 | |
| | 2433 | 291 | 000 | 184677.81 | |
| | 2433 | 308 | 000 | 66357.06 | |
| | 2433 | 309 | 000 | | 281.51 |
| | 2433 | 310 | 000 | | 127.06 |
| | 2433 | 314 | 000 | | 143.12 |
| | 2433 | 315 | 000 | 72314.84 | |
| | 2433 | 316 | 000 | 32622.87 | |
| | 2433 | 343 | 000 | | 65.15 |
| | 2433 | 395 | 000 | | 22.17 |
| | 2433 | 419 | 000 | 42801.06 | |
| | 2433 | 420 | 000 | 52155.15 | |
| | 2433 | 466 | 000 | 0.00 | |
| | 2433 | 468 | 000 | 16.32 | |
| | 2433 | 469 | 000 | | 38.09 |
| | 2433 | 490 | 000 | 3757.92 | |
| | 2433 | 507 | 000 | 772429.20 | |
| | 2433 | 526 | 000 | | 1758.18 |
| | 2433 | 566 | 000 | | 115.39 |
| | 2433 | 567 | 000 | 10088.80 | |
| | 2433 | 572 | 000 | | 82.61 |
| | 2433 | 576 | 000 | | 10.89 |
| | 2433 | 624 | 000 | | 231.98 |
| | 2433 | 640 | 000 | 13923.93 | |
| | 2433 | 646 | 000 | 14897.19 | |
| | 2433 | 656 | 000 | | 8.56 |
| | 2433 | 701 | 000 | 309444.27 | |
| | 2433 | 709 | 000 | 6678.88 | |
| | 2433 | 744 | 000 | 7.79 | |
| | 2433 | 752 | 000 | 13295.20 | |
| | 2433 | 808 | 000 | | 11538.54 |
| | 2433 | 855 | 000 | | 445.89 |

16

| | 2433 | 887 | 000 | | 308.46 |
|---|---|---|---|---|---|
| | 2433 | 972 | 000 | 46711.34 | |
| | 2433 | 978 | 000 | 5034.00 | |
| | 2433 | 981 | 000 | 63639.74 | |
| | 2433 | 1012 | 000 | 2.37 | |
| | 2433 | 1034 | 000 | | 84.48 |
| | 2433 | 1075 | 000 | 47973.89 | |
| | 2433 | 1083 | 000 | | 22.62 |
| | 2433 | 1144 | 000 | .14.62 | |
| | 2433 | 1190 | 000 | | 20.61 |
| | 2433 | 1191 | 000 | 164.41 | |
| | 2433 | 1192 | 000 | 11.35 | |
| | 2433 | 1193 | 000 | 173.75 | |
| | 2433 | 1208 | 000 | | 419.66 |
| | 2433 | 1209 | 000 | | 218.15 |
| | 2433 | 1216 | 000 | 97.13 | |
| | 2433 | 1226 | 000 | 32.54 | |
| | 2433 | 1229 | 000 | 205.00 | |
| | 2433 | 1247 | 000 | 189.00 | |
| | 2433 | 1303 | 000 | | 6.00 |
| | 2433 | 1352 | 000 | 3.00 | |
| | 2433 | 1712 | 000 | | 468.16 |
| | 2433 | 3333 | 000 | 1275.00 | |
| | | | | | |
| | 2434 | 3 | 000 | | 1.00 |
| | 2434 | 215 | 000 | 4959.31 | |
| | 2434 | 291 | 000 | 5164.80 | |
| | 2434 | 308 | 000 | 11815.22 | |
| | | | | | |
| | | | | | |
| | 2142 | 3 | 000 | | 24012172.50 |
| | 2142 | 69 | 000 | | 509345.16 |
| | 2142 | 88 | 000 | | 474203.75 |
| | 2142 | 215 | 000 | | 3328409.12 |
| | 2142 | 257 | 000 | | 95288.60 |
| | 2142 | 283 | 000 | | 2835479.16 |
| | 2142 | 291 | 000 | | 702181.74 |
| | 2142 | 308 | 000 | | 315711.91 |
| | 2142 | 309 | 000 | | 45174.15 |
| | 2142 | 310 | 000 | | 3720.81 |
| | 2142 | 314 | 000 | | 7886.06 |
| | 2142 | 315 | 000 | | 391064.22 |
| | 2142 | 316 | 000 | | 214512.83 |
| | 2142 | 343 | 000 | | 41605.74 |
| | 2142 | 395 | 000 | | 16463.07 |
| | 2142 | 419 | 000 | | 309862.03 |
| | 2142 | 420 | 000 | | 442310.09 |
| | 2142 | 468 | 000 | | 8731.20 |
| | 2142 | 469 | 000 | | 10704.44 |
| | 2142 | 490 | 000 | | 23242.20 |
| | 2142 | 507 | 000 | | 3392002.53 |
| | 2142 | 526 | 000 | | 6603.74 |

17

| | 2142 | 566 | 000 | | 13722.59 |
|---|---|---|---|---|---|
| | 2142 | 567 | 000 | | 48443.48 |
| | 2142 | 572 | 000 | | 9569.65 |
| | 2142 | 576 | 000 | | 12249.85 |
| | 2142 | 624 | 000 | 376.55 | |
| | 2142 | 640 | 000 | | 54117.09 |
| | 2142 | 646 | 000 | | 102308.35 |
| | 2142 | 656 | 000 | | 26384.40 |
| | 2142 | 701 | 000 | | 1407794.71 |
| | 2142 | 709 | 000 | | 33842.55 |
| | 2142 | 744 | 000 | 119651.35 | |
| | 2142 | 752 | 000 | | 100111.15 |
| | 2142 | 808 | 000 | 71914.13 | |
| | 2142 | 855 | 000 | | 42251.56 |
| | 2142 | 887 | 000 | | 124014.96 |
| | 2142 | 972 | 000 | | 186525.88 |
| | 2142 | 978 | 000 | | 39046.00 |
| | 2142 | 981 | 000 | | 3452206.90 |
| | 2142 | 1012 | 000 | | 16262.95 |
| | 2142 | 1034 | 000 | | 22070.20 |
| | 2142 | 1075 | 000 | | 188160.09 |
| | 2142 | 1083 | 000 | | 12731.41 |
| | 2142 | 1144 | 000 | | 25459.80 |
| | 2142 | 1190 | 000 | | 4900.76 |
| | 2142 | 1191 | 000 | | 4525.79 |
| | 2142 | 1192 | 000 | | 5414.82 |
| | 2142 | 1193 | 000 | | 3647.67 |
| | 2142 | 1208 | 000 | | 1559.90 |
| | 2142 | 1209 | 000 | | 2620.75 |
| | 2142 | 1216 | 000 | | 6903.55 |
| | 2142 | 1226 | 000 | 2202.10 | |
| | 2142 | 1229 | 000 | | 18048.00 |
| | 2142 | 1247 | 000 | | 15265.00 |
| | 2142 | 1302 | 000 | | 3127.00 |
| | 2142 | 1303 | 000 | | 1.00 |
| | 2142 | 1352 | 000 | 2962.00 | |
| | 2142 | 1356 | 000 | | 5003.00 |
| | 2142 | 1712 | 000 | | 5288.38 |
| | 2142 | 3333 | 000 | | 4324.00 |
| | | | 000 | | |
| | 2142 | 3 | 000 | | 5171474.22 |
| | 2142 | 69 | 000 | | 110115.75 |
| | 2142 | 88 | 000 | | 89645.20 |
| | 2142 | 215 | 000 | | 835441.48 |
| | 2142 | 257 | 000 | | 20757.47 |
| | 2142 | 283 | 000 | | 709826.90 |
| | 2142 | 291 | 000 | | 184677.81 |
| | 2142 | 308 | 000 | | 66357.06 |
| | 2142 | 309 | 000 | 281.51 | |
| | 2142 | 310 | 000 | 127.06 | |
| | 2142 | 314 | 000 | 143.12 | |
| | 2142 | 315 | 000 | | 72314.84 |

| | | | | | |
|---|---|---|---|---|---|
| 2142 | 316 | 000 | | | 32622.87 |
| 2142 | 343 | 000 | | 65.15 | |
| 2142 | 395 | 000 | | 22.17 | |
| 2142 | 419 | 000 | | | 42801.06 |
| 2142 | 420 | 000 | | | 52155.15 |
| 2142 | 466 | 000 | | | 0.00 |
| 2142 | 468 | 000 | | | 16.32 |
| 2142 | 469 | 000 | | 38.09 | |
| 2142 | 490 | 000 | | | 3757.92 |
| 2142 | 507 | 000 | | | 772429.20 |
| 2142 | 526 | 000 | | 1758.18 | |
| 2142 | 566 | 000 | | 115.39 | |
| 2142 | 567 | 000 | | | 10088.80 |
| 2142 | 572 | 000 | | 82.61 | |
| 2142 | 576 | 000 | | 10.89 | |
| 2142 | 624 | 000 | | 231.98 | |
| 2142 | 640 | 000 | | | 13923.93 |
| 2142 | 646 | 000 | | | 14897.19 |
| 2142 | 656 | 000 | | 8.56 | |
| 2142 | 701 | 000 | | | 309444.27 |
| 2142 | 709 | 000 | | | 6678.88 |
| 2142 | 744 | 000 | | | 7.79 |
| 2142 | 752 | 000 | | | 13295.20 |
| 2142 | 808 | 000 | | 11538.54 | |
| 2142 | 855 | 000 | | 445.89 | |
| 2142 | 887 | 000 | | 308.46 | |
| 2142 | 972 | 000 | | | 46711.34 |
| 2142 | 978 | 000 | | | 5034.00 |
| 2142 | 981 | 000 | | | 63639.74 |
| 2142 | 1012 | 000 | | | 2.37 |
| 2142 | 1034 | 000 | | 84.48 | |
| 2142 | 1075 | 000 | | | 47973.89 |
| 2142 | 1083 | 000 | | 22.62 | |
| 2142 | 1144 | 000 | | | 14.62 |
| 2142 | 1190 | 000 | | 20.61 | |
| 2142 | 1191 | 000 | | | 164.41 |
| 2142 | 1192 | 000 | | | 11.35 |
| 2142 | 1193 | 000 | | | 173.75 |
| 2142 | 1208 | 000 | | 419.66 | |
| 2142 | 1209 | 000 | | 218.15 | |
| 2142 | 1216 | 000 | | | 97.13 |
| 2142 | 1226 | 000 | | | 32.54 |
| 2142 | 1229 | 000 | | | 205.00 |
| 2142 | 1247 | 000 | | | 189.00 |
| 2142 | 1303 | 000 | | 6.00 | |
| 2142 | 1352 | 000 | | | 3.00 |
| 2142 | 1712 | 000 | | 468.16 | |
| 2142 | 3333 | 000 | | | 1275.00 |
| | | | | | |
| 2142 | 3 | 000 | | 1.00 | |
| 2142 | 215 | 000 | | | 4959.31 |
| 2142 | 291 | 000 | | | 5164.80 |

*19*

| | 2142 | 308 | 000 | | 11815.22 |
|---|---|---|---|---|---|
| JE | | | | | |
| JE | | | | | |
| JE | | | | 52118298.43 | 52118298.43 |

0.00

20

| SOURCE: ANALYSIS | | KAY-BEE TOY STORES | | | PAGE 1 OF 1 |
| DATE: NOVEMBER 2000 | | STANDARD JOURNAL ENTRY | | | P J/E 437 |
| TYPE: TRANS INCOME TAX PAYABLE (12/07) TRANSF TO SELLER (CNS) | | | | | |
| PREPARED BY: DENISE DANIELS | | SELLER ADJUSTMENTS (O) | | | |
| | ACCT# | STORE | DEPT | DEBIT | CREDIT |
| JE | 2253 | 981 | 000 | 13734249.59 | |
| JE | 2253 | 997 | 000 | 3220515.00 | |
| JE | 2253 | 215 | 000 | 1540990.00 | |
| JE | 2253 | 701 | 000 | 1040823.00 | |
| JE | 2253 | 978 | 000 | 783893.00 | |
| JE | 2253 | 315 | 000 | 525092.00 | |
| JE | 2253 | 646 | 000 | 501186.00 | |
| JE | 2253 | 316 | 000 | 484931.00 | |
| JE | 2253 | 88 | 000 | 391217.00 | |
| JE | 2253 | 308 | 000 | 357873.00 | |
| JE | 2253 | 752 | 000 | 322432.00 | |
| JE | 2253 | 808 | 000 | 247126.00 | |
| JE | 2253 | 1075 | 000 | 224885.00 | |
| JE | 2253 | 855 | 000 | 146539.00 | |
| JE | 2253 | 490 | 000 | 107890.00 | |
| JE | 2253 | 624 | 000 | 93817.00 | |
| JE | 2253 | 1712 | 000 | 93694.00 | |
| JE | 2253 | 709 | 000 | 80396.00 | |
| JE | 2253 | 567 | 000 | 78234.00 | |
| JE | 2253 | 310 | 000 | 74782.75 | |
| JE | 2253 | 469 | 000 | 69160.06 | |
| JE | 2253 | 314 | 000 | 67069.35 | |
| JE | 2253 | 1144 | 000 | 54749.42 | |
| JE | 2253 | 1083 | 000 | 48956.22 | |
| JE | 2253 | 744 | 000 | 48448.00 | |
| JE | 2253 | 526 | 000 | 47271.00 | |
| JE | 2253 | 887 | 000 | 47078.00 | |
| JE | 2253 | 1208 | 000 | 40846.37 | |
| JE | 2253 | 566 | 000 | 39766.48 | |
| JE | 2253 | 69 | 000 | 37095.00 | |
| JE | 2253 | 1352 | 000 | 31872.00 | |
| JE | 2253 | 1226 | 000 | 22542.68 | |
| JE | 2253 | 1012 | 000 | 20718.80 | |
| JE | 2253 | 1302 | 000 | 2773.00 | |
| JE | 2253 | 982 | 000 | | 55.06 |
| JE | 2253 | 1369 | 000 | | 145.00 |
| JE | 2253 | 1303 | 000 | | 177.00 |
| JE | 2253 | 1216 | 000 | | 2361.72 |
| JE | 2253 | 640 | 000 | | 5913.00 |
| JE | 2253 | 572 | 000 | | 8372.69 |
| JE | 2253 | 3333 | 000 | | 11157.00 |
| JE | 2253 | 1034 | 000 | | 19056.26 |
| JE | 2253 | 343 | 000 | | 23477.00 |
| JE | 2253 | 1193 | 000 | | 29157.04 |
| JE | 2253 | 309 | 000 | | 37971.87 |
| JE | 2253 | 395 | 000 | | 40538.78 |
| JE | 2253 | 1190 | 000 | | 41056.98 |

Handwritten notes (right margin):

2253 → 316600
$3,397,148.85 C

2254 → 316601
$65,083,40.09 D

2256 → 316603
$1,833,839.00 DE

2258 → 316605
$1,017,457.58 D

2259 → 316606
$100,233.00 DB

2263 → 316608
$13,628.23 CR

2264 → 316001
$123,304 DB

2265 → 316002
$275,109 DB

2266 → 316000
$718,655.20 DB

2267 → 316006
$104,737.31 DB

21

2269 → 316003
    $ 2,731.73   CR

2270 → 316700
    $ 802,593.86  DB

2271 → 316701
    $ 14,393,166. DB

2272 – 316702
    $ 865,225.61. DB

2273 – 316703
    $ 583.22  DB

2275 – 316004
    $ 98,709.95  CR

2276 – 316005
    $ 17,927.82  DB

2277 – 316710
    $ 127,093.79 DB

2278 – 316704
    $ 2711,560 DB

2280 – 316800
    $ 39,033 DB

2281 – 316801
    $ 76,814 DB

2282 – 316802
    $ 1,500.00 DB

2285 – 316007
    $ 635 DB

77

| | | | | | |
|---|---|---|---|---|---|
| JE | 2253 | 1229 | 000 | | 47154.96 |
| JE | 2253 | 1247 | 000 | | 48683.53 |
| JE | 2253 | 576 | 000 | | 61307.85 |
| JE | 2253 | 1209 | 000 | | 80854.75 |
| JE | 2253 | 257 | 000 | | 95265.00 |
| JE | 2253 | 1191 | 000 | | 98904.33 |
| JE | 2253 | 468 | 000 | | 102241.47 |
| JE | 2253 | 656 | 000 | | 103531.48 |
| JE | 2253 | 1192 | 000 | | 168182.59 |
| JE | 2253 | 419 | 000 | | 189198.00 |
| JE | 2253 | 420 | 000 | | 253289.00 |
| JE | 2253 | 507 | 000 | | 514673.00 |
| JE | 2253 | 972 | 000 | | 665590.00 |
| JE | 2253 | 291 | 000 | | 680008.00 |
| JE | 2253 | 283 | 000 | | 808744.00 |
| JE | 2253 | 980 | 000 | | 4846377.00 |
| JE | 2253 | 3 | 000 | | 12248318.51 |
| JE | | | | | |
| | 2142 | 981 | 000 | | 13734249.59 |
| | 2142 | 997 | 000 | | 3220515.00 |
| | 2142 | 215 | 000 | | 1540990.00 |
| | 2142 | 701 | 000 | | 1040823.00 |
| | 2142 | 978 | 000 | | 783893.00 |
| | 2142 | 315 | 000 | | 525092.00 |
| | 2142 | 646 | 000 | | 501186.00 |
| | 2142 | 316 | 000 | | 484931.00 |
| | 2142 | 88 | 000 | | 391217.00 |
| | 2142 | 308 | 000 | | 357873.00 |
| | 2142 | 752 | 000 | | 322432.00 |
| | 2142 | 808 | 000 | | 247126.00 |
| | 2142 | 1075 | .000 | | 224885.00 |
| | 2142 | 855 | 000 | | 146539.00 |
| | 2142 | 490 | 000 | | 107890.00 |
| | 2142 | 624 | 000 | | 93817.00 |
| | 2142 | 1712 | 000 | | 93694.00 |
| | 2142 | 709 | 000 | | 80396.00 |
| | 2142 | 567 | 000 | | 78234.00 |
| | 2142 | 310 | 000 | | 74782.75 |
| | 2142 | 469 | 000 | | 69160.06 |
| | 2142 | 314 | 000 | | 67069.35 |
| | 2142 | 1144 | 000 | | 54749.42 |
| | 2142 | 1083 | 000 | | 48956.22 |
| | 2142 | 744 | 000 | | 48448.00 |
| | 2142 | 526 | 000 | | 47271.00 |
| | 2142 | 887 | 000 | | 47078.00 |
| | 2142 | 1208 | 000 | | 40846.37 |
| | 2142 | 566 | 000 | | 39766.48 |
| | 2142 | 69 | 000 | | 37095.00 |
| | 2142 | 1352 | 000 | | 31872.00 |
| | 2142 | 1226 | 000 | | 22542.68 |
| | 2142 | 1012 | 000 | | 20718.80 |
| | 2142 | 1302 | 000 | | 2773.00 |

23