| | | | | |
|---|---|---|---|---|
| 2142 | 982 | 000 | 55.06 | |
| 2142 | 1369 | 000 | 145.00 | |
| 2142 | 1303 | 000 | 177.00 | |
| 2142 | 1216 | 000 | 2361.72 | |
| 2142 | 640 | 000 | 5913.00 | |
| 2142 | 572 | 000 | 8372.69 | |
| 2142 | 3333 | 000 | 11157.00 | |
| 2142 | 1034 | 000 | 19056.26 | |
| 2142 | 343 | 000 | 23477.00 | |
| 2142 | 1193 | 000 | 29157.04 | |
| 2142 | 309 | 000 | 37971.87 | |
| 2142 | 395 | 000 | 40538.78 | |
| 2142 | 1190 | 000 | 41056.98 | |
| 2142 | 1229 | 000 | 47154.96 | |
| 2142 | 1247 | 000 | 48683.53 | |
| 2142 | 576 | 000 | 61307.85 | |
| 2142 | 1209 | 000 | 80854.75 | |
| 2142 | 257 | 000 | 95265.00 | |
| 2142 | 1191 | 000 | 98904.33 | |
| 2142 | 468 | 000 | 102241.47 | |
| 2142 | 656 | 000 | 103531.48 | |
| 2142 | 1192 | 000 | 168182.59 | |
| 2142 | 419 | 000 | 189198.00 | |
| 2142 | 420 | 000 | 253289.00 | |
| 2142 | 507 | 000 | 514673.00 | |
| 2142 | 972 | 000 | 665590.00 | |
| 2142 | 291 | 000 | 680008.00 | |
| 2142 | 283 | 000 | 808744.00 | |
| 2142 | 980 | 000 | 4846377.00 | |
| 2142 | 3 | 000 | 12248318.51 | |
| | | | | |
| 2254 | 1 | 000 | | 377833.67 |
| 2254 | 3 | 000 | | 25399009.00 |
| 2254 | 69 | 000 | | 578318.00 |
| 2254 | 88 | 000 | | 1023721.00 |
| 2254 | 215 | 000 | | 13075390.00 |
| 2254 | 257 | 000 | | 251320.00 |
| 2254 | 283 | 000 | | 2676955.00 |
| 2254 | 291 | 000 | | 3208922.00 |
| 2254 | 308 | 000 | | 1493411.00 |
| 2254 | 309 | 000 | | 46209.82 |
| 2254 | 310 | 000 | | 24883.69 |
| 2254 | 314 | 000 | | 10647.19 |
| 2254 | 315 | 000 | | 1153743.00 |
| 2254 | 316 | 000 | | 1126195.00 |
| 2254 | 343 | 000 | | 65430.00 |
| 2254 | 395 | 000 | | 56506.72 |
| 2254 | 419 | 000 | | 1956464.00 |
| 2254 | 420 | 000 | | 2199322.00 |
| 2254 | 468 | 000 | | 56962.29 |
| 2254 | 469 | 000 | | 24729.12 |
| 2254 | 490 | 000 | | 110704.00 |

24

| | 2254 | 507 | 000 | | 410129.00 |
|---|---|---|---|---|---|
| | 2254 | 526 | 000 | | 753308.00 |
| | 2254 | 566 | 000 | | 56561.08 |
| | 2254 | 567 | 000 | | 206949.00 |
| | 2254 | 572 | 000 | | 23465.09 |
| | 2254 | 576 | 000 | | 1557.00 |
| | 2254 | 624 | 000 | 80735.00 | |
| | 2254 | 640 | 000 | | 123567.00 |
| | 2254 | 646 | 000 | | 764432.00 |
| | 2254 | 656 | 000 | | 59201.91 |
| | 2254 | 701 | 000 | | 3096183.00 |
| | 2254 | 709 | 000 | | 116538.00 |
| | 2254 | 744 | 000 | | 42725.00 |
| | 2254 | 752 | 000 | | 397601.00 |
| | 2254 | 808 | 000 | | 286713.00 |
| | 2254 | 855 | 000 | | 119975.00 |
| | 2254 | 887 | 000 | | 752798.00 |
| | 2254 | 972 | 000 | | 104593.00 |
| | 2254 | 978 | 000 | | 293254.00 |
| | 2254 | 980 | 000 | | 525010.00 |
| | 2254 | 981 | 000 | 2589082.00 | |
| | 2254 | 982 | 000 | | 1.00 |
| | 2254 | 985 | 000 | | 27468.00 |
| | 2254 | 986 | 000 | | 30435.00 |
| | 2254 | 997 | 000 | 1678108.00 | |
| | 2254 | 1012 | 000 | | 33559.10 |
| | 2254 | 1034 | 000 | | 16087.26 |
| | 2254 | 1075 | 000 | | 248622.00 |
| | 2254 | 1083 | 000 | | 31455.27 |
| | 2254 | 1144 | 000 | | 40197.64 |
| | 2254 | 1190 | 000 | | 55233.77 |
| | 2254 | 1191 | 000 | | 53213.73 |
| | 2254 | 1192 | 000 | | 74756.05 |
| | 2254 | 1193 | 000 | | 53445.29 |
| | 2254 | 1208 | 000 | | 943096.81 |
| | 2254 | 1209 | 000 | | 49085.52 |
| | 2254 | 1216 | 000 | | 38020.26 |
| | 2254 | 1226 | 000 | | 1127795.80 |
| | 2254 | 1229 | 000 | | 1551209.43 |
| | 2254 | 1247 | 000 | | 1714320.11 |
| | 2254 | 1280 | 000 | | 40482.00 |
| | 2254 | 1302 | 000 | | 30365.00 |
| | 2254 | 1303 | 000 | | 24956.00 |
| | 2254 | 1352 | 000 | | 24144.47 |
| | 2254 | 1356 | 000 | | 11240.00 |
| | 2254 | 1369 | 000 | | 31806.00 |
| | 2254 | 1712 | 000 | | 132493.00 |
| | 2254 | 3333 | 000 | 3390.00 | |
| | | | | | |
| | 2142 | 1 | 000 | 377833.67 | |
| | 2142 | 3 | 000 | 25399009.00 | |
| | 2142 | 69 | 000 | 578318.00 | |

| | 2142 | 88 | 000 | 1023721.00 | |
|---|---|---|---|---|---|
| | 2142 | 215 | 000 | 13075390.00 | |
| | 2142 | 257 | 000 | 251320.00 | |
| | 2142 | 283 | 000 | 2676955.00 | |
| | 2142 | 291 | 000 | 3208922.00 | |
| | 2142 | 308 | 000 | 1493411.00 | |
| | 2142 | 309 | 000 | 46209.82 | |
| | 2142 | 310 | 000 | 24883.69 | |
| | 2142 | 314 | 000 | 10647.19 | |
| | 2142 | 315 | 000 | 1153743.00 | |
| | 2142 | 316 | 000 | 1126195.00 | |
| | 2142 | 343 | 000 | 65430.00 | |
| | 2142 | 395 | 000 | 56506.72 | |
| | 2142 | 419 | 000 | 1956464.00 | |
| | 2142 | 420 | 000 | 2199322.00 | |
| | 2142 | 468 | 000 | 56962.29 | |
| | 2142 | 469 | 000 | 24729.12 | |
| | 2142 | 490 | 000 | 110704.00 | |
| | 2142 | 507 | 000 | 410129.00 | |
| | 2142 | 526 | 000 | 753308.00 | |
| | 2142 | 566 | 000. | 56561.08 | |
| | 2142 | 567 | 000 | 206949.00 | |
| | 2142 | 572 | 000 | 23465.09 | |
| | 2142 | 576 | 000 | 1557.00 | |
| | 2142 | 624 | 000 | | 80735.00 |
| | 2142 | 640 | 000 | 123567.00 | |
| | 2142 | 646 | 000 | 764432.00 | |
| | 2142 | 656 | 000 | 59201.91 | |
| | 2142 | 701 | 000 | 3096183.00 | |
| | 2142 | 709 | 000 | 116538.00 | |
| | 2142 | 744 | 000 | 42725.00 | |
| | 2142 | 752 | 000 | 397601.00 | |
| | 2142 | 808 | 000 | 286713.00 | |
| | 2142 | 855 | 000 | 119975.00 | |
| | 2142 | 887 | 000 | 752798.00 | |
| | 2142 | 972 | 000 | 104593.00 | |
| | 2142 | 978 | 000 | 293254.00 | |
| | 2142 | 980 | 000 | 525010.00 | |
| | 2142 | 981 | 000 | | 2589082.00 |
| | 2142 | 982 | 000 | 1.00 | |
| | 2142 | 985 | 000 | 27468.00 | |
| | 2142 | 986 | 000 | 30435.00 | |
| | 2142 | 997 | 000 | | 1678108.00 |
| | 2142 | 1012 | 000 | 33559.10 | |
| | 2142 | 1034 | 000 | 16087.26 | |
| | 2142 | 1075 | 000 | 248622.00 | |
| | 2142 | 1083 | 000 | 31455.27 | |
| | 2142 | 1144 | 000 | 40197.64 | |
| | 2142 | 1190 | 000 | 55233.77 | |
| | 2142 | 1191 | 000 | 53213.73 | |
| | 2142 | 1192 | 000 | 74756.05 | |
| | 2142 | 1193 | 000 | 53445.29 | |

| | 2142 | 1208 | 000 | 943096.81 | |
| | 2142 | 1209 | 000 | 49085.52 | |
| | 2142 | 1216 | 000 | 38020.26 | |
| | 2142 | 1226 | 000 | 1127795.80 | |
| | 2142 | 1229 | 000 | 1551209.43 | |
| | 2142 | 1247 | 000 | 1714320.11 | |
| | 2142 | 1280 | 000 | 40482.00 | |
| | 2142 | 1302 | 000 | 30365.00 | |
| | 2142 | 1303 | 000 | 24956.00 | |
| | 2142 | 1352 | 000 | 24144.47 | |
| | 2142 | 1356 | 000 | 11240.00 | |
| | 2142 | 1369 | 000 | 31806.00 | |
| | 2142 | 1712 | 000 | 132493.00 | |
| | 2142 | 3333 | 000 | | 3390.00 |
| | | | | | |
| | 2256 | 3 | 000 | 7242676.00 | |
| | 2256 | 69 | 000 | 5164.00 | |
| | 2256 | 88 | 000 | | 365655.00 |
| | 2256 | 215 | 000 | | 446450.00 |
| | 2256 | 257 | 000 | 124502.00 | |
| | 2256 | 283 | 000 | 959770.00 | |
| | 2256 | 291 | 000 | 897113.00 | |
| | 2256 | 308 | 000 | | 259949.00 |
| | 2256 | 309 | 000 | 40378.00 | |
| | 2256 | 310 | 000 | | 9353.00 |
| | 2256 | 314 | 000 | | 3901.00 |
| | 2256 | 315 | 000 | | 417168.00 |
| | 2256 | 316 | 000 | | 407322.00 |
| | 2256 | 343 | 000 | 27356.00 | |
| | 2256 | 395 | 000 | 25351.00 | |
| | 2256 | 419 | 000 | 338911.00 | |
| | 2256 | 420 | 000 | 403442.00 | |
| | 2256 | 468 | 000 | 35630.00 | |
| | 2256 | 469 | 000 | 2078.00 | |
| | 2256 | 490 | 000 | | 88787.00 |
| | 2256 | 507 | 000 | 515218.00 | |
| | 2256 | 526 | 000 | 24555.00 | |
| | 2256 | 566 | 000 | 4200.00 | |
| | 2256 | 567 | 000 | | 25725.00 |
| | 2256 | 572 | 000 | 3247.00 | |
| | 2256 | 576 | 000 | 55299.00 | |
| | 2256 | 624 | 000 | | 90503.00 |
| | 2256 | 640 | 000 | 19789.00 | |
| | 2256 | 646 | 000 | | 474209.00 |
| | 2256 | 656 | 000 | 27429.00 | |
| | 2256 | 701 | 000 | | 503293.00 |
| | 2256 | 709 | 000 | | 61957.00 |
| | 2256 | 744 | 000 | | 41905.00 |
| | 2256 | 752 | 000 | | 279370.00 |
| | 2256 | 808 | 000 | | 212654.00 |
| | 2256 | 855 | 000 | | 132187.00 |
| | 2256 | 887 | 000 | 13718.00 | |

| | 2256 | 972 | 000 | 743713.00 | |
| | 2256 | 978 | 000 | | 699827.00 |
| | 2256 | 980 | 000 | 4843452.00 | |
| | 2256 | 981 | 000 | | 13449637.00 |
| | 2256 | 982 | 000 | 43.00 | |
| | 2256 | 1012 | 000 | | 7337.00 |
| | 2256 | 1034 | 000 | | 388.00 |
| | 2256 | 1075 | 000 | | 236350.00 |
| | 2256 | 1083 | 000 | | 6040.00 |
| | 2256 | 1144 | 000 | | 938.00 |
| | 2256 | 1190 | 000 | 10617.00 | |
| | 2256 | 1191 | 000 | 27704.00 | |
| | 2256 | 1192 | 000 | 62378.00 | |
| | 2256 | 1193 | 000 | | 23112.00 |
| | 2256 | 1208 | 000 | | 23264.00 |
| | 2256 | 1209 | 000 | 46648.00 | |
| | 2256 | 1216 | 000 | 17497.00 | |
| | 2256 | 1226 | 000 | | 19100.00 |
| | 2256 | 1229 | 000 | 6561.00 | |
| | 2256 | 1247 | 000 | 16439.00 | |
| | 2256 | 1302 | 000 | | 3013.00 |
| | 2256 | 1303 | 000 | 27.00 | |
| | 2256 | 1352 | 000 | | 14425.00 |
| | 2256 | 1369 | 000 | 66.00 | |
| | 2256 | 1712 | 000 | | 70991.00 |
| | | | | | |
| | 2142 | 3 | 000 | | 7242676.00 |
| | 2142 | 69 | 000 | | 5164.00 |
| | 2142 | 88 | 000 | 365655.00 | |
| | 2142 | 215 | 000 | 446450.00 | |
| | 2142 | 257 | 000 | | 124502.00 |
| | 2142 | 283 | 000 | | 959770.00 |
| | 2142 | 291 | 000 | | 897113.00 |
| | 2142 | 308 | 000 | 259949.00 | |
| | 2142 | 309 | 000 | | 40378.00 |
| | 2142 | 310 | 000 | 9353.00 | |
| | 2142 | 314 | 000 | 3901.00 | |
| | 2142 | 315 | 000 | 417168.00 | |
| | 2142 | 316 | 000 | 407322.00 | |
| | 2142 | 343 | 000 | | 27356.00 |
| | 2142 | 395 | 000 | | 25351.00 |
| | 2142 | 419 | 000 | | 338911.00 |
| | 2142 | 420 | 000 | | 403442.00 |
| | 2142 | 468 | 000 | | 35630.00 |
| | 2142 | 469 | 000 | | 2078.00 |
| | 2142 | 490 | 000 | 88787.00 | |
| | 2142 | 507 | 000 | | 515218.00 |
| | 2142 | 526 | 000 | | 24555.00 |
| | 2142 | 566 | 000 | | 4200.00 |
| | 2142 | 567 | 000 | 25725.00 | |
| | 2142 | 572 | 000 | | 3247.00 |
| | 2142 | 576 | 000 | | 55299.00 |

| | | | | |
|---|---|---|---|---|
| 2142 | 624 | 000 | 90503.00 | |
| 2142 | 640 | 000 | | 19789.00 |
| 2142 | 646 | 000 | 474209.00 | |
| 2142 | 656 | 000 | | 27429.00 |
| 2142 | 701 | 000 | 503293.00 | |
| 2142 | 709 | 000 | 61957.00 | |
| 2142 | 744 | 000 | 41905.00 | |
| 2142 | 752 | 000 | 279370.00 | |
| 2142 | 808 | 000 | 212654.00 | |
| 2142 | 855 | 000 | 132187.00 | |
| 2142 | 887 | 000 | | 13718.00 |
| 2142 | 972 | 000 | | 743713.00 |
| 2142 | 978 | 000 | 699827.00 | |
| 2142 | 980 | 000 | | 4843452.00 |
| 2142 | 981 | 000 | 13449637.00 | |
| 2142 | 982 | 000 | | 43.00 |
| 2142 | 1012 | 000 | 7337.00 | |
| 2142 | 1034 | 000 | 388.00 | |
| 2142 | 1075 | 000 | 236350.00 | |
| 2142 | 1083 | 000 | 6040.00 | |
| 2142 | 1144 | 000 | 938.00 | |
| 2142 | 1190 | 000 | | 10617.00 |
| 2142 | 1191 | 000 | | 27704.00 |
| 2142 | 1192 | 000 | | 62378.00 |
| 2142 | 1193 | 000 | 23112.00 | |
| 2142 | 1208 | 000 | 23264.00 | |
| 2142 | 1209 | 000 | | 46648.00 |
| 2142 | 1216 | 000 | | 17497.00 |
| 2142 | 1226 | 000 | 19100.00 | |
| 2142 | 1229 | 000 | | 6561.00 |
| 2142 | 1247 | 000 | | 16439.00 |
| 2142 | 1302 | 000 | 3013.00 | |
| 2142 | 1303 | 000 | | 27.00 |
| 2142 | 1352 | 000 | 14425.00 | |
| 2142 | 1369 | 000 | | 66.00 |
| 2142 | 1712 | 000 | 70991.00 | |
| | | | | |
| 2258 | 3 | 000 | | 66552.00 |
| 2258 | 309 | 000 | | 53854.00 |
| 2258 | 310 | 000 | | 31064.00 |
| 2258 | 314 | 000 | | 29089.00 |
| 2258 | 395 | 000 | | 37723.00 |
| 2258 | 468 | 000 | | 37324.00 |
| 2258 | 469 | 000 | | 32099.00 |
| 2258 | 566 | 000 | | 45145.00 |
| 2258 | 572 | 000 | | 27776.00 |
| 2258 | 576 | 000 | | 979.00 |
| 2258 | 656 | 000 | | 43769.00 |
| 2258 | 981 | 000 | 37299.42 | |
| 2258 | 1012 | 000 | | 36385.00 |
| 2258 | 1034 | 000 | | 24952.00 |
| 2258 | 1083 | 000 | | 47279.00 |

29

| | | | | |
|---|---|---|---|---|
| 2258 | 1144 | 000 | | 41373.00 |
| 2258 | 1190 | 000 | | 47494.00 |
| 2258 | 1191 | 000 | | 44937.00 |
| 2258 | 1192 | 000 | | 57775.00 |
| 2258 | 1193 | 000 | | 45893.00 |
| 2258 | 1208 | 000 | | 30516.00 |
| 2258 | 1209 | 000 | | 47649.00 |
| 2258 | 1216 | 000 | | 40191.00 |
| 2258 | 1226 | 000 | | 49980.00 |
| 2258 | 1229 | 000 | | 39333.00 |
| 2258 | 1247 | 000 | | 51066.00 |
| 2258 | 1302 | 000 | | 34.00 |
| 2258 | 1303 | 000 | | 2909.00 |
| 2258 | 1352 | 000 | | 41008.00 |
| 2258 | 1369 | 000 | | 609.00 |
| | | | | |
| 2142 | 3 | 000 | 66552.00 | |
| 2142 | 309 | 000 | 53854.00 | |
| 2142 | 310 | 000 | 31064.00 | |
| 2142 | 314 | 000 | 29089.00 | |
| 2142 | 395 | 000 | 37723.00 | |
| 2142 | 468 | 000 | 37324.00 | |
| 2142 | 469 | 000 | 32099.00 | |
| 2142 | 566 | 000 | 45145.00 | |
| 2142 | 572 | 000 | 27776.00 | |
| 2142 | 576 | 000 | 979.00 | |
| 2142 | 656 | 000 | 43769.00 | |
| 2142 | 981 | 000 | | 37299.42 |
| 2142 | 1012 | 000 | 36385.00 | |
| 2142 | 1034 | 000 | 24952.00 | |
| 2142 | 1083 | 000 | 47279.00 | |
| 2142 | 1144 | 000 | 41373.00 | |
| 2142 | 1190 | 000 | 47494.00 | |
| 2142 | 1191 | 000 | 44937.00 | |
| 2142 | 1192 | 000 | 57775.00 | |
| 2142 | 1193 | 000 | 45893.00 | |
| 2142 | 1208 | 000 | 30516.00 | |
| 2142 | 1209 | 000 | 47649.00 | |
| 2142 | 1216 | 000 | 40191.00 | |
| 2142 | 1226 | 000 | 49980.00 | |
| 2142 | 1229 | 000 | 39333.00 | |
| 2142 | 1247 | 000 | 51066.00 | |
| 2142 | 1302 | 000 | 34.00 | |
| 2142 | 1303 | 000 | 2909.00 | |
| 2142 | 1352 | 000 | 41008.00 | |
| 2142 | 1369 | 000 | 609.00 | |
| | | | | |
| 2259 | 576 | 000 | | 26044.00 |
| 2259 | 656 | 000 | 26044.00 | |
| 2259 | 1280 | 000 | | 89599.00 |
| 2259 | 1352 | 000 | | 10634.00 |

| | | | | |
|---|---|---|---|---|
| 2142 | 576 | 000 | 26044.00 | |
| 2142 | 656 | 000 | | 26044.00 |
| 2142 | 1280 | 000 | 89599.00 | |
| 2142 | 1352 | 000 | 10634.00 | |
| 2263 | 1 | 000 | 13628.23 | |
| 2142 | 1 | 000 | | 13628.23 |
| 2264 | 3 | 000 | | 24120.00 |
| 2264 | 69 | 000 | | 19689.00 |
| 2264 | 88 | 000 | | 764.00 |
| 2264 | 215 | 000 | | 39848.00 |
| 2264 | 257 | 000 | | 18.00 |
| 2264 | 283 | 000 | | 1984.00 |
| 2264 | 291 | 000 | | 5175.00 |
| 2264 | 308 | 000 | 4061.00 | |
| 2264 | 310 | 000 | | 1.00 |
| 2264 | 315 | 000 | | 883.00 |
| 2264 | 316 | 000 | | 1023.00 |
| 2264 | 343 | 000 | | 19449.00 |
| 2264 | 419 | 000 | | 1064.00 |
| 2264 | 420 | 000 | | 721.00 |
| 2264 | 490 | 000 | 506.00 | |
| 2264 | 507 | 000 | | 332.00 |
| 2264 | 526 | 000 | | 731.00 |
| 2264 | 567 | 000 | 5.00 | |
| 2264 | 576 | 000 | | 1.00 |
| 2264 | 624 | 000 | | 666.00 |
| 2264 | 640 | 000 | 384.00 | |
| 2264 | 646 | 000 | | 11122.00 |
| 2264 | 656 | 000 | | 1.00 |
| 2264 | 701 | 000 | 5906.00 | |
| 2264 | 709 | 000 | 288.00 | |
| 2264 | 752 | 000 | 2198.00 | |
| 2264 | 808 | 000 | | 375.00 |
| 2264 | 972 | 000 | | 7818.00 |
| 2264 | 1075 | 000 | | 893.00 |
| 2264 | 1712 | 000 | 26.00 | |
| 2142 | 3 | 000 | 24120.00 | |
| 2142 | 69 | 000 | 19689.00 | |
| 2142 | 88 | 000 | 764.00 | |
| 2142 | 215 | 000 | 39848.00 | |
| 2142 | 257 | 000 | 18.00 | |
| 2142 | 283 | 000 | 1984.00 | |
| 2142 | 291 | 000 | 5175.00 | |
| 2142 | 308 | 000 | | 4061.00 |
| 2142 | 310 | 000 | 1.00 | |
| 2142 | 315 | 000 | 883.00 | |
| 2142 | 316 | 000 | 1023.00 | |

31

| | | | | |
|---|---|---|---|---|
| 2142 | 343 | 000 | 19449.00 | |
| 2142 | 419 | 000 | 1064.00 | |
| 2142 | 420 | 000 | 721.00 | |
| 2142 | 490 | 000 | | 506.00 |
| 2142 | 507 | 000 | 332.00 | |
| 2142 | 526 | 000 | 731.00 | |
| 2142 | 567 | 000 | | 5.00 |
| 2142 | 576 | 000 | 1.00 | |
| 2142 | 624 | 000 | 666.00 | |
| 2142 | 640 | 000 | | 384.00 |
| 2142 | 646 | 000 | 11122.00 | |
| 2142 | 656 | 000 | 1.00 | |
| 2142 | 701 | 000 | | 5906.00 |
| 2142 | 709 | 000 | | 288.00 |
| 2142 | 752 | 000 | | 2198.00 |
| 2142 | 808 | 000 | 375.00 | |
| 2142 | 972 | 000 | 7818.00 | |
| 2142 | 1075 | 000 | 893.00 | |
| 2142 | 1712 | 000 | | 26.00 |
| | | | | |
| 2265 | 3 | 000 | | 57490.00 |
| 2265 | 69 | 000 | | 49598.00 |
| 2265 | 88 | 000 | | 2171.00 |
| 2265 | 215 | 000 | | 82015.00 |
| 2265 | 257 | 000 | | 58.00 |
| 2265 | 283 | 000 | | 4387.00 |
| 2265 | 291 | 000 | | 10308.00 |
| 2265 | 308 | 000 | 9508.00 | |
| 2265 | 309 | 000 | 11.00 | |
| 2265 | 310 | 000 | 12.00 | |
| 2265 | 314 | 000 | 12.00 | |
| 2265 | 315 | 000 | | 2344.00 |
| 2265 | 316 | 000 | | 3392.00 |
| 2265 | 343 | 000 | | 4168.00 |
| 2265 | 395 | 000 | 11.00 | |
| 2265 | 419 | 000 | | 3851.00 |
| 2265 | 420 | 000 | | 3188.00 |
| 2265 | 468 | 000 | 11.00 | |
| 2265 | 469 | 000 | 11.00 | |
| 2265 | 490 | 000 | 1576.00 | |
| 2265 | 507 | 000 | | 825.00 |
| 2265 | 526 | 000 | | 2426.00 |
| 2265 | 566 | 000 | 11.00 | |
| 2265 | 567 | 000 | 11.00 | |
| 2265 | 572 | 000 | 11.00 | |
| 2265 | 576 | 000 | 11.00 | |
| 2265 | 624 | 000 | | 2071.00 |
| 2265 | 640 | 000 | 814.00 | |
| 2265 | 646 | 000 | | 32080.00 |
| 2265 | 656 | 000 | 12.00 | |
| 2265 | 701 | 000 | 13295.00 | |
| 2265 | 709 | 000 | 716.00 | |

| | 2265 | 744 | 000 | | 23053.00 |
| | 2265 | 752 | 000 | 5488.00 | |
| | 2265 | 808 | 000 | | 1571.00 |
| | 2265 | 855 | 000 | | 782.00 |
| | 2265 | 887 | 000 | | 1835.00 |
| | 2265 | 972 | 000 | | 17286.00 |
| | 2265 | 1012 | 000 | 12.00 | |
| | 2265 | 1034 | 000 | 12.00 | |
| | 2265 | 1075 | 000 | | 1975.00 |
| | 2265 | 1083 | 000 | 12.00 | |
| | 2265 | 1144 | 000 | 12.00 | |
| | 2265 | 1190 | 000 | 12.00 | |
| | 2265 | 1191 | 000 | 12.00 | |
| | 2265 | 1192 | 000 | 12.00 | |
| | 2265 | 1193 | 000 | 12.00 | |
| | 2265 | 1208 | 000 | 12.00 | |
| | 2265 | 1209 | 000 | 12.00 | |
| | 2265 | 1216 | 000 | 12.00 | |
| | 2265 | 1226 | 000 | 12.00 | |
| | 2265 | 1712 | 000 | 100.00 | |
| | | | | | |
| | 2142 | 3 | 000 | 57490.00 | |
| | 2142 | 69 | 000 | 49598.00 | |
| | 2142 | 88 | 000 | 2171.00 | |
| | 2142 | 215 | 000 | 82015.00 | |
| | 2142 | 257 | 000 | 58.00 | |
| | 2142 | 283 | 000 | 4387.00 | |
| | 2142 | 291 | 000 | 10308.00 | |
| | 2142 | 308 | 000 | | 9508.00 |
| | 2142 | 309 | 000 | | 11.00 |
| | 2142 | 310 | 000 | | 12.00 |
| | 2142 | 314 | 000 | | 12.00 |
| | 2142 | 315 | 000 | 2344.00 | |
| | 2142 | 316 | 000 | 3392.00 | |
| | 2142 | 343 | 000 | 4168.00 | |
| | 2142 | 395 | 000 | | 11.00 |
| | 2142 | 419 | 000 | 3851.00 | |
| | 2142 | 420 | 000 | 3188.00 | |
| | 2142 | 468 | 000 | | 11.00 |
| | 2142 | 469 | 000 | | 11.00 |
| | 2142 | 490 | 000 | | 1576.00 |
| | 2142 | 507 | 000 | 825.00 | |
| | 2142 | 526 | 000 | 2426.00 | |
| | 2142 | 566 | 000 | | 11.00 |
| | 2142 | 567 | 000 | | 11.00 |
| | 2142 | 572 | 000 | | 11.00 |
| | 2142 | 576 | 000 | | 11.00 |
| | 2142 | 624 | 000 | 2071.00 | |
| | 2142 | 640 | 000 | | 814.00 |
| | 2142 | 646 | 000 | 32080.00 | |
| | 2142 | 656 | 000 | | 12.00 |
| | 2142 | 701 | 000 | | 13295.00 |

*33*

| | 2142 | 709 | 000 | | 716.00 |
|---|---|---|---|---|---|
| | 2142 | 744 | 000 | 23053.00 | |
| | 2142 | 752 | 000 | | 5488.00 |
| | 2142 | 808 | 000 | 1571.00 | |
| | 2142 | 855 | 000 | 782.00 | |
| | 2142 | 887 | 000 | 1835.00 | |
| | 2142 | 972 | 000 | 17286.00 | |
| | 2142 | 1012 | 000 | | 12.00 |
| | 2142 | 1034 | 000 | | 12.00 |
| | 2142 | 1075 | 000 | 1975.00 | |
| | 2142 | 1083 | 000 | | 12.00 |
| | 2142 | 1144 | 000 | | 12.00 |
| | 2142 | 1190 | 000 | | 12.00 |
| | 2142 | 1191 | 000 | | 12.00 |
| | 2142 | 1192 | 000 | | 12.00 |
| | 2142 | 1193 | 000 | | 12.00 |
| | 2142 | 1208 | 000 | | 12.00 |
| | 2142 | 1209 | 000 | | 12.00 |
| | 2142 | 1216 | 000 | | 12.00 |
| | 2142 | 1226 | 000 | | 12.00 |
| | 2142 | 1712 | 000 | | 100.00 |
| | | | | | |
| | 2266 | 3 | 000 | 788995.22 | |
| | 2266 | 69 | 000 | | 272897.23 |
| | 2266 | 88 | 000 | 86470.58 | |
| | 2266 | 215 | 000 | 326229.18 | |
| | 2266 | 257 | 000 | 12826.52 | |
| | 2266 | 283 | 000 | 94278.53 | |
| | 2266 | 291 | 000 | 332987.38 | |
| | 2266 | 308 | 000 | 145951.12 | |
| | 2266 | 309 | 000 | 59385.78 | |
| | 2266 | 310 | 000 | | 56719.48 |
| | 2266 | 314 | 000 | | 33074.96 |
| | 2266 | 315 | 000 | | 22825.55 |
| | 2266 | 316 | 000 | 51990.95 | |
| | 2266 | 343 | 000 | | 10018.43 |
| | 2266 | 395 | 000 | 7372.98 | |
| | 2266 | 419 | 000 | 369816.32 | |
| | 2266 | 420 | 000 | 119873.39 | |
| | 2266 | 468 | 000 | 52024.19 | |
| | 2266 | 469 | 000 | | 26205.54 |
| | 2266 | 490 | 000 | 35238.06 | |
| | 2266 | 507 | 000 | | 412581.69 |
| | 2266 | 526 | 000 | 45061.91 | |
| | 2266 | 566 | 000 | | 22303.85 |
| | 2266 | 567 | 000 | 18725.78 | |
| | 2266 | 572 | 000 | | 3736.05 |
| | 2266 | 576 | 000 | 22119.61 | |
| | 2266 | 624 | 000 | 29691.24 | |
| | 2266 | 640 | 000 | 341.39 | |
| | 2266 | 646 | 000 | 258664.26 | |
| | 2266 | 656 | 000 | 42053.39 | |

| | | | | |
|---|---|---|---|---|
| 2266 | 701 | 000 | | 1282440.91 |
| 2266 | 709 | 000 | 20364.35 | |
| 2266 | 744 | 000 | 47752.83 | |
| 2266 | 752 | 000 | 68303.71 | |
| 2266 | 808 | 000 | 69791.17 | |
| 2266 | 855 | 000 | 5381.12 | |
| 2266 | 887 | 000 | 214287.65 | |
| 2266 | 972 | 000 | | 40723.24 |
| 2266 | 978 | 000 | 390.00 | |
| 2266 | 981 | 000 | | 1920623.23 |
| 2266 | 982 | 000 | 4.00 | |
| 2266 | 1012 | 000 | | 12338.80 |
| 2266 | 1034 | 000 | | 32815.71 |
| 2266 | 1075 | 000 | | 16307.02 |
| 2266 | 1083 | 000 | | 44240.42 |
| 2266 | 1144 | 000 | 8023.68 | |
| 2266 | 1190 | 000 | | 1655.30 |
| 2266 | 1191 | 000 | 65456.51 | |
| 2266 | 1192 | 000 | 88839.70 | |
| 2266 | 1193 | 000 | 848.33 | |
| 2266 | 1208 | 000 | | 33888.85 |
| 2266 | 1209 | 000 | 41279.90 | |
| 2266 | 1216 | 000 | | 6595.74 |
| 2266 | 1226 | 000 | | 13503.85 |
| 2266 | 1229 | 000 | 674.25 | |
| 2266 | 1247 | 000 | 26540.88 | |
| 2266 | 1302 | 000 | 161.00 | |
| 2266 | 1303 | 000 | 118.00 | |
| 2266 | 1352 | 000 | | 2522.00 |
| 2266 | 1369 | 000 | 67.00 | |
| 2266 | 1712 | 000 | | 5044.90 |
| 2266 | 3333 | 000 | 2025.69 | |
| | | | | |
| 2142 | 3 | 000 | | 788995.22 |
| 2142 | 69 | 000 | 272897.23 | |
| 2142 | 88 | 000 | | 86470.58 |
| 2142 | 215 | 000 | | 326229.18 |
| 2142 | 257 | 000 | | 12826.52 |
| 2142 | 283 | 000 | | 94278.53 |
| 2142 | 291 | 000 | | 332987.38 |
| 2142 | 308 | 000 | | 145951.12 |
| 2142 | 309 | 000 | | 59385.78 |
| 2142 | 310 | 000 | 56719.48 | |
| 2142 | 314 | 000 | 33074.96 | |
| 2142 | 315 | 000 | 22825.55 | |
| 2142 | 316 | 000 | | 51990.95 |
| 2142 | 343 | 000 | 10018.43 | |
| 2142 | 395 | 000 | | 7372.98 |
| 2142 | 419 | 000 | | 369816.32 |
| 2142 | 420 | 000 | | 119873.39 |
| 2142 | 468 | 000 | | 52024.19 |
| 2142 | 469 | 000 | 26205.54 | |

| | | | | |
|---|---|---|---|---|
| 2142 | 490 | 000 | | 35238.06 |
| 2142 | 507 | 000 | 412581.69 | |
| 2142 | 526 | 000 | | 45061.91 |
| 2142 | 566 | 000 | 22303.85 | |
| 2142 | 567 | 000 | | 18725.78 |
| 2142 | 572 | 000 | 3736.05 | |
| 2142 | 576 | 000 | | 22119.61 |
| 2142 | 624 | 000 | | 29691.24 |
| 2142 | 640 | 000 | | 341.39 |
| 2142 | 646 | 000 | | 258664.26 |
| 2142 | 656 | 000 | | 42053.39 |
| 2142 | 701 | 000 | 1282440.91 | |
| 2142 | 709 | 000 | | 20364.35 |
| 2142 | 744 | 000 | | 47752.83 |
| 2142 | 752 | 000 | | 68303.71 |
| 2142 | 808 | 000 | | 69791.17 |
| 2142 | 855 | 000 | | 5381.12 |
| 2142 | 887 | 000 | | 214287.65 |
| 2142 | 972 | 000 | 40723.24 | |
| 2142 | 978 | 000 | | 390.00 |
| 2142 | 981 | 000 | 1920623.23 | |
| 2142 | 982 | 000 | | 4.00 |
| 2142 | 1012 | 000 | 12338.80 | |
| 2142 | 1034 | 000 | 32815.71 | |
| 2142 | 1075 | 000 | 16307.02 | |
| 2142 | 1083 | 000 | 44240.42 | |
| 2142 | 1144 | 000 | | 8023.68 |
| 2142 | 1190 | 000 | 1655.30 | |
| 2142 | 1191 | 000 | | 65456.51 |
| 2142 | 1192 | 000 | | 88839.70 |
| 2142 | 1193 | 000 | | 848.33 |
| 2142 | 1208 | 000 | 33888.85 | |
| 2142 | 1209 | 000 | | 41279.90 |
| 2142 | 1216 | 000 | 6595.74 | |
| 2142 | 1226 | 000 | 13503.85 | |
| 2142 | 1229 | 000 | | 674.25 |
| 2142 | 1247 | 000 | | 26540.88 |
| 2142 | 1302 | 000 | | 161.00 |
| 2142 | 1303 | 000 | | 118.00 |
| 2142 | 1352 | 000 | 2522.00 | |
| 2142 | 1369 | 000 | | 67.00 |
| 2142 | 1712 | 000 | 5044.90 | |
| 2142 | 3333 | 000 | | 2025.69 |
| | | | | |
| 2267 | 3 | 000 | | 34099.31 |
| 2267 | 215 | 000 | 7653.00 | |
| 2267 | 291 | 000 | | 106194.00 |
| 2267 | 308 | 000 | 24062.00 | |
| 2267 | 526 | 000 | 4141.00 | |
| 2267 | 701 | 000 | | 300.00 |
| | | | | |
| 2142 | 3 | 000 | 34099.31 | |

| | | | | |
|------|------|-----|-----------|-----------|
| 2142 | 215  | 000 |           | 7653.00   |
| 2142 | 291  | 000 | 106194.00 |           |
| 2142 | 308  | 000 |           | 24062.00  |
| 2142 | 526  | 000 |           | 4141.00   |
| 2142 | 701  | 000 | 300.00    |           |
|      |      |     |           |           |
| 2269 | 3    | 000 | 1350023.78 |          |
| 2269 | 69   | 000 | 45921.57  |           |
| 2269 | 88   | 000 |           | 98145.00  |
| 2269 | 215  | 000 |           | 674321.16 |
| 2269 | 257  | 000 |           | 2421.00   |
| 2269 | 283  | 000 | 447.00    |           |
| 2269 | 291  | 000 | 70616.00  |           |
| 2269 | 308  | 000 | 102906.00 |           |
| 2269 | 309  | 000 | 4438.00   |           |
| 2269 | 310  | 000 | 9696.00   |           |
| 2269 | 314  | 000 | 1033.00   |           |
| 2269 | 315  | 000 |           | 118197.00 |
| 2269 | 316  | 000 |           | 32269.66  |
| 2269 | 343  | 000 |           | 5934.00   |
| 2269 | 395  | 000 | 1897.00   |           |
| 2269 | 419  | 000 |           | 96824.00  |
| 2269 | 420  | 000 |           | 85189.38  |
| 2269 | 468  | 000 |           | 5986.00   |
| 2269 | 469  | 000 | 12022.00  |           |
| 2269 | 490  | 000 | 62317.00  |           |
| 2269 | 507  | 000 |           | 373224.00 |
| 2269 | 526  | 000 | 34089.00  |           |
| 2269 | 566  | 000 | 1192.00   |           |
| 2269 | 567  | 000 | 26265.00  |           |
| 2269 | 572  | 000 |           | 2738.00   |
| 2269 | 576  | 000 |           | 783.00    |
| 2269 | 624  | 000 | 5299.00   |           |
| 2269 | 640  | 000 |           | 107362.00 |
| 2269 | 646  | 000 | 61233.46  |           |
| 2269 | 656  | 000 |           | 6652.00   |
| 2269 | 701  | 000 |           | 225292.88 |
| 2269 | 709  | 000 | 13587.00  |           |
| 2269 | 744  | 000 | 5158.00   |           |
| 2269 | 752  | 000 | 132977.00 |           |
| 2269 | 808  | 000 | 29733.00  |           |
| 2269 | 855  | 000 | 17170.00  |           |
| 2269 | 887  | 000 |           | 44619.00  |
| 2269 | 972  | 000 |           | 353462.00 |
| 2269 | 978  | 000 |           | 201710.00 |
| 2269 | 981  | 000 | 397675.00 |           |
| 2269 | 1012 | 000 | 879.00    |           |
| 2269 | 1034 | 000 | 359.00    |           |
| 2269 | 1075 | 000 | 43978.00  |           |
| 2269 | 1083 | 000 | 6230.00   |           |
| 2269 | 1144 | 000 | 15426.00  |           |
| 2269 | 1190 | 000 |           | 2391.00   |

| | | | | | |
|---|---|---|---|---|---|
| | 2269 | 1191 | 000 | | 7037.00 |
| | 2269 | 1192 | 000 | | 10015.00 |
| | 2269 | 1193 | 000 | 2256.00 | |
| | 2269 | 1208 | 000 | 5576.00 | |
| | 2269 | 1209 | 000 | | 7046.00 |
| | 2269 | 1216 | 000 | | 2866.00 |
| | 2269 | 1226 | 000 | 1091.00 | |
| | 2269 | 1229 | 000 | 3230.00 | |
| | 2269 | 1247 | 000 | | 3979.00 |
| | 2269 | 1302 | 000 | 9.00 | |
| | 2269 | 1303 | 000 | | 34.00 |
| | 2269 | 1352 | 000 | 34.00 | |
| | 2269 | 1712 | 000 | 13527.00 | |
| | 2269 | 3333 | 000 | | 7061.00 |
| | | | | | |
| | 2142 | 3 | 000 | | 1350023.78 |
| | 2142 | 69 | 000 | | 45921.57 |
| | 2142 | 88 | 000 | 98145.00 | |
| | 2142 | 215 | 000 | 674321.16 | |
| | 2142 | 257 | 000 | 2421.00 | |
| | 2142 | 283 | 000 | | 447.00 |
| | 2142 | 291 | 000 | | 70616.00 |
| | 2142 | 308 | 000 | | 102906.00 |
| | 2142 | 309 | 000 | | 4438.00 |
| | 2142 | 310 | 000 | | 9696.00 |
| | 2142 | 314 | 000 | | 1033.00 |
| | 2142 | 315 | 000 | 118197.00 | |
| | 2142 | 316 | 000 | 32269.66 | |
| | 2142 | 343 | 000 | 5934.00 | |
| | 2142 | 395 | 000 | | 1897.00 |
| | 2142 | 419 | 000 | 96824.00 | |
| | 2142 | 420 | 000 | 85189.38 | |
| | 2142 | 468 | 000 | 5986.00 | |
| | 2142 | 469 | 000 | | 12022.00 |
| | 2142 | 490 | 000 | | 62317.00 |
| | 2142 | 507 | 000 | 373224.00 | |
| | 2142 | 526 | 000 | | 34089.00 |
| | 2142 | 566 | 000 | | 1192.00 |
| | 2142 | 567 | 000 | | 26265.00 |
| | 2142 | 572 | 000 | 2738.00 | |
| | 2142 | 576 | 000 | 783.00 | |
| | 2142 | 624 | 000 | | 5299.00 |
| | 2142 | 640 | 000 | 107362.00 | |
| | 2142 | 646 | 000 | | 61233.46 |
| | 2142 | 656 | 000 | 6652.00 | |
| | 2142 | 701 | 000 | 225292.88 | |
| | 2142 | 709 | 000 | | 13587.00 |
| | 2142 | 744 | 000 | | 5158.00 |
| | 2142 | 752 | 000 | | 132977.00 |
| | 2142 | 808 | 000 | | 29733.00 |
| | 2142 | 855 | 000 | | 17170.00 |
| | 2142 | 887 | 000 | 44619.00 | |

*38*

| | | | | |
|---|---|---|---|---|
| 2142 | 972 | 000 | 353462.00 | |
| 2142 | 978 | 000 | 201710.00 | |
| 2142 | 981 | 000 | | 397675.00 |
| 2142 | 1012 | 000 | | 879.00 |
| 2142 | 1034 | 000 | | 359.00 |
| 2142 | 1075 | 000 | | 43978.00 |
| 2142 | 1083 | 000 | | 6230.00 |
| 2142 | 1144 | 000 | | 15426.00 |
| 2142 | 1190 | 000 | 2391.00 | |
| 2142 | 1191 | 000 | 7037.00 | |
| 2142 | 1192 | 000 | 10015.00 | |
| 2142 | 1193 | 000 | | 2256.00 |
| 2142 | 1208 | 000 | | 5576.00 |
| 2142 | 1209 | 000 | 7046.00 | |
| 2142 | 1216 | 000 | 2866.00 | |
| 2142 | 1226 | 000 | | 1091.00 |
| 2142 | 1229 | 000 | | 3230.00 |
| 2142 | 1247 | 000 | 3979.00 | |
| 2142 | 1302 | 000 | | 9.00 |
| 2142 | 1303 | 000 | 34.00 | |
| 2142 | 1352 | 000 | | 34.00 |
| 2142 | 1712 | 000 | | 13527.00 |
| 2142 | 3333 | 000 | 7061.00 | |
| | | | | |
| 2270 | 1 | 000 | 1586604.30 | |
| 2270 | 701 | 000 | 446457.26 | |
| 2270 | 315 | 000 | 133102.93 | |
| 2270 | 978 | 000 | 121993.61 | |
| 2270 | 308 | 000 | 107157.42 | |
| 2270 | 316 | 000 | 105578.31 | |
| 2270 | 646 | 000 | 95923.49 | |
| 2270 | 640 | 000 | 81007.34 | |
| 2270 | 420 | 000 | 40227.30 | |
| 2270 | 624 | 000 | 17878.87 | |
| 2270 | 709 | 000 | 14986.28 | |
| 2270 | 1712 | 000 | 10769.94 | |
| 2270 | 69 | 000 | 10304.10 | |
| 2270 | 972 | 000 | 9680.27 | |
| 2270 | 507 | 000 | 6903.08 | |
| 2270 | 309 | 000 | 3714.66 | |
| 2270 | 567 | 000 | 766.89 | |
| 2270 | 1193 | 000 | 425.78 | |
| 2270 | 1226 | 000 | 281.35 | |
| 2270 | 566 | 000 | 249.20 | |
| 2270 | 1191 | 000 | 197.98 | |
| 2270 | 1352 | 000 | 149.00 | |
| 2270 | 1209 | 000 | 120.41 | |
| 2270 | 572 | 000 | 118.12 | |
| 2270 | 1012 | 000 | 108.42 | |
| 2270 | 1208 | 000 | 102.17 | |
| 2270 | 1216 | 000 | 100.06 | |
| 2270 | 1034 | 000 | 94.55 | |

| | | | | |
|---|---|---|---|---|
| 2270 | 468 | 000 | 75.17 | |
| 2270 | 395 | 000 | 56.59 | |
| 2270 | 656 | 000 | 54.42 | |
| 2270 | 982 | 000 | 50.00 | |
| 2270 | 1190 | 000 | 45.15 | |
| 2270 | 1144 | 000 | 40.83 | |
| 2270 | 1192 | 000 | 20.74 | |
| 2270 | 1303 | 000 | 1.00 | |
| 2270 | 744 | 000 | 0.23 | |
| 2270 | 343 | 000 | 0.16 | |
| 2270 | 887 | 000 | 0.03 | |
| 2270 | 855 | 000 | | 0.12 |
| 2270 | 314 | 000 | | 0.85 |
| 2270 | 310 | 000 | | 12.72 |
| 2270 | 1083 | 000 | | 23.30 |
| 2270 | 1229 | 000 | | 31.00 |
| 2270 | 1247 | 000 | | 58.00 |
| 2270 | 469 | 000 | | 108.86 |
| 2270 | 576 | 000 | | 219.82 |
| 2270 | 257 | 000 | | 1265.92 |
| 2270 | 3333 | 000 | | 2294.00 |
| 2270 | 981 | 000 | | 9918.98 |
| 2270 | 1075 | 000 | | 23025.85 |
| 2270 | 752 | 000 | | 28882.00 |
| 2270 | 808 | 000 | | 34897.96 |
| 2270 | 88 | 000 | | 56688.88 |
| 2270 | 490 | 000 | | 63711.67 |
| 2270 | 419 | 000 | | 69082.00 |
| 2270 | 526 | 000 | | 121716.84 |
| 2270 | 283 | 000 | | 155150.00 |
| 2270 | 291 | 000 | | 157564.69 |
| 2270 | 215 | 000 | | 365072.81 |
| 2270 | 3 | 000 | | 2508215.00 |
| | | | | |
| 2142 | 1 | 000 | | 1586604.30 |
| 2142 | 701 | 000 | | 446457.26 |
| 2142 | 315 | 000 | | 133102.93 |
| 2142 | 978 | 000 | | 121993.61 |
| 2142 | 308 | 000 | | 107157.42 |
| 2142 | 316 | 000 | | 105578.31 |
| 2142 | 646 | 000 | | 95923.49 |
| 2142 | 640 | 000 | | 81007.34 |
| 2142 | 420 | 000 | | 40227.30 |
| 2142 | 624 | 000 | | 17878.87 |
| 2142 | 709 | 000 | | 14986.28 |
| 2142 | 1712 | 000 | | 10769.94 |
| 2142 | 69 | 000 | | 10304.10 |
| 2142 | 972 | 000 | | 9680.27 |
| 2142 | 507 | 000 | | 6903.08 |
| 2142 | 309 | 000 | | 3714.66 |
| 2142 | 567 | 000 | | 766.89 |
| 2142 | 1193 | 000 | | 425.78 |

40

| | 2142 | 1226 | 000 | | 281.35 |
|---|---|---|---|---|---|
| | 2142 | 566 | 000 | | 249.20 |
| | 2142 | 1191 | 000 | | 197.98 |
| | 2142 | 1352 | 000 | | 149.00 |
| | 2142 | 1209 | 000 | | 120.41 |
| | 2142 | 572 | 000 | | 118.12 |
| | 2142 | 1012 | 000 | | 108.42 |
| | 2142 | 1208 | 000 | | 102.17 |
| | 2142 | 1216 | 000 | | 100.06 |
| | 2142 | 1034 | 000 | | 94.55 |
| | 2142 | 468 | 000 | | 75.17 |
| | 2142 | 395 | 000 | | 56.59 |
| | 2142 | 656 | 000 | | 54.42 |
| | 2142 | 982 | 000 | | 50.00 |
| | 2142 | 1190 | 000 | | 45.15 |
| | 2142 | 1144 | 000 | | 40.83 |
| | 2142 | 1192 | 000 | | 20.74 |
| | 2142 | 1303 | 000 | | 1.00 |
| | 2142 | 744 | 000 | | 0.23 |
| | 2142 | 343 | 000 | | 0.16 |
| | 2142 | 887 | 000 | | 0.03 |
| | 2142 | 855 | 000 | 0.12 | |
| | 2142 | 314 | 000 | 0.85 | |
| | 2142 | 310 | 000 | 12.72 | |
| | 2142 | 1083 | 000 | 23.30 | |
| | 2142 | 1229 | 000 | 31.00 | |
| | 2142 | 1247 | 000 | 58.00 | |
| | 2142 | 469 | 000 | 108.86 | |
| | 2142 | 576 | 000 | 219.82 | |
| | 2142 | 257 | 000 | 1265.92 | |
| | 2142 | 3333 | 000 | 2294.00 | |
| | 2142 | 981 | 000 | 9918.98 | |
| | 2142 | 1075 | 000 | 23025.85 | |
| | 2142 | 752 | 000 | 28882.00 | |
| | 2142 | 808 | 000 | 34897.96 | |
| | 2142 | 88 | 000 | 56688.88 | |
| | 2142 | 490 | 000 | 63711.67 | |
| | 2142 | 419 | 000 | 69082.00 | |
| | 2142 | 526 | 000 | 121716.84 | |
| | 2142 | 283 | 000 | 155150.00 | |
| | 2142 | 291 | 000 | 157564.69 | |
| | 2142 | 215 | 000 | 365072.81 | |
| | 2142 | 3 | 000 | 2508215.00 | |
| | | | | | |
| | 2271 | 1 | 000 | 12147.00 | |
| | 2271 | 3 | 000 | | 6001934.00 |
| | 2271 | 69 | 000 | | 120840.00 |
| | 2271 | 88 | 000 | | 208831.00 |
| | 2271 | 215 | 000 | | 3624747.00 |
| | 2271 | 257 | 000 | | 50116.00 |
| | 2271 | 283 | 000 | | 743678.00 |
| | 2271 | 291 | 000 | | 572374.00 |

41

| | | | | |
|---|---|---|---|---|
| 2271 | 308 | 000 | | 402972.00 |
| 2271 | 309 | 000 | 491.00 | |
| 2271 | 310 | 000 | | 143.00 |
| 2271 | 314 | 000 | | 348.00 |
| 2271 | 315 | 000 | | 239802.00 |
| 2271 | 316 | 000 | | 207640.00 |
| 2271 | 343 | 000 | 996.00 | |
| 2271 | 395 | 000 | | 19.00 |
| 2271 | 419 | 000 | | 325854.00 |
| 2271 | 420 | 000 | | 290841.00 |
| 2271 | 468 | 000 | 39.00 | |
| 2271 | 469 | 000 | 60.00 | |
| 2271 | 490 | 000 | | 21973.00 |
| 2271 | 507 | 000 | | 101558.00 |
| 2271 | 526 | 000 | | 139047.00 |
| 2271 | 566 | 000 | | 126.00 |
| 2271 | 567 | 000 | | 50553.00 |
| 2271 | 572 | 000 | 143.00 | |
| 2271 | 576 | 000 | 354.00 | |
| 2271 | 624 | 000 | 15685.00 | |
| 2271 | 640 | 000 | | 35524.00 |
| 2271 | 646 | 000 | | 166562.00 |
| 2271 | 656 | 000 | 412.00 | |
| 2271 | 701 | 000 | | 848696.00 |
| 2271 | 709 | 000 | | 29870.00 |
| 2271 | 744 | 000 | | 513.00 |
| 2271 | 752 | 000 | | 104107.00 |
| 2271 | 808 | 000 | | 43341.00 |
| 2271 | 855 | 000 | 552.00 | |
| 2271 | 887 | 000 | | 2902.00 |
| 2271 | 972 | 000 | | 27609.00 |
| 2271 | 978 | 000 | | 17311.00 |
| 2271 | 981 | 000 | 53019.00 | |
| 2271 | 985 | 000 | | 6055.00 |
| 2271 | 986 | 000 | | 6715.00 |
| 2271 | 1012 | 000 | 234.00 | |
| 2271 | 1034 | 000 | 515.00 | |
| 2271 | 1075 | 000 | | 64920.00 |
| 2271 | 1083 | 000 | | 44.00 |
| 2271 | 1144 | 000 | | 695.00 |
| 2271 | 1190 | 000 | | 67.00 |
| 2271 | 1191 | 000 | | 701.00 |
| 2271 | 1192 | 000 | | 13.00 |
| 2271 | 1193 | 000 | | 408.00 |
| 2271 | 1208 | 000 | 562.00 | |
| 2271 | 1209 | 000 | 288.00 | |
| 2271 | 1216 | 000 | | 5.00 |
| 2271 | 1226 | 000 | | 150.00 |
| 2271 | 1229 | 000 | 117.00 | |
| 2271 | 1247 | 000 | 107.00 | |
| 2271 | 1302 | 000 | | 10.00 |
| 2271 | 1303 | 000 | | 8.00 |

| | | | | |
|---|---|---|---|---|
| 2271 | 1352 | 000 | | 152.00 |
| 2271 | 1712 | 000 | | 20193.00 |
| 2271 | 3333 | 000 | 1080.00 | |
| | | | | |
| 2142 | 1 | 000 | | 12147.00 |
| 2142 | 3 | 000 | 6001934.00 | |
| 2142 | 69 | 000 | 120840.00 | |
| 2142 | 88 | 000 | 208831.00 | |
| 2142 | 215 | 000 | 3624747.00 | |
| 2142 | 257 | 000 | 50116.00 | |
| 2142 | 283 | 000 | 743678.00 | |
| 2142 | 291 | 000 | 572374.00 | |
| 2142 | 308 | 000 | 402972.00 | |
| 2142 | 309 | 000 | | 491.00 |
| 2142 | 310 | 000 | 143.00 | |
| 2142 | 314 | 000 | 348.00 | |
| 2142 | 315 | 000 | 239802.00 | |
| 2142 | 316 | 000 | 207640.00 | |
| 2142 | 343 | 000 | | 996.00 |
| 2142 | 395 | 000 | 19.00 | |
| 2142 | 419 | 000 | 325854.00 | |
| 2142 | 420 | 000 | 290841.00 | |
| 2142 | 468 | 000 | | 39.00 |
| 2142 | 469 | 000 | | 60.00 |
| 2142 | 490 | 000 | 21973.00 | |
| 2142 | 507 | 000 | 101558.00 | |
| 2142 | 526 | 000 | 139047.00 | |
| 2142 | 566 | 000 | 126.00 | |
| 2142 | 567 | 000 | 50553.00 | |
| 2142 | 572 | 000 | | 143.00 |
| 2142 | 576 | 000 | | 354.00 |
| 2142 | 624 | 000 | | 15685.00 |
| 2142 | 640 | 000 | 35524.00 | |
| 2142 | 646 | 000 | 166562.00 | |
| 2142 | 656 | 000 | | 412.00 |
| 2142 | 701 | 000 | 848696.00 | |
| 2142 | 709 | 000 | 29870.00 | |
| 2142 | 744 | 000 | 513.00 | |
| 2142 | 752 | 000 | 104107.00 | |
| 2142 | 808 | 000 | 43341.00 | |
| 2142 | 855 | 000 | | 552.00 |
| 2142 | 887 | 000 | 2902.00 | |
| 2142 | 972 | 000 | 27609.00 | |
| 2142 | 978 | 000 | 17311.00 | |
| 2142 | 981 | 000 | | 53019.00 |
| 2142 | 985 | 000 | 6055.00 | |
| 2142 | 986 | 000 | 6715.00 | |
| 2142 | 1012 | 000 | | 234.00 |
| 2142 | 1034 | 000 | | 515.00 |
| 2142 | 1075 | 000 | 64920.00 | |
| 2142 | 1083 | 000 | 44.00 | |
| 2142 | 1144 | 000 | 695.00 | |

43

| | | | | |
|---|---|---|---|---|
| 2142 | 1190 | 000 | 67.00 | |
| 2142 | 1191 | 000 | 701.00 | |
| 2142 | 1192 | 000 | 13.00 | |
| 2142 | 1193 | 000 | 408.00 | |
| 2142 | 1208 | 000 | | 562.00 |
| 2142 | 1209 | 000 | | 288.00 |
| 2142 | 1216 | 000 | 5.00 | |
| 2142 | 1226 | 000 | 150.00 | |
| 2142 | 1229 | 000 | | 117.00 |
| 2142 | 1247 | 000 | | 107.00 |
| 2142 | 1302 | 000 | 10.00 | |
| 2142 | 1303 | 000 | 8.00 | |
| 2142 | 1352 | 000 | 152.00 | |
| 2142 | 1712 | 000 | 20193.00 | |
| 2142 | 3333 | 000 | | 1080.00 |
| | | | | |
| 2272 | 3 | 000 | | 3550.07 |
| 2272 | 69 | 000 | | 550.00 |
| 2272 | 215 | 000 | | 253120.11 |
| 2272 | 309 | 000 | | 325.00 |
| 2272 | 310 | 000 | | 325.00 |
| 2272 | 314 | 000 | | 325.00 |
| 2272 | 315 | 000 | | 100250.00 |
| 2272 | 316 | 000 | | 35000.00 |
| 2272 | 395 | 000 | | 325.00 |
| 2272 | 468 | 000 | | 325.00 |
| 2272 | 469 | 000 | | 325.00 |
| 2272 | 490 | 000 | | 425.00 |
| 2272 | 566 | 000 | | 325.00 |
| 2272 | 572 | 000 | | 325.00 |
| 2272 | 576 | 000 | | 325.00 |
| 2272 | 624 | 000 | | 325.00 |
| 2272 | 640 | 000 | | 10000.00 |
| 2272 | 646 | 000 | | 111085.00 |
| 2272 | 656 | 000 | | 325.00 |
| 2272 | 701 | 000 | | 370.00 |
| 2272 | 709 | 000 | | 40000.00 |
| 2272 | 752 | 000 | | 220000.00 |
| 2272 | 978 | 000 | | 40000.43 |
| 2272 | 1012 | 000 | | 325.00 |
| 2272 | 1034 | 000 | | 325.00 |
| 2272 | 1083 | 000 | | 325.00 |
| 2272 | 1144 | 000 | | 325.00 |
| 2272 | 1712 | 000 | | 46000.00 |
| | | | | |
| 2142 | 3 | 000 | 3550.07 | |
| 2142 | 69 | 000 | 550.00 | |
| 2142 | 215 | 000 | 253120.11 | |
| 2142 | 309 | 000 | 325.00 | |
| 2142 | 310 | 000 | 325.00 | |
| 2142 | 314 | 000 | 325.00 | |
| 2142 | 315 | 000 | 100250.00 | |

44

| | 2142 | 316 | 000 | 35000.00 | |
| | 2142 | 395 | 000 | 325.00 | |
| | 2142 | 468 | 000 | 325.00 | |
| | 2142 | 469 | 000 | 325.00 | |
| | 2142 | 490 | 000 | 425.00 | |
| | 2142 | 566 | 000 | 325.00 | |
| | 2142 | 572 | 000 | 325.00 | |
| | 2142 | 576 | 000 | 325.00 | |
| | 2142 | 624 | 000 | 325.00 | |
| | 2142 | 640 | 000 | 10000.00 | |
| | 2142 | 646 | 000 | 111085.00 | |
| | 2142 | 656 | 000 | 325.00 | |
| | 2142 | 701 | 000 | 370.00 | |
| | 2142 | 709 | 000 | 40000.00 | |
| | 2142 | 752 | 000 | 220000.00 | |
| | 2142 | 978 | 000 | 40000.43 | |
| | 2142 | 1012 | 000 | 325.00 | |
| | 2142 | 1034 | 000 | 325.00 | |
| | 2142 | 1083 | 000 | 325.00 | |
| | 2142 | 1144 | 000 | 325.00 | |
| | 2142 | 1712 | 000 | 46000.00 | |
| | | | | | |
| | 2273 | 1 | 000 | | 0.22 |
| | 2273 | 215 | 000 | | 583.00 |
| | | | | | |
| | 2142 | 3 | 000 | 0.22 | |
| | 2142 | 215 | 000 | 583.00 | |
| | | | | | |
| | 2275 | 1 | 000 | | 837.00 |
| | 2275 | 3 | 000 | 57418.00 | |
| | 2275 | 69 | 000 | 29849.00 | |
| | 2275 | 88 | 000 | 2182.00 | |
| | 2275 | 215 | 000 | 28103.55 | |
| | 2275 | 257 | 000 | 54.00 | |
| | 2275 | 283 | 000 | 1970.00 | |
| | 2275 | 291 | 000 | 3121.00 | |
| | 2275 | 308 | 000 | | 11603.00 |
| | 2275 | 315 | 000 | 2524.00 | |
| | 2275 | 316 | 000 | 2922.00 | |
| | 2275 | 419 | 000 | 3041.00 | |
| | 2275 | 420 | 000 | 2060.00 | |
| | 2275 | 490 | 000 | | 2051.00 |
| | 2275 | 507 | 000 | 947.00 | |
| | 2275 | 526 | 000 | 2089.00 | |
| | 2275 | 567 | 000 | | 13.00 |
| | 2275 | 572 | 000 | | 83.00 |
| | 2275 | 576 | 000 | | 83.00 |
| | 2275 | 624 | 000 | 1820.00 | |
| | 2275 | 640 | 000 | | 1782.00 |
| | 2275 | 646 | 000 | 15736.00 | |
| | 2275 | 656 | 000 | | 83.00 |
| | 2275 | 701 | 000 | | 57130.60 |

45

| | | | | |
|---|---|---|---|---|
| 2275 | 709 | 000 | | 822.00 |
| 2275 | 752 | 000 | | 6278.00 |
| 2275 | 808 | 000 | 1071.00 | |
| 2275 | 972 | 000 | 22336.00 | |
| 2275 | 1012 | 000 | | 83.00 |
| 2275 | 1034 | 000 | | 83.00 |
| 2275 | 1075 | 000 | 2552.00 | |
| 2275 | 1144 | 000 | | 83.00 |
| 2275 | 1712 | 000 | | 71.00 |
| | | | | |
| 2142 | 3 | 000 | 837.00 | |
| 2142 | 3 | 000 | | 57418.00 |
| 2142 | 69 | 000 | | 29849.00 |
| 2142 | 88 | 000 | | 2182.00 |
| 2142 | 215 | 000 | | 28103.55 |
| 2142 | 257 | 000 | | 54.00 |
| 2142 | 283 | 000 | | 1970.00 |
| 2142 | 291 | 000 | | 3121.00 |
| 2142 | 308 | 000 | 11603.00 | |
| 2142 | 315 | 000 | | 2524.00 |
| 2142 | 316 | 000 | | 2922.00 |
| 2142 | 419 | 000 | | 3041.00 |
| 2142 | 420 | 000 | | 2060.00 |
| 2142 | 490 | 000 | 2051.00 | |
| 2142 | 507 | 000 | | 947.00 |
| 2142 | 526 | 000 | | 2089.00 |
| 2142 | 567 | 000 | 13.00 | |
| 2142 | 572 | 000 | 83.00 | |
| 2142 | 576 | 000 | 83.00 | |
| 2142 | 624 | 000 | | 1820.00 |
| 2142 | 640 | 000 | 1782.00 | |
| 2142 | 646 | 000 | | 15736.00 |
| 2142 | 656 | 000 | 83.00 | |
| 2142 | 701 | 000 | 57130.60 | |
| 2142 | 709 | 000 | 822.00 | |
| 2142 | 752 | 000 | 6278.00 | |
| 2142 | 808 | 000 | | 1071.00 |
| 2142 | 972 | 000 | | 22336.00 |
| 2142 | 1012 | 000 | 83.00 | |
| 2142 | 1034 | 000 | 83.00 | |
| 2142 | 1075 | 000 | | 2552.00 |
| 2142 | 1144 | 000 | 83.00 | |
| 2142 | 1712 | 000 | 71.00 | |
| | | | | |
| 2276 | 3 | 000 | | 91.04 |
| 2276 | 69 | 000 | | 2035.83 |
| 2276 | 215 | 000 | | 7808.61 |
| 2276 | 283 | 000 | | 881.00 |
| 2276 | 291 | 000 | | 3918.00 |
| 2276 | 419 | 000 | 0.42 | |
| 2276 | 572 | 000 | | 17.00 |
| 2276 | 576 | 000 | | 17.00 |

*46*

| | 2276 | 624 | 000 | | 17.00 |
| | 2276 | 656 | 000 | | 17.00 |
| | 2276 | 701 | 000 | | 3075.25 |
| | 2276 | 1012 | 000 | | 17.00 |
| | 2276 | 1034 | 000 | | 17.00 |
| | 2276 | 1075 | 000 | 0.49 | |
| | 2276 | 1144 | 000 | | 17.00 |
| | | | | | |
| | 2142 | 3 | 000 | 91.04 | |
| | 2142 | 69 | 000 | 2035.83 | |
| | 2142 | 215 | 000 | 7808.61 | |
| | 2142 | 283 | 000 | 881.00 | |
| | 2142 | 291 | 000 | 3918.00 | |
| | 2142 | 419 | 000 | | 0.42 |
| | 2142 | 572 | 000 | 17.00 | |
| | 2142 | 576 | 000 | 17.00 | |
| | 2142 | 624 | 000 | 17.00 | |
| | 2142 | 656 | 000 | 17.00 | |
| | 2142 | 701 | 000 | 3075.25 | |
| | 2142 | 1012 | 000 | 17.00 | |
| | 2142 | 1034 | 000 | 17.00 | |
| | 2142 | 1075 | 000 | | 0.49 |
| | 2142 | 1144 | 000 | 17.00 | |
| | | | | | |
| | 2277 | 3 | 000 | | 12110.00 |
| | 2277 | 69 | 000 | | 10.00 |
| | 2277 | 215 | 000 | | 98963.79 |
| | 2277 | 646 | 000 | | 16010.00 |
| | | | | | |
| | 2142 | 3 | 000 | 12110.00 | |
| | 2142 | 69 | 000 | 10.00 | |
| | 2142 | 215 | 000 | 98963.79 | |
| | 2142 | 646 | 000 | 16010.00 | |
| | | | | | |
| | 2278 | 3 | 000 | | 1601174.00 |
| | 2278 | 69 | 000 | | 42966.00 |
| | 2278 | 88 | 000 | | 25350.00 |
| | 2278 | 215 | 000 | | 113691.00 |
| | 2278 | 257 | 000 | | 26511.00 |
| | 2278 | 283 | 000 | | 382723.00 |
| | 2278 | 291 | 000 | | 253591.00 |
| | 2278 | 316 | 000 | | 95628.00 |
| | 2278 | 419 | 000 | | 144787.00 |
| | 2278 | 526 | 000 | | 19208.00 |
| | 2278 | 646 | 000 | 5.00 | |
| | 2278 | 1075 | 000 | | 5936.00 |
| | | | | | |
| | 2142 | 3 | 000 | 1601174.00 | |
| | 2142 | 69 | 000 | 42966.00 | |
| | 2142 | 88 | 000 | 25350.00 | |
| | 2142 | 215 | 000 | 113691.00 | |
| | 2142 | 257 | 000 | 26511.00 | |

41