| | | | | | |
|---|---|---|---|---|---|
| | 2142 | 283 | 000 | 382723.00 | |
| | 2142 | 291 | 000 | 253591.00 | |
| | 2142 | 316 | 000 | 95628.00 | |
| | 2142 | 419 | 000 | 144787.00 | |
| | 2142 | 526 | 000 | 19208.00 | |
| | 2142 | 646 | 000 | | 5.00 |
| | 2142 | 1075 | 000 | 5936.00 | |
| | | | | | |
| | 2280 | 1 | 000 | 0.09 | |
| | 2280 | 3 | 000 | | 37000.00 |
| | 2280 | 215 | 000 | | 32966.64 |
| | 2280 | 291 | 000 | 50000.34 | |
| | 2280 | 308 | 000 | | 19066.65 |
| | 2280 | 526 | 000 | | 0.14 |
| | | | | | |
| | 2142 | 1 | 000 | | 0.09 |
| | 2142 | 3 | 000 | 37000.00 | |
| | 2142 | 215 | 000 | 32966.64 | |
| | 2142 | 291 | 000 | | 50000.34 |
| | 2142 | 308 | 000 | 19066.65 | |
| | 2142 | 526 | 000 | 0.14 | |
| | | | | | |
| | 2281 | 3 | 000 | | 12063.00 |
| | 2281 | 215 | 000 | | 34053.00 |
| | 2281 | 291 | 000 | 2937.00 | |
| | 2281 | 308 | 000 | | 33635.00 |
| | | | | | |
| | 2142 | 3 | 000 | 12063.00 | |
| | 2142 | 215 | 000 | 34053.00 | |
| | 2142 | 291 | 000 | | 2937.00 |
| | 2142 | 308 | 000 | 33635.00 | |
| | | | | | |
| | 2282 | 308 | 000 | | 1500.00 |
| | | | | | |
| | 2142 | 308 | 000 | 1500.00 | |
| | | | | | |
| | 2285 | 215 | 000 | 1413.00 | |
| | 2285 | 308 | 000 | | 2048.00 |
| | | | | | |
| | 2142 | 215 | 000 | | 1413.00 |
| | 2142 | 308 | 000 | 2048.00 | |
| | | | | | |
| JE | | | 000 | | |
| JE | | | 000 | | |
| JE | | | 000 | 194442984.78 | 194442984.78 |

0.00

48

| | | | | SELLER ADJUSTMENTS (Q) | |
|---|---|---|---|---|---|

SOURCE: ANALYSIS     KAY-BEE TOY STORES     PAGE 1 OF 1

DATE: NOVEMBER 2000     STANDARD JOURNAL ENTRY     P J/E 442 & 445

TYPE: RECORD BONUS ACCRUAL (10/28)

PREPARED BY: DENISE DANIELS

| | ACCT# | STORE | DEPT | DEBIT | CREDIT |
|---|---|---|---|---|---|
| JE | 6205 | 1 | 000 | 583333.00 | |
| JE | 2757 | 1 | 000 | | 583333.00 |
| JE | | | | | |
| JE | | | | | |
| JE | | | | | |
| JE | | | | | |
| JE | | | | | |
| JE | | | | | |
| JE | | | | | |
| JE | | | | | |
| JE | | | | | |
| JE | | | | | |
| JE | | | | | |
| JE | | | | 583333.00 | 583333.00 |

0.00

49

| SOURCE: ANALYSIS | | KAY-BEE TOY STORES | | | PAGE 1 OF 1 |
|---|---|---|---|---|---|
| DATE: NOVEMBER 2000 | | STANDARD JOURNAL ENTRY | | | P J/E 439 |
| TYPE: TRANS NON-INCOME TAX (STATE) LIAB (12/07) TRANSF TO SELLER (CNS) | | | | | |
| PREPARED BY: DENISE DANIELS | | SELLER ADJUSTMENTS (R) | | | |
| | ACCT# | STORE | DEPT | DEBIT | CREDIT |
| JE | 2773 | 3 | 000 | 165000.00 | |
| JE | 2773 | 215 | 000 | 262030.00 | |
| JE | 2773 | 291 | 000 | 45830.00 | |
| JE | 2773 | 308 | 000 | 2500.00 | |
| JE | 2773 | 315 | 000 | 35000.00 | |
| JE | 2773 | 420 | 000 | 44170.00 | |
| JE | 2773 | 526 | 000 | 66670.00 | |
| JE | 2773 | 646 | 000 | 13330.00 | |
| JE | 2773 | 972 | 000 | 3330.00 | |
| JE | 2773 | 978 | 000 | | 19834.00 |
| JE | | | | | |
| JE | 2142 | 3 | 000 | | 165000.00 |
| JE | 2142 | 215 | 000 | | 262030.00 |
| JE | 2142 | 291 | 000 | | 45830.00 |
| JE | 2142 | 308 | 000 | | 2500.00 |
| JE | 2142 | 315 | 000 | | 35000.00 |
| JE | 2142 | 420 | 000 | | 44170.00 |
| JE | 2142 | 526 | 000 | | 66670.00 |
| JE | 2142 | 646 | 000 | | 13330.00 |
| JE | 2142 | 972 | 000 | | 3330.00 |
| JE | 2142 | 978 | 000 | 19834.00 | |
| JE | | | | | |
| JE | | | 000 | 657694.00 | 657694.00 |

0.00

316709

2773 –
$618,026 CR

50

| SOURCE: ANALYSIS | | | KAY-BEE TOY STORES | | PAGE 1 OF 1 |
|---|---|---|---|---|---|
| DATE: NOVEMBER 2000 | | | STANDARD JOURNAL ENTRY | | P  J/E 436 |
| TYPE: REMOVE D/O RESERVE AS OF 12/7 – DISC'T OPS RESERVE | | | | | |
| PREPARED BY: DENISE DANIELS | | | SELLER ADJUSTMENTS (P) | | |
| | ACCT# | STORE | DEPT | DEBIT | CREDIT |
| JE | 2791 | 3 | 000 | | 27630603.31 |
| JE | 2142 | 3 | 000 | 27630603.31 | |
| JE | | | | | |
| JE | | | | | |
| JE | | | | | |
| JE | | | 000 | 27630603.31 | 27630603.31 |

0.00

51

6



**CONSOLIDATED**

**S T O R E S**

TAX
DEPARTMENT 10076
300 PHILLIPI ROAD
COLUMBUS, OHIO 43228-5311, U.S.A.
PHONE (614) 278-6800
WRITER'S DIRECT DIAL NUMBER:
614-278-7010

Thursday, April 5, 2001

Mr. Robert F. White
K●B Acquisition Corp.
Two Copley Place
Boston, MA  02116

Via: <u>Airborne Express # 2563194480</u>

Dear Mr. White:

Pursuant to Section 8.03 of the Stock Purchase Agreement, we are enclosing workpapers (that comprise the Allocation Statement) which allocate the Aggregate Deemed Sales Price ("ADSP") among the asset classes as provided in Temporary Regulation 1.338-6.  Our computations were based on the December 7, 2000 balance that you provided to us on February 8, 2001. It is important to note that there are still open items with respect to the 12/7/2000 Balance Sheet that we made you aware of in December, January and February. Because those items are unresolved, we hold open any impact that they may have on the allocation.

Part I of the Worksheet (Computation of Aggregate Deemed Sales Price) computes the sales price of the company based on the Share Purchase Price as defined in Section 2.01 of the Stock Purchase Agreement plus liabilities assumed as reflected on the December 7, 2000 balance sheet.  Certain reclassification entries needed to be made to properly classify accounts as assets or liabilities based on whether the account had a debit or credit balance on December 7.

Part II of the Worksheet (Book Value of the Assets Grouped by Asset Class) takes the accounts reflected on the December 7 balance sheet and categorizes them in accordance with the asset classes described in Temporary Reg. 1.338-6.

Part III of the Worksheet (Aggregate Fair Market Value) gives the fair market value for each asset class.

Part IV of the Worksheet (Allocation of Sales Price) allocates ADSP as computed in Part I to the various asset classes based on their relative fair market value and using the residual methodology as outlined in the temporary regulations (T.D. 8858).  This allocation will be the basis of preparing Form 8023, Elections Under Section 338 for Corporations Making Qualified Stock Purchase, and if required by the IRS, Revised Form 8594, Asset Acquisition Statement Under Section 1060. Note that two elections will be necessary.

Sincerely,

*J. Michael Watts*

L. Michael Watts
Vice President – Tax

cc:    Mark Shapiro
       Charles Haubiel
       R. Newcomb, Stillwell, Ropes & Gray
       Matthew Levin, K●B Acquisition Corp.
       Robert Feldman, K●B Acquisition Corp.

bcc: Slayman
     Bailia
     Weber
     Abu-Saleh

**Allocation of ___ Sales Price**
**Purchase of Haven's Corners Stock**
**December 7, 2000**

| Target Corporation / FEIN / Internal Company Code | Haven's Corners Corp | KB Consolidated 31-1462154 | Key-Bee Center, Inc. 04-3312924 001 | Southdale Kay-Bee Toy Inc. (includes KB Holdings LLC) 06-1080755 002, 003, 069 | Southdale | KB Holdings LLC | Mall of America Kay-Bee Toy, Inc. 04-3160568 004 | Kay-Bee Toy & Hobby Shops, Inc. 04-2073156 005 | K*B Toy of Alaska, Inc. 06-1271505 006 |
|---|---|---|---|---|---|---|---|---|---|
| **Part I. Computation of Aggregate Deemed Sales Price** | | | | | | | | | |
| Allocated Cash and other Consideration | 22,925,001 | 64,951,990 | | | | | 203,848,366 | 50,663,111 | 439,159 |
| Selling Expenses | (2,973,011) | | | | | | | | |
| Net Cash and other Consideration | 19,951,990 | 64,951,990 | | 301,877,405 | | | 203,848,366 | 50,663,111 | 439,159 |
| Total Liabilities | 45,000,000 | 236,988,039 | 301,877,505 | 301,877,405 | | | 117,031,208 | 3,894,358 | 34,187 |
| Negative cash reclassed to liabilities (accts 1108,1112,1119,1210,1215,12 17) | | | | 29,208 | 20,209 | | | | |
| Reclass Account 1203 AP Clearing Account to Liabilities / Reduce liabilities for one day's worth of interest on Co. dividend note that accrued after 12/07 | | (62,524) | | | | | | | |
| Adjustments to move receivables (debit accounts) imbedded in liability section on balance sheet | | | | | | | | | |
| if acct 1258 (royalty receivable) <0, +acct 1258 | | | | 8,737 | | | | | |
| if acct 2103 (free goods reserve) is less than 0, -(acct 2103) | | | | | | | 32,810 | 2,623,919 | 26,907 |
| if acct 2124 (defective inventory) is less than 0, -(acct 2124) | | | | | | | | | |
| if acct 2130 (freight) is less than 0, -(acct 2130) | | | | | | | | | |
| Computed Liabilities Assumed | 45,000,000 | 236,925,515 | | 37,943 | | | 117,064,018 | 6,518,277 | 61,094 |
| Aggregate Deemed Sales Price | 64,951,990 | 301,877,505 | 301,877,505 | 301,915,349 | | | 410,912,384 | 57,181,389 | 500,254 |

Allocation of _____ Sales Price
Purchase of Haven's Corners Stock
December 7, 2000

| Target Corporation / Part II. Book Value of Assets Grouped By Asset Class | Haven's Corners Corp | KB Consolidated | Kay-Bee Center, Inc. | Southdale Kay-Bee Toy, Inc. (includes KB Holdings LLC) | KB Holdings LLC | Mall of America Kay-Bee Toy, Inc. | Kay-Bee Toy & Hobby Shops, Inc. | K'B Toy of Alaska, Inc. |
|---|---|---|---|---|---|---|---|---|
| **Class I** | | | | | | | | |
| Cash and Cash Equivalents | | | 100 | 84,756 | *(illegible)* | 117,228,627 | 18,637,383 | 118,202 |
| Negative cash redeased to liabilities (accts 1108,1112,1119,1210,1215,1217) | | | | | *(illegible)* | | | |
| **Total Class I** | — | — | 100 | 84,756 | *(illegible)* | 117,228,627 | 18,637,383 | 118,202 |
| **Class II** | | | | | | | | |
| Marketable Securities, etc. | | | | 42,969 | *(illegible)* | | | |
| **Total Class II** | — | — | — | 42,969 | *(illegible)* | | | |
| **Class III** | | | | | | | | |
| If acct 1258 (royalty receivable) >0, acct 1259 | | | | | *(illegible)* | 2,731 | 291,401 | 1,097 |
| Accounts Receivable Trade | | | | 7,698,474 | *(illegible)* | | | |
| **Total Class III** | — | — | — | 7,741,480 | 3,677,698 | 2,731 | 291,401 | 1,097 |
| **Class IV** | | | | | | | | |
| Inventories | | | | 408,033 | *(illegible)* | 1,223,971 | 107,177,535 | 864,638 |
| Acct 2103-Free goods receivable | | | | | *(illegible)* | | | |
| **Total Class IV** | — | — | — | 408,033 | *(illegible)* | 1,223,971 | 107,177,535 | 864,638 |
| **Class V** | | | | | | | | |
| Due to/from KB Kids | 506,135,716 | | | 1,434 | *(illegible)* | 6,811 | 427,758 | 892 |
| Investment in Subsidiaries | | 424,300,066 | 885,167,036 | 882,276,599 | *(illegible)* | 819,337,856 | | |
| Prepaids | | | | 18,146 | *(illegible)* | 75,329 | | 40,698 |
| Property and Equipment | | | | 501,090 | *(illegible)* | 5,079,626 | 82,327,214 | 944,809 |
| Accumulated Depreciation | | | | (205,776) | *(illegible)* | 1,611,081 | (33,118,228) | (402,822) |
| Acct 1325 Investment in KB Kids | | | | | *(illegible)* | (736,390) | | |
| Acct 1324 Investment in BrainPlay | | | | | | | | |
| Acct 1253 Notes Receivable KB Kids | | | | | | | | |
| Acct 2124-Credit memos defective inventory | | | | | | | | |
| Account 1203 AP Clearing Account | | | | | | | | |
| Acct 2130 Prepaid Freight | | | | | | | | |
| **Total Class V** | 506,135,716 | 424,300,066 | 885,167,036 | 882,591,474 | *(illegible)* | 820,294,788 | 54,716,370 | 583,476 |
| **Class VI** | | | | | | | | |
| Tradenames | | | | 20,780,143 | | | | |
| Tradename amortization | | | | (6,370,222) | | | | |
| Tradename-net | | | | 44,634 | | | | |
| **Total Class VI** | — | — | — | 14,454,555 | *(illegible)* | | | |

**Allocation of ___ Sales Price**
**Purchase of Haven's Corners Stock**
**December 7, 2000**

| Target Corporation | Haven's Corners Corp | KB Consolidated | Kay-Bee Center, Inc. | Southdale Kay-Bee Toy, Inc. (includes KB Holdings LLC) | [KB Holding LLC] | Mall of America Kay-Bee Toy, Inc. | Kay-Bee Toy & Hobby Shops, Inc. | K*B Toy of Alaska, Inc. |
|---|---|---|---|---|---|---|---|---|
| **III. Aggregate Fair Market Value** | | | | | | | | |
| Class I | | | 100 | | | 117,228,627 | 18,637,383 | 118,202 |
| Class II | | | - | - | | - | - | - |
| Class III | | | - | 84,756 | | 2,731 | 291,401 | 1,097 |
| Class IV | | | - | 7,741,460 | | 437,473 | 22,441,525 | 208,620 |
| Class V-Other than Investment in KB Online, KBKids, Brain/Play | | | | 135,892 | | 283,243,553 | 15,811,080 | 172,335 |
| Class V-Investment in Online, Kids, Brain/Play | 64,951,990 | 301,877,505 | 301,877,405 | 293,953,241 | | | | |
| Class VI-Trademarks* | | | | 74,000,000 | | | | |
| Class VII | | | - | - | | - | - | - |
| **Total Aggregate Fair Market Value** | 64,951,990 | 301,877,505 | 301,877,505 | 375,915,349 | | 410,912,384 | 57,181,389 | 500,254 |
| **Part IV. Allocation of Sales Price** | | | | | | | | |
| Class I | | | 100 | | | 117,228,627 | 18,637,383 | 118,202 |
| Class II | | | - | - | | 2,731 | 291,401 | 1,097 |
| Class III | | | - | 84,756 | | 437,473 | 22,441,525 | 208,620 |
| Class IV | | | - | 7,741,460 | | 283,243,553 | 15,811,080 | 172,335 |
| Class V | 64,951,990 | | - | 135,892 | | 0 | | - |
| Class VI | | 301,877,505 | 301,877,405 | 293,953,241 | | | | |
| Class VII | | | - | - | | | | |
| **Total Allocated Sales Price** | 64,951,990 | 301,877,505 | 301,877,505 | 301,915,349 | | 410,912,384 | 57,181,389 | 500,254 |
| **Notes:** | | | | | | | | |
| Non-Class V: Allocated to Other Assets Class V | | | - | 104,875 | | 342,054 | 15,811,080 | 172,335 |
| Allocated to Investment in Subsidiaries | 64,951,990 | 301,877,505 | 301,877,405 | 293,848,366 | | 292,901,499 | | |
| Total Allocated Class V | 64,951,990 | 301,877,505 | 301,877,405 | 293,953,241 | | 293,243,553 | 15,811,080 | 172,335 |

*We have an appraisal which supports the $74 million allocated to Trademarks; however, to date no valuation report exists to value workforce in place, supplier contracts, lease contracts, which are other intangibles that have value

F:\dept\tax\2000_inctx\tax return\Kay Bee Disposition\
8023.xls
Sheet:  8594

Allocation of ____ Sales Price
Purchase of Haven's Corners Stock
December 7, 2000

| Target Corporation | K*B Toy of Arizona, Inc. | K*B Toy of Arkansas, Inc. | K*B Toy of California, Inc. | K*B Toy of Colorado, Inc. | K*B Toy of Connecticut, Inc. | K*B Toy of Florida, Inc. | K*B Toy of Hawaii, Inc. | K*B Toy of Idaho, Inc. | K*B Toy of Maryland, Inc. |
|---|---|---|---|---|---|---|---|---|---|
| FEIN | 06-1084250 | 06-1052855 | 31-1182908 | 04-2871205 | 06-1177050 | 04-2846255 | 98-0071427 | 04-2829887 | 06-1125700 |
| Internal Company Code | 007 | 008 | 009 | 010 | 011 | 012 | 013 | 014 | 015 |
| **Part I. Computation of Aggregate Deemed Sales Price** | | | | | | | | | |
| Allocated Cash and other Consideration Selling Expenses | 2,463,458 | 809,203 | 17,812,097 | 1,463,228 | 4,832,676 | 6,833,844 | 1,367,047 | 599,363 | 4,159,998 |
| Net Cash and other Consideration | | - | | | | | | | - |
| Total Liabilities | 2,463,458 | 809,203 | 17,812,097 | 1,463,228 | 4,832,676 | 6,833,844 | 1,367,047 | 599,363 | 4,159,998 |
| Negative cash reclassed to liabilities (accts 1106,1112,1119,1210,1215,1217) | 207,022 | 32,632 | 1,453,829 | 138,657 | 440,356 | 522,576 | 169,622 | 51,324 | 313,730 |
| Reclass Account 1209 AP Clearing Account to Liabilities Reduce liabilities for one day's worth of interest on Co. dividend note that accrued after 12/07 | | | | | | | | | |
| Adjustments to move receivables (debit accounts) imbedded in liability section on balance sheet | | | | | | | | | |
| If acct 1256(royalty receivable) <0, +acct 1256 | 116,916 | 31,507 | 876,051 | 72,375 | 246,384 | 354,530 | 49,863 | 29,937 | 205,896 |
| If acct 2103 (free goods reserve) is less than 0, -(acct 2103) | - | - | - | - | - | - | - | - | - |
| If acct 2124 (defective inventory) is less than 0, -(acct 2124) | - | - | - | - | - | - | - | - | - |
| If acct 2130 (freight) is less than 0, -(acct 2130) | - | - | - | - | - | - | - | - | - |
| Computed Liabilities Assumed | 323,938 | 64,139 | 2,329,880 | 211,231 | 686,739 | 877,105 | 219,586 | 81,261 | 519,626 |
| Aggregate Deemed Sales Price | 2,787,396 | 873,342 | 20,141,776 | 1,674,459 | 5,519,416 | 7,710,949 | 1,586,633 | 680,625 | 4,679,612 |

Allocation of Sales Price
Purchase of Haven's Corners Stock
December 7, 2000

F:\dept\tax\2000_inctx\tax return\Kay Bee Disposition\
8023.xls
Sheet: 8594

| Target Corporation / Part II Book Value of Assets Grouped By Asset Class | K'B Toy of Arizona, Inc. | K'B Toy of Arkansas, Inc. | K'B Toy of California, Inc. | K'B Toy of Colorado, Inc. | K'B Toy of Connecticut, Inc. | K'B Toy of Florida, Inc. | K'B Toy of Hawaii, Inc. | K'B Toy of Idaho, Inc. | K'B Toy of Maryland, Inc. |
|---|---|---|---|---|---|---|---|---|---|
| **Class I** | | | | | | | | | |
| Cash and Cash Equivalents Negative cash reclassed to liabilities (accts 1108,1112,1119,1210,1215,1217) | 808,540 | 187,756 | 6,003,961 | 488,697 | 2,001,563 | 2,465,926 | 324,180 | 183,137 | 1,591,997 |
| Total Class I | 808,540 | 187,756 | 6,003,961 | 488,697 | 2,001,563 | 2,465,926 | 324,180 | 183,137 | 1,591,997 |
| **Class II** | | | | | | | | | |
| Marketable Securities, etc. | | | | | | | | | |
| Total Class II | | | | | | | | | |
| **Class III** | | | | | | | | | |
| If acct 1258(royalty receivable) >0, acct 1258 | | | | | | | | | |
| Accounts Receivable Trade | 15,995 | 13,793 | 109,417 | 8,210 | 47,243 | 22,402 | 3,009 | 8,737 | 15,976 |
| Total Class III | 15,995 | 13,793 | 109,417 | 8,210 | 47,243 | 22,402 | 3,009 | 8,737 | 15,976 |
| **Class IV** | | | | | | | | | |
| Inventories | 5,014,938 | 1,821,232 | 37,330,178 | 3,251,489 | 10,603,954 | 15,462,023 | 2,558,004 | 1,437,703 | 8,807,772 |
| Acct 2100-Free goods receivable | | | | | | | | | |
| Total Class IV | 5,014,938 | 1,821,232 | 37,330,178 | 3,251,489 | 10,603,954 | 15,462,023 | 2,558,004 | 1,437,703 | 8,807,772 |
| **Class V** | | | | | | | | | |
| Due to/from KB Kids | 15,367 | 3,457 | 132,697 | 13,107 | 29,181 | 52,107 | 1,114 | 3,113 | 32,922 |
| Investment in Subsidiaries | | | | | | | | | |
| Prepaids | 238,134 | 71,540 | 1,836,852 | 129,786 | 460,549 | 712,857 | 97,264 | 48,584 | 409,775 |
| Property and Equipment | 4,321,483 | 1,315,839 | 29,035,487 | 2,133,915 | 6,773,198 | 10,055,287 | 2,859,686 | 806,107 | 7,068,880 |
| Accumulated Depreciation | (1,622,083) | (525,475) | (10,877,092) | (803,769) | (2,867,290) | (4,430,776) | (964,134) | (348,182) | (3,083,405) |
| Acct 1325 Investment in KB Kids | | | | | | | | | |
| Acct 1324 Investment in Balance Sheet | | | | | | | | | |
| Acct 1253 Notes Receivable KB Kids | | | | | | | | | |
| Acct 2124-Credit memos deductive Inventory | | | | | | | | | |
| Account 1203 AP Clearing Account | | | | | | | | | |
| Acct 2130 Prepaid Freight | | | | | | | | | |
| Total Class V | 2,952,901 | 865,361 | 20,129,944 | 1,473,038 | 4,595,638 | 6,390,455 | 1,993,950 | 509,623 | 4,429,172 |
| **Class VI** | | | | | | | | | |
| Tradenames | | | | | | | | | |
| Tradename amortization | | | | | | | | | |
| Tradename-net | | | | | | | | | |
| Total Class VI | | | | | | | | | |

Allocation of KB Sales Price
Purchase of Haven's Corners Stock
December 7, 2000

| Target Corporation | K'B Toy of Arizona, Inc. | K'B Toy of Arkansas, Inc. | K'B Toy of California, Inc. | K'B Toy of Colorado, Inc. | K'B Toy of Connecticut, Inc. | K'B Toy of Florida, Inc. | K'B Toy of Hawaii, Inc. | K'B Toy of Idaho, Inc. | K'B Toy of Maryland, Inc. |
|---|---|---|---|---|---|---|---|---|---|
| **III. Aggregate Fair Market Value** | | | | | | | | | |
| Class I | 808,540 | 187,756 | 6,003,061 | 489,697 | 2,001,563 | 2,485,926 | 324,190 | 183,137 | 1,591,997 |
| Class II | - | - | - | - | - | - | - | - | - |
| Class III | 15,995 | 13,793 | 109,417 | 8,210 | 47,243 | 22,402 | 3,009 | 8,737 | 15,976 |
| Class IV | 1,111,220 | 416,184 | 8,111,297 | 733,566 | 2,148,838 | 3,255,510 | 666,868 | 331,474 | 1,809,260 |
| Class V-Other than Investment in KB Online, KBKids, Brain*Play | 851,640 | 255,609 | 5,917,101 | 442,985 | 1,321,772 | 1,947,111 | 592,566 | 157,276 | 1,261,379 |
| Class V-Investment in Online, Kids, Brain*Play | 0 | - | - | - | 0 | - | - | - | - |
| Class VI-Trademarks* | - | - | - | - | - | - | - | - | - |
| Class VII | - | - | - | - | - | - | - | - | - |
| **Total Aggregate Fair Market Value** | 2,787,395 | 873,342 | 20,141,776 | 1,674,459 | 5,519,416 | 7,710,949 | 1,586,633 | 680,625 | 4,678,612 |
| **Part IV  Allocation of Sales Price** | | | | | | | | | |
| Class I | 808,540 | 187,756 | 6,003,061 | 489,697 | 2,001,563 | 2,485,926 | 324,190 | 183,137 | 1,591,997 |
| Class II | - | - | - | - | - | - | - | - | - |
| Class III | 15,995 | 13,793 | 109,417 | 8,210 | 47,243 | 22,402 | 3,009 | 8,737 | 15,976 |
| Class IV | 1,111,220 | 416,184 | 8,111,297 | 733,566 | 2,148,838 | 3,255,510 | 666,868 | 331,474 | 1,809,260 |
| Class V | 851,640 | 255,609 | 5,917,101 | 442,985 | 1,321,772 | 1,947,111 | 592,566 | 157,276 | 1,261,379 |
| Class VI | 0 | - | - | - | 0 | - | - | - | - |
| Class VII | - | - | - | - | - | - | - | - | - |
| **Total Allocated Sales Price** | 2,787,395 | 873,342 | 20,141,776 | 1,674,459 | 5,519,416 | 7,710,949 | 1,586,633 | 680,625 | 4,678,612 |
| **Notes:** | | | | | | | | | |
| Notation:  Allocated to Other Assets Class V | 851,640 | 255,609 | 5,917,101 | 442,985 | 1,321,772 | 1,947,111 | 592,566 | 157,276 | 1,261,379 |
| Allocated to Investment in Subsidiaries | - | - | - | - | - | - | - | - | - |
| Total Allocated Class V | 851,640 | 255,609 | 5,917,101 | 442,985 | 1,321,772 | 1,947,111 | 592,566 | 157,276 | 1,261,379 |

Allocation of Sales Price
Purchase of Haven's Corners Stock
December 7, 2000

**Part I. Computation of Aggregate Deemed Sales Price**

| | K·B Toy of Massachusetts, Inc. (includes WCL and investment in KBNCda) 04-2956063 016, 063, 064 | K·B Toy of Nebraska, Inc. 06-1209793 017 | K·B Toy of Nevada, Inc. 06-1190911 018 | K·B Toy of New Jersey, Inc. 04-2794697 019 | K·B Toy of North Carolina, Inc. 04-3126337 020 | K·B Toy of Ohio, Inc. 06-1177559 021 |
|---|---|---|---|---|---|---|
| Target Corporation | | | | | | |
| FEIN | | | | | | |
| Internal Company Code | | | | | | |
| Allocated Cash and other Consideration (a/k/a Selling Expenses) | 136,153,315 | 420,470 | 792,742 | 20,032,284 | 3,243,505 | 5,177,883 |
| Net Cash and other Consideration | 136,153,315 | 420,470 | 792,742 | 20,032,284 | 3,243,505 | 5,177,883 |
| Total Liabilities | 244,642,052 | 16,148 | 48,713 | 17,768,678 | 233,788 | -334,152 |
| Negative cash reclassed to liabilities (accts 1106,1112,1119,1210,1215,12 17) | 25,825,331 | | | | | |
| Reclass Account 1203 AP Clearing Account to Liabilities | 742,077 | | | | | |
| Reduce liabilities for one day's worth of interest on Co. dividend note that accrued after 12/07 | | | | | | |
| Adjustments to move receivables (debit accounts imbedded in liability section on balance sheet | 414,222 | 25,957 | 43,599 | 409,474 | 176,710 | 266,111 |
| If acct 1225(royalty receivable) <0, +acct 1258 | | | | | | |
| If acct 2103 (free goods reserve) is less than 0, -(acct 2103) | 14,278,207 | | | | | |
| If acct 2124 (defective inventory) is less than 0, -(acct 2124) | 5,733,703 | | | | | |
| If acct 2130 (freight) is less than 0, -(acct 2130) | 720,493 | | | | | |
| Computed Liabilities Assumed | 292,156,065 | 42,105 | 92,313 | 18,178,153 | 410,498 | 600,262 |
| Aggregate Deemed Sales Price | 428,309,400 | 462,575 | 885,055 | 38,210,437 | 3,654,003 | 5,778,145 |

F:\deptltax\2000_lnctx\tax return\Kay Bee Disposition\
80123.xls
Sheet: BS94

Allocation of ... Sales Price
Purchase of Haven's Corners Stock
December 7, 2000

*Note: the central columns (KB Online Holdings, West Coast, Dickinson, Inc.) and several interior rows are illegible due to degradation of the image.*

| Target Corporation — Part II. Book Value of Assets Grouped By Asset Class | K'B Toy of Massachusetts, Inc. (includes WOL and Investment in KBKids) | K'B Toy of Nebraska, Inc. | K'B Toy of Nevada, Inc. | K'B Toy of New Jersey, Inc. | K'B Toy of North Carolina, Inc. | K'B Toy of Ohio, Inc. |
|---|---|---|---|---|---|---|
| **Class I** | | | | | | |
| Cash and Cash Equivalents | 121,601,398 | 154,273 | 278,427 | 3,472,088 | 1,186,571 | 1,818,070 |
| Negative cash reclassed to liabilities (accts 1108,1112,1119,1210,1215,1217) | 25,625,321 | | | | | |
| Total Class I | 147,226,719 | 154,273 | 278,427 | 3,472,088 | 1,186,571 | 1,818,070 |
| **Class II** | | | | | | |
| Marketable Securities, etc. | | | | | | |
| Total Class II | | | | | | |
| **Class III** | | | | | | |
| If acct 1258(royalty receivable) >0, acct 1258 | | | | | | |
| Accounts Receivable Trade | 2,359,350 | 0 | 7,892 | 46,356 | 10,294 | 15,314 |
| Total Class III | 2,359,350 | 0 | 7,892 | 46,356 | 10,294 | 15,314 |
| **Class IV** | | | | | | |
| Inventories | 173,892,603 | 1,063,459 | 1,598,584 | 18,962,787 | 7,524,194 | 11,604,185 |
| Acct 2103-Free goods receivable | 14,278,207 | | | | | |
| Total Class IV | 188,170,809 | 1,063,459 | 1,598,584 | 18,962,787 | 7,524,194 | 11,604,185 |
| **Class V** | | | | | | |
| Due to/from KB Kids | 27,044,420 | 3,582 | 9,380 | 98,003 | 27,307 | 51,398 |
| Investment in Subsidiaries | 5,010,912 | | | | | |
| Prepaids | 136,130,264 | 46,638 | 71,545 | 781,763 | 287,885 | 466,037 |
| Property and Equipment | (40,802,105) | 457,331 | 1,515,125 | 54,785,249 | 4,379,545 | 7,424,556 |
| Accumulated Depreciation | (28,239,646) | (224,575) | (642,370) | (6,648,634) | (1,839,339) | (2,889,079) |
| Acct 1825 Investment in KB Kids | 12,988,979 | | | | | |
| Acct 1924 Investment in BrainPlay | | | | | | |
| Acct 1253 Notes Receivable KB Kids | 28,000,000 | | | | | |
| Acct 2124-Credit memos deductible Inventory | 5,733,703 | | | | | |
| Account 1003 AP Clearing Account | 742,077 | | | | | |
| Acct 2130 Prepaid Freight | 720,493 | | | | | |
| Total Class V | 146,529,096 | 282,976 | 953,680 | 49,016,381 | 2,855,399 | 5,042,912 |
| **Class VI** | | | | | | |
| Tradename | | | | | | |
| Tradename amortization | | | | | | |
| tradename-net | | | | | | |
| Total Class VI | | | | | | |

Allocation of Sales Price
Purchase of Haven's Corners Stock
December 7, 2000

| Target Corporation | K'B Toy of Massachusetts, Inc. (includes WCL and Investment in K3Kids) | [illegible column] | K'B Toy of Nebraska, Inc. | K'B Toy of Nevada, Inc. | K'B Toy of New Jersey, Inc. | K'B Toy of North Carolina, Inc. | K'B Toy of Ohio, Inc. |
|---|---|---|---|---|---|---|---|
| **III. Aggregate Fair Market Value** | | | | | | | |
| Class I | 147,226,719 | | 154,273 | 278,427 | 3,472,088 | 1,166,571 | 1,818,070 |
| Class II | - | | - | - | - | - | - |
| Class III | 2,359,350 | | 0 | 7,692 | 46,356 | 10,294 | 15,314 |
| Class IV | 139,600,913 | | 211,739 | 334,401 | 9,555,585 | 1,601,329 | 2,465,726 |
| Class V-Other than Investment in K3 Online, K3Kids, BrainPlay | | | | | | | |
| Class V-Investment in Online, Kids, BrainPlay | 139,122,417 | | 96,563 | 264,536 | 25,136,408 | 855,809 | 1,479,035 |
| Class VI-Trademarks* | | | | | | | |
| Class VII | | | | | | | |
| **Total Aggregate Fair Market Value** | 428,309,400 | | 462,575 | 885,055 | 38,210,437 | 3,654,003 | 5,778,145 |
| **Part IV Allocation of Sales Price** | | | | | | | |
| Class I | 147,226,719 | | 154,273 | 278,427 | 3,472,088 | 1,166,571 | 1,818,070 |
| Class II | - | | - | - | - | - | - |
| Class III | 2,359,350 | | 0 | 7,692 | 46,356 | 10,294 | 15,314 |
| Class IV | 139,600,913 | | 211,739 | 334,401 | 9,555,585 | 1,601,329 | 2,465,726 |
| Class V | 139,122,417 | | 96,563 | 264,536 | 25,136,408 | 855,809 | 1,479,035 |
| Class VI | | | | | | | |
| Class VII | | | | | | | |
| **Total Allocated Sales Price** | 428,309,400 | | 462,575 | 885,055 | 38,210,437 | 3,654,003 | 5,778,145 |
| **Notes:** | | | | | | | |
| Nonstock Allocated to Other Assets Class V | | | | | | | |
| Allocated to Investment in Subsidiaries | 139,122,417 | | 96,563 | 264,536 | 25,136,408 | 855,809 | 1,479,035 |
| Total Allocated Class V | 139,122,417 | | 96,563 | 264,536 | 25,136,408 | 855,809 | 1,479,035 |

F:\dept\tax\2000_inct\tax return\Kay Bee Disposition\
8023.xls
Sheet: 8594

Allocation of \_\_\_\_/Sales Price
Purchase of Haven's Corners Stock
December 7, 2000

**Part I. Computation of Aggregate Deemed Sales Price**

| Target Corporation / FEIN / Internal Company Code | K*B Toy of Pennsylvania, Inc. 04-2756383 022 | K*B Toy of South Dakota, Inc. 04-2773021 023 | K*B Toy of Tennessee, Inc. 06-1179079 024 | K*B Toy of Texas, Inc. 04-2828110 025 | K*B Toy of Utah, Inc. 04-3090751 026 | K*B Toy of Virginia, Inc. 04-2765856 027 | K*B Toy of Washington, Inc. 06-1276746 028 | K*B Toy of Wisconsin, Inc. 04-2765967 029 |
|---|---|---|---|---|---|---|---|---|
| Allocated Cash and other Consideration Selling Expenses | 8,619,039 | 197,000 | 2,633,662 | 8,100,640 | 879,282 | 4,538,817 | 2,946,405 | 1,772,607 |
| Net Cash and other Consideration | 8,619,039 | 197,000 | 2,633,662 | 8,100,640 | 879,282 | 4,538,817 | 2,946,405 | 1,772,607 |
| Total Liabilities | 757,649 | 5,422 | 182,623 | 577,127 | 78,608 | 333,688 | 292,695 | 99,572 |
| Negative cash reclassed to liabilities (accts 1108,1112,1119,1210,1215,1217) | | | | | | | | |
| Reclass Account 1203 AP Clearing Account to Liabilities Reduce liabilities for one day's worth of interest on Co. dividend note that accrued after 12/07 | | | | | | | | |
| Adjustments to move receivables (debit accounts) into the liability section on balance sheet | | | | | | | | |
| If acct 1255(royalty receivable) <0, +acct 1258 | 425,613 | 8,047 | 141,527 | 379,838 | 39,314 | 226,967 | 122,560 | 98,355 |
| If acct 2103 (free goods reserve) is less than 0, -(acct 2103) | | | | | | | | |
| If acct 2124 (defective inventory) is less than 0, -(acct 2124) | | | | | | | | |
| If acct 2130 (freight) is less than 0, -(acct 2130) | | | | | | | | |
| Computed Liabilities Assumed | 1,183,262 | 13,469 | 324,150 | 956,964 | 117,922 | 560,655 | 415,256 | 197,927 |
| Aggregate Deemed Sales Price | 9,802,300 | 210,469 | 2,957,812 | 9,057,604 | 997,204 | 5,099,472 | 3,361,661 | 1,970,554 |

F:\dept\tax2000_lnclx\tax return\Kay Bee Disposition\
80023.xls
Sheet: B594

**Allocation of ... Sales Price**
**Purchase of Haven's Corners Stock**
**December 7, 2000**

Target Corporation
Part II. Book Value of Assets Grouped By Asset Class

| | KB Toy of Pennsylvania, Inc. | (columns illegible) | KB Toy of South Dakota, Inc. | KB Toy of Tennessee, Inc. | KB Toy of Texas, Inc. | KB Toy of Utah, Inc. | KB Toy of Virginia, Inc. | KB Toy of Washington, Inc. | KB Toy of Wisconsin, Inc. |
|---|---|---|---|---|---|---|---|---|---|
| **Class I** | | | | | | | | | |
| Cash and Cash Equivalents (negative cash reclassed to liabilities) (accts 1106,1112,1110,1210,1215,1217) | 2,855,609 | | 42,837 | 866,516 | 2,521,481 | 283,018 | 1,697,631 | 1,056,611 | 563,534 |
| Total Class I | 2,855,609 | | 42,837 | 866,516 | 2,521,481 | 283,018 | 1,697,631 | 1,056,611 | 563,534 |
| **Class II** | | | | | | | | | |
| Marketable Securities, etc. | | | | | | | | | |
| Total Class II | | | | | | | | | |
| **Class III** | | | | | | | | | |
| If acct 1258(royalty receivable) >0, acct 1258 | | | | | | | | | |
| Accounts Receivable Trade | 19,032 | | (0) | 9,670 | 46,334 | 788 | 51,674 | 7,033 | 3,169 |
| Total Class III | 19,032 | | (0) | 9,670 | 46,334 | 788 | 51,674 | 7,033 | 3,169 |
| **Class IV** | | | | | | | | | |
| Inventories | 17,158,587 | | 359,144 | 5,948,508 | 17,727,967 | 1,944,800 | 10,361,365 | 5,830,124 | 4,042,977 |
| Acct 2103-Free goods | | | | | | | | | |
| Total Class IV | 17,158,587 | | 359,144 | 5,948,508 | 17,727,967 | 1,944,800 | 10,361,365 | 5,830,124 | 4,042,977 |
| **Class V** | | | | | | | | | |
| Due to/from KB Kids | 117,846 | | 1,243 | 15,451 | 59,217 | 11,101 | 36,330 | 29,073 | 13,817 |
| Investment in Subsidiaries | 752,036 | | 19,676 | 263,619 | 733,183 | 78,387 | 455,562 | 265,361 | 181,555 |
| Property and Equipment | 14,197,508 | | 508,890 | 3,724,465 | 12,636,370 | 1,223,058 | 6,478,971 | 5,252,450 | 2,988,515 |
| Accumulated Depreciation | (5,370,562) | | (228,474) | (1,428,375) | (4,812,400) | (401,790) | (2,881,954) | (1,924,579) | (1,466,920) |
| Acct 1325 Investment in KB Kids | (2,067,739) | | | | | | | | |
| Acct 1324 Investment in Brats/Play | | | | | | | | | |
| Acct 1253 Notes Receivable KB Kids | 3,000,000 | | | | | | | | |
| Acct 2124-Credit memos debtaive inventory | | | | | | | | | |
| Account 1203 AP Clearing Account | | | | | | | | | |
| Acct 2130 Prepaid Freight | | | | | | | | | |
| Total Class V | 10,629,149 | | 301,335 | 2,575,159 | 8,616,369 | 909,656 | 4,088,908 | 3,622,304 | 1,716,967 |
| **Class VI** | | | | | | | | | |
| Tradename | | | | | | | | | |
| Tradename amortization Trademark/cost | | | | | | | | | |
| Total Class VI | | | | | | | | | |

Allocation ( ) Sales Price
Purchase of Haven's Corners Stock
December 7, 2000

| Target Corporation | K'B Toy of Pennsylvania, Inc. | [redacted] | K'B Toy of South Dakota, Inc. | K'B Toy of Tennessee, Inc. | K'B Toy of Texas, Inc. | K'B Toy of Utah, Inc. | K'B Toy of Virginia, Inc. | K'B Toy of Washington, Inc. | K'B Toy of Wisconsin, Inc. |
|---|---|---|---|---|---|---|---|---|---|
| **III. Aggregate Fair Market Value** | | | | | | | | | |
| Class I | 2,955,009 | | 42,637 | 866,516 | 2,521,481 | 283,018 | 1,697,631 | 1,056,611 | 563,534 |
| Class II | - | | - | | | - | | - | - |
| Class III | 19,032 | | (0) | 9,670 | 46,334 | 788 | 51,674 | 7,033 | 3,169 |
| Class IV | 1,953,054 | | 82,412 | 1,300,551 | 3,952,857 | 439,929 | 2,121,710 | 1,275,513 | 878,013 |
| Class V-Other than Investment in KB Online, KBKids, BrainPlay | 4,874,605 | | 85,420 | 781,075 | 2,536,933 | 273,469 | 1,228,457 | 1,022,504 | 525,817 |
| Class V-Investment in Online, Kids, BrainPlay | | | | | | | | | |
| Class VI-Trademarks* | | | | | | | | | |
| Class VII | - | | - | | | | | | |
| **Total Aggregate Fair Market Value** | 9,802,300 | | 210,469 | 2,957,812 | 9,057,604 | 997,204 | 5,099,472 | 3,361,661 | 1,970,534 |
| **Part IV  Allocation of Sales Price** | | | | | | | | | |
| Class I | 2,955,009 | | 42,637 | 866,516 | 2,521,481 | 283,018 | 1,697,631 | 1,056,611 | 563,534 |
| Class II | - | | - | | | - | | - | - |
| Class III | 19,032 | | - | 9,670 | 46,334 | 788 | 51,674 | 7,033 | 3,169 |
| Class IV | 1,953,054 | | 82,412 | 1,300,551 | 3,952,857 | 439,929 | 2,121,710 | 1,275,513 | 878,013 |
| Class V | 4,874,605 | | 85,420 | 781,075 | 2,536,933 | 273,469 | 1,228,457 | 1,022,504 | 525,817 |
| Class VI | | | | | | 0 | | | |
| Class VII | - | | - | | | | | | |
| **Total Allocated Sales Price** | 9,802,300 | | 210,469 | 2,957,812 | 9,057,604 | 997,204 | 5,099,472 | 3,361,661 | 1,970,534 |
| **Notes:** | | | | | | | | | |
| Notation: Allocated to Other Assets Class V | 4,874,605 | | 85,420 | 781,075 | 2,536,933 | 273,469 | 1,228,457 | 1,022,504 | 525,817 |
| Allocated to Investment in Subsidiaries | | | | | | | | | |
| Total Allocated Class V | 4,874,605 | | 85,420 | 781,075 | 2,536,933 | 273,469 | 1,228,457 | 1,022,504 | 525,817 |

Allocation of ___ Sales Price
Purchase of Haven's Comers Stock
December 7, 2000

| Target Corporation<br>FEIN<br>Internal Company Code | K*B Toy of Wyoming, Inc.<br>04-3092440<br>030 | Ala Moana Kay-Bee Toy, Inc.<br>06-1244630<br>031 | Pheasant Kay-Bee Toy, Inc.<br>02-0400331<br>032 | Agusatila Kay-Bee Toy, Inc.<br>04-3157907<br>033 | Atocha Street Kay-Bee Toy, Inc.<br>66-0439143<br>034 | Bayamon Kay-Bee Toy, Inc.<br>04-2846870<br>035 | Cafe Betances Kay-Bee Toy, Inc.<br>04-2846971<br>036 | Carolina Kay-Bee Toy, Inc.<br>66-0382716<br>037 | Centro Del Sur Kay-Bee Toy, Inc.<br>52-1339820<br>038 | Cordero Ave (Caguas) Kay-Bee Toy, Inc.<br>66-0439131<br>039 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Part I. Computation of Aggregate Deemed Sales Price** | | | | | | | | | | |
| Allocated Cash and other Consideration - Selling Expenses | 260,832 | 178,841 | 321,644 | 194,000 | 95,022 | 159,658 | 191,285 | 292,259 | 218,024 | 210,873 |
| Net Cash and other Consideration | 260,832 | 178,841 | 321,644 | 194,000 | 95,022 | 159,658 | 191,285 | 292,259 | 218,024 | 210,873 |
| Total Liabilities | 9,375 | 22,578 | 28,045 | 7,379 | 3,385 | 209,335 | 4,544 | 12,556 | 6,603 | 9,997 |
| Negative cash reclassed to liabilities (accts 1108,1112,1118,1210,1215,12 17) | | | | | | | | | | |
| Reclass Account 1203 AP Clearing Account to Liabilities | | | | | | | | | | |
| Reduce liabilities for one day's worth of interest on Co. dividend note that accrued after 12/07 | | | | | | | | | | |
| Adjustments to move receivables (debit accounts) imbedded in liability section on balance sheet | 10,670 | 13,670 | 9,435 | 8,544 | 3,157 | 8,212 | 4,520 | 12,478 | 3,535 | 9,162 |
| If acct 1258(royalty receivable) <0, -acct 1258 | | | | | | | | | | |
| If acct 2103 (free goods reserve) is less than 0, -(acct 2103) | | | | | | | | | | |
| If acct 2124 (defective inventory) is less than 0, -(acct 2124) | | | | | | | | | | |
| If acct 2130 (freight) is less than 0, -(acct 2130) | | | | | | | | | | |
| Computed Liabilities Assumed | 20,045 | 36,248 | 37,480 | 15,923 | 6,542 | 217,547 | 9,064 | 25,034 | 10,138 | 19,159 |
| Aggregate Deemed Sales Price | 280,877 | 215,089 | 359,124 | 209,923 | 101,563 | 377,205 | 200,349 | 317,293 | 228,163 | 230,032 |

F:\dept\tax\2000_inctx\tax return\Kay Bee Disposition\
8023.xls
Sheet: 8594

Allocation of Sales Price
Purchase of Haven's Corners Stock
December 7, 2000

Target Corporation
Part II. Book Value of Assets Grouped By Asset Class

| | K'B Toy of Wyoming, Inc. | Ala Moana Kay-Bee Toy, Inc. | Pheasant Kay-Bee Toy, Inc. | Aguadilla Kay-Bee Toy, Inc. | Atocha Street Kay-Bee Toy, Inc. | Bayamon Kay-Bee Toy, Inc. | Calle Betances Kay-Bee Toy, Inc. | Carolina Kay-Bee Toy, Inc. | Centro Del Sur Kay-Bee Toy, Inc. | Cordero Ave (Caguas) Kay-Bee Toy, Inc. |
|---|---|---|---|---|---|---|---|---|---|---|
| **Class I** | | | | | | | | | | |
| Cash and Cash Equivalents Negative cash reclassed to liabilities (accts 1108,1112,1119,1210,1215,1217) | 52,577 | 76,282 | 359,972 | 34,541 | 17,700 | 58,282 | 58,668 | 64,545 | 39,280 | 67,755 |
| **Total Class I** | 52,577 | 76,282 | 359,972 | 34,541 | 17,700 | 58,282 | 58,668 | 64,545 | 39,280 | 67,755 |
| **Class II** | | | | | | | | | | |
| Marketable Securities, etc. | · | · | · | · | · | · | · | · | · | · |
| **Total Class II** | · | · | · | · | · | · | · | · | · | · |
| **Class III** | | | | | | | | | | |
| If acct 1250(royalty receivable) >0, acct 1250 | | | | | | | | | | |
| Accounts Receivable Trade | 0 | (0) | (0) | 0 | 50 | 0 | 0 | 0 | (0) | (100) |
| **Total Class III** | 0 | (0) | (0) | 0 | 50 | 0 | 0 | 0 | (0) | (100) |
| **Class IV** | | | | | | | | | | |
| Inventories | 567,239 | 443,086 | 291,351 | 460,684 | 276,808 | 472,022 | 350,954 | 654,404 | 461,254 | 443,602 |
| Acct 2105-Free goods receivable | · | · | · | · | · | · | · | · | · | · |
| **Total Class IV** | 567,239 | 443,086 | 291,351 | 460,684 | 276,808 | 472,022 | 350,954 | 654,404 | 461,254 | 443,602 |
| **Class V** | | | | | | | | | | |
| Due to/from KB Kids | 1,698 | 291 | 1,567 | 135 | · | 145 | · | 163 | 9,769 | · |
| Investment in Subsidiaries | | | | | | | | | | |
| Prepaids | 17,529 | 19,659 | 16,535 | 8,179 | 3,633 | 2,961 | 9,150 | 13,061 | 314,531 | 12,744 |
| Property and Equipment | 446,420 | 174,884 | 215,820 | 332,228 | 69,573 | 72,689 | 419,401 | 560,098 | (48,519) | 405,291 |
| Accumulated Depreciation | (153,157) | (75,876) | (75,007) | (143,359) | (28,620) | (36,270) | (155,454) | (249,163) | | (176,661) |
| Acct 1525 Investment in KB Kids | · | · | · | · | · | · | · | · | · | · |
| Acct 1524 Investment in Brief/Play | · | · | · | · | · | · | · | · | · | · |
| Acct 1253 Notes Receivable KB Kids | · | · | · | · | · | · | · | · | · | · |
| Acct 1234-Credit memos deductive inventory | · | · | · | · | · | · | · | · | · | · |
| Account 1203 AP Clearing Account | · | · | · | · | · | · | · | · | · | · |
| Acct 2130 Prepaid Freight | · | · | · | · | · | · | · | · | · | · |
| **Total Class V** | 311,480 | 118,938 | 158,915 | 197,182 | 44,587 | 39,536 | 273,097 | 324,159 | 277,621 | 241,374 |
| **Class VI** | | | | | | | | | | |
| Tradenames | · | · | · | · | · | · | · | · | · | · |
| Tradename amortization | · | · | · | · | · | · | · | · | · | · |
| Tradename-net | · | · | · | · | · | · | · | · | · | · |
| **Total Class VI** | · | · | · | · | · | · | · | · | · | · |

Allocation of ___ Sales Price
Purchase of Haven's Corners Stock
December 7, 2000

### III. Aggregate Fair Market Value

| Target Corporation | KB Toy of Wyoming, Inc. | Ala Moana Kay-Bee Toy, Inc. | Pheasant Kay-Bee Toy, Inc. | Aguadilla Kay-Bee Toy, Inc. | Atocha Street Kay-Bee Toy, Inc. | Bayamon Kay-Bee Toy, Inc. | Calle Betances Kay-Bee Toy, Inc. | Carolina Kay-Bee Toy, Inc. | Centro Del Sur Kay-Bee Toy, Inc. | Cordeiro Ave (Caguas) Kay-Bee Toy, Inc. |
|---|---|---|---|---|---|---|---|---|---|---|
| Class I | 52,577 | 76,282 | 359,972 | 34,541 | 17,700 | 58,282 | 58,668 | 64,545 | 39,280 | 67,755 |
| Class II | - | - | - | - | - | - | - | - | - | - |
| Class III | 0 | (0) | (0) | 0 | 50 | 0 | 0 | 0 | (0) | (100) |
| Class IV | 138,053 | 97,153 | (12,101) | 118,490 | 69,846 | 293,189 | 75,642 | 162,373 | 113,303 | 98,742 |
| Class V-Other than Investment in KB Online, KBKids, BrainPlay | 90,347 | 41,655 | 12,253 | 56,891 | 13,967 | 25,734 | 66,039 | 90,374 | 75,579 | 63,635 |
| Class V-Investment in Online, KBKids, BrainPlay | | | | | | | | | | |
| Class VI-Trademarks* | | | | | | | | | | |
| Class VII | | | | | | | | | | |
| Total Aggregate Fair Market Value | 280,977 | 215,089 | 359,124 | 209,923 | 101,563 | 377,205 | 200,349 | 317,293 | 228,163 | 230,032 |

### Part IV. Allocation of Sales Price

| | KB Toy of Wyoming, Inc. | Ala Moana Kay-Bee Toy, Inc. | Pheasant Kay-Bee Toy, Inc. | Aguadilla Kay-Bee Toy, Inc. | Atocha Street Kay-Bee Toy, Inc. | Bayamon Kay-Bee Toy, Inc. | Calle Betances Kay-Bee Toy, Inc. | Carolina Kay-Bee Toy, Inc. | Centro Del Sur Kay-Bee Toy, Inc. | Cordeiro Ave (Caguas) Kay-Bee Toy, Inc. |
|---|---|---|---|---|---|---|---|---|---|---|
| Class I | 52,577 | 76,282 | 358,972 | 34,541 | 17,700 | 58,282 | 58,668 | 64,545 | 39,280 | 67,755 |
| Class II | - | - | - | - | - | - | - | - | - | - |
| Class III | 0 | 0 | - | 0 | 50 | 0 | 0 | 0 | - | - |
| Class IV | 138,053 | 97,153 | - | 118,490 | 69,846 | 293,189 | 75,642 | 162,373 | 113,303 | 68,742 |
| Class V | 90,347 | 41,654 | 152 | 56,891 | 13,967 | 25,734 | 66,039 | 90,374 | 75,579 | 63,535 |
| Class VI | - | - | - | - | - | - | - | - | - | - |
| Class VII | - | - | - | - | - | - | - | - | - | - |
| Total Allocated Sales Price | 280,977 | 215,089 | 359,124 | 209,923 | 101,563 | 377,205 | 200,349 | 317,293 | 228,163 | 230,032 |

### Notes:

| | KB Toy of Wyoming, Inc. | Ala Moana Kay-Bee Toy, Inc. | Pheasant Kay-Bee Toy, Inc. | Aguadilla Kay-Bee Toy, Inc. | Atocha Street Kay-Bee Toy, Inc. | Bayamon Kay-Bee Toy, Inc. | Calle Betances Kay-Bee Toy, Inc. | Carolina Kay-Bee Toy, Inc. | Centro Del Sur Kay-Bee Toy, Inc. | Cordeiro Ave (Caguas) Kay-Bee Toy, Inc. |
|---|---|---|---|---|---|---|---|---|---|---|
| Historic: Allocated to Other Assets Class V | 90,347 | 41,654 | 152 | 56,891 | 13,967 | 25,734 | 66,039 | 90,374 | 75,579 | 63,535 |
| Allocated to Investment in Subsidiaries | | | | | | | | | | |
| Total Allocated Class V | 90,347 | 41,654 | 152 | 56,891 | 13,967 | 25,734 | 66,039 | 90,374 | 75,579 | 63,535 |

F:\dept\tax\2000_Inc\tax return\Kay Bee Disposition\
8023.xls
Sheet: 8594

Allocation of ~ Sales Price
Purchase of Haven's Corners Stock
December 7, 2000

| Target Corporation FEIN Internal Company Code | Fajardo State Rd Kay-Bee Toy, Inc. 04-2990585 040 | Las Americas Kay-Bee Toy, Inc. 66-0392765 041 | Main Street (Yauco) Kay-Bee Toy, Inc. 06-1276790 042 | Mayaguez Kay-Bee Toy, Inc. 04-3096578 043 | Montehiedra Kay-Bee Toy, Inc. 04-3277652 044 | Plaza Del Caribe Kay Bee Toy, Inc 04-3168916 045 | Rio Hondo Kay-Bee Toy, Inc. 52-1260893 046 | Kay-Bee Isabela, Inc. Inc. 31-1486053 047 | Kay-Bee Guayama, Inc. Inc. 31-1486049 048 | Kay-Bee Palma Real, Inc. 31-1486050 049 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Part I. Computation of Aggregate Deemed Sales Price** | | | | | | | | | | |
| Allocated Cash and other Consideration Selling Expense | 14,666 | 336,345 | 202,320 | 179,845 | 233,846 | 216,429 | 296,582 | 207,518 | 144,052 | 248,027 |
| Net Cash and other Consideration | 14,666 | 336,345 | 202,320 | 179,845 | 233,846 | 216,429 | 296,582 | 207,518 | 144,052 | 248,027 |
| Total Liabilities | 2,916 | 21,298 | 6,312 | 10,303 | 9,260 | 9,438 | 17,925 | 9,341 | 5,698 | 6,913 |
| Negative cash reclassed to liabilities (accts 1108,1112,1116,1210,1215,1217) | | | | | | | | | | |
| Reclass Account 1203 AP Clearing Account to Liabilities Reduce liabilities for one day's worth of interest on Co. dividend note that accrued after 12/07 | | | | | | | | | | |
| Adjustments to move receivables (debit accounts) imbedded in liability section on balance sheet | | | | | | | | | | |
| If acct 1258(royalty receivable) <0, +acct 1258 | 540 | 19,250 | 6,682 | 9,048 | 10,451 | 12,156 | 13,091 | 5,588 | 5,050 | 9,403 |
| If acct 2103 (fine goods reserve) is less than 0, -(acct 2103) | | | | | | | | | | |
| If acct 2124 (deductive inventory) is less than 0, -(acct 2124) | | | | | | | | | | |
| If acct 2130 (freight) is less than 0,-(acct 2130) | | | | | | | | | | |
| Computed Liabilities Assumed | 3,455 | 40,549 | 12,994 | 19,352 | 19,711 | 21,595 | 31,015 | 14,929 | 10,749 | 16,317 |
| Aggregate Deemed Sales Price | 18,122 | 376,894 | 215,314 | 199,197 | 253,558 | 238,023 | 328,597 | 222,447 | 154,801 | 264,343 |

F:\dept\tax\2000_inct\tax return\Kay Bee Disposition\
8023.xls
Sheet: 8594

**Allocation of ...... Sales Price**
**Purchase of Haven's Corners Stock**
**December 7, 2000**

| Target Corporation<br>Part II. Book Value of Assets Grouped By Asset Class | Fajardo State Rd Kay-Bee Toy, Inc. | Las Americas Kay-Bee Toy, Inc. | Main Street (Yauco) Kay-Bee Toy, Inc. | Mayaguez Kay-Bee Toy, Inc. | Montehiedra Kay-Bee Toy, Inc. | Plaza Del Caribe Kay-Bee Toy, Inc. | Rio Hondo Kay-Bee Toy, Inc. | Kay-Bee Isabela, Inc. | Kay-Bee Guayama, Inc. | Kay-Bee Palma Real, Inc. |
|---|---|---|---|---|---|---|---|---|---|---|
| **Class I** | | | | | | | | | | |
| Cash and Cash Equivalents | 9,394 | 126,992 | 54,506 | 43,268 | 111,153 | 57,542 | 96,372 | 65,670 | 54,942 | 103,813 |
| Negative cash reclassified to liabilities (accts 1108,1112,1119,1210,1215,1217) | | | | | | | | | | |
| **Total Class I** | 9,394 | 126,992 | 54,506 | 43,268 | 111,153 | 57,542 | 96,372 | 65,670 | 54,942 | 103,813 |
| **Class II** | | | | | | | | | | |
| Marketable Securities, etc. | | | | | | | | | | |
| **Total Class II** | | | | | | | | | | |
| **Class III** | | | | | | | | | | |
| If acct 1258(royalty receivable) >0, acct 1258 | | | | | | | | | | |
| Accounts Receivable Trade | 540 | 0 | 515 | 20 | 0 | (0) | 0 | | | |
| **Total Class III** | 540 | 0 | 515 | 20 | 0 | (0) | 0 | | | |
| **Class IV** | | | | | | | | | | |
| Inventories | 42,472 | 758,066 | 438,589 | 464,242 | 451,887 | 530,126 | 631,615 | 439,527 | 378,800 | 472,342 |
| Acct 2100-Free goods receivable | | | | | | | | | | |
| **Total Class IV** | 42,472 | 758,066 | 438,589 | 464,242 | 451,887 | 530,126 | 631,615 | 439,527 | 378,800 | 472,342 |
| **Class V** | | | | | | | | | | |
| Due to/from KB Kids | | 137 | | 15 | 127 | | 39 | | 27 | |
| Investment in Subsidiaries | | | | | | | | | | |
| Prepaids | | 21,631 | 11,305 | 11,061 | 11,645 | 18,402 | 19,358 | 27,118 | 9,833 | 12,810 |
| Property and Equipment | | 503,620 | 365,938 | 229,154 | 437,599 | 305,193 | 371,008 | 323,789 | 264,847 | 464,509 |
| Accumulated Depreciation | | (210,010) | (148,749) | (105,874) | (177,755) | (138,763) | (52,718) | (115,647) | (194,310) | (168,236) |
| Acct 1325 Investment in KB Kids | | | | | | | | | | |
| Acct 1324 Investment in BrakPlay | | | | | | | | | | |
| Acct 1253 Notes Receivable KB Kids | | | | | | | | | | |
| Acct 2124-Credit memos defective inventory | | | | | | | | | | |
| Account 1203 AP Clearing Account | | | | | | | | | | |
| Acct 2130 Prepaid Freight | | | | | | | | | | |
| **Total Class V** | | 315,978 | 228,494 | 134,357 | 271,586 | 184,792 | 337,687 | 235,260 | 80,397 | 309,082 |
| **Class VI** | | | | | | | | | | |
| Tradenames | | | | | | | | | | |
| Tradename amortization | | | | | | | | | | |
| Intercompany AM | | | | | | | | | | |
| **Total Class VI** | | | | | | | | | | |

F:\dept\tax\2000_lnc\txtax return\Kay Bee Disposition\8023.xls<br>Sheet: 8594

Allocation of Sales Price
Purchase of Haven's Corners Stock
December 7, 2000

| Target Corporation | Fajardo State Rd Kay-Bee Toy, Inc. | Las Americas Kay-Bee Toy, Inc. | Main Street (Yauco) Kay-Bee Toy, Inc. | Mayaguez Kay-Bee Toy, Inc. | Montehiedra Kay-Bee Toy, Inc. | Plaza Del Caribe Kay-Bee Toy, Inc. | Rio Hondo Kay-Bee Toy, Inc. | Kay-Bee Isabela, Inc. | Kay-Bee Inc. | Kay-Bee Guayama, Inc. | Kay-Bee Palma Real, Inc. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **III. Aggregate Fair Market Value** | | | | | | | | | | | |
| Class I | 9,334 | 126,992 | 54,506 | 43,288 | 111,153 | 57,542 | 96,372 | 65,870 | | 54,942 | 103,813 |
| Class II | - | - | - | - | - | - | - | - | | - | - |
| Class III | 540 | 0 | 515 | 20 | 0 | (0) | 0 | - | | - | - |
| Class IV | 8,247 | 164,443 | 99,644 | 114,442 | 82,944 | 123,360 | 142,179 | 87,855 | | 75,870 | 90,780 |
| Class V-Other than Investment in KB Online, KBKids, BrainPlay | - | - | - | - | - | - | - | - | | - | - |
| Class V-Investment in Online, Kids, BrainPlay | | 85,458 | 60,649 | 41,466 | 59,461 | 57,121 | 91,046 | 68,722 | | 23,988 | 69,751 |
| Class VI-Trademarks* Class VII | - | - | - | - | - | - | - | - | | - | - |
| | | | | | | | | | | | |
| **Total Aggregate Fair Market Value** | 18,122 | 376,894 | 215,314 | 199,197 | 253,558 | 238,023 | 329,597 | 222,447 | | 154,801 | 264,343 |
| **Part IV Allocation of Sales Price** | | | | | | | | | | | |
| Class I | 9,334 | 126,992 | 54,506 | 43,288 | 111,153 | 57,542 | 96,372 | 65,870 | | 54,942 | 103,813 |
| Class II | - | - | - | - | - | - | - | - | | - | - |
| Class III | 540 | 0 | 515 | 20 | 0 | - | 0 | - | | - | - |
| Class IV | 8,247 | 164,443 | 99,644 | 114,442 | 82,944 | 123,360 | 142,179 | 87,855 | | 75,870 | 90,780 |
| Class V | - | 85,458 | 60,649 | 41,466 | 59,461 | 57,121 | 91,046 | 68,722 | | 23,988 | 69,751 |
| Class VI | - | - | - | - | - | - | - | - | | - | - |
| Class VII | - | - | - | - | - | - | - | - | | - | - |
| **Total Allocated Sales Price** | 18,122 | 376,894 | 215,314 | 199,197 | 253,558 | 238,023 | 329,597 | 222,447 | | 154,801 | 264,343 |
| **Notes:** | | | | | | | | | | | |
| Notation: Allocated to Other Assets Class V | - | 85,458 | 60,649 | 41,466 | 59,461 | 57,121 | 91,046 | 68,722 | | 23,988 | 69,751 |
| Allocated to Investment in Subsidiaries | - | - | - | - | - | - | - | - | | - | - |
| Total Allocated Class V | - | 85,458 | 60,649 | 41,466 | 59,461 | 57,121 | 91,046 | 68,722 | | 23,988 | 69,751 |