**EXHIBIT M**

900200.00001/40124222v1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:*<br><br>KB TOYS, INC., *et al.*,<br><br>                Debtors.<br><br>BIG LOTS STORES, INC.,<br><br>                Plaintiff<br>v.<br><br>KB ACQUISITION CORPORATION, *et al.*,<br><br>                Defendants. | Chapter 11<br><br>Case No. 04-10120 (JBR)<br>(Jointly Administered)<br><br><br><br>Adversary Proceeding No. 04-53134 (JBR) |

**STIPULATION AND ORDER EXTENDING DEFENDANTS' TIME
TO RESPOND TO (I) AMENDED COMPLAINT AND
(II) PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff and Defendants, by their undersigned counsel, hereby stipulate and agree as follows, subject to Court approval:

1. Currently pending before this Court is the Motion to Dismiss [Adversary Docket No. 24] filed by Defendants on April 26, 2004 and the Motion for Summary Judgment [Adversary Docket No. 98] filed by Plaintiff on May 20, 2004.

2. The time within which the Defendants may answer or otherwise respond to the amended complaint is extended to and including ten (10) days after the Court issues a ruling on Defendants' Motion to Dismiss.

WP3:1006639.1

/00
5/28/04
62865.1001

3. The time within which the Defendants may respond to the Plaintiff's Motion for Summary Judgment is extended to and including twenty-one (21) days after the Court issues a ruling denying the Defendants' Motion to Dismiss.

Plaintiff and Defendants respectfully request that the Court approve this Stipulation.

Dated: May 28, 2004

BIG LOTS STORES, INC.

By its attorneys,

*Michael DeBaecke*

Michael D. DeBaecke (No. 3186)
BLANK ROME LLP
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
(302) 425-6412

and

Robert J. Sidman
William D. Kloss, Jr.
VORYS, SATER, SEYMOUR
  AND PEASE LLP
52 East Gay Street
Columbus, Ohio 43215
(614) 464-6400

KB ACQUISITION CORPORATION, *et al.*,

By their attorneys,

*Joel A. Waite*

Joel A. Waite (No. 2925)
M. Blake Cleary (No. 3614)
Matthew B. Lunn (No. 4119)
YOUNG CONAWAY STARGATT &
  TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Tel: (302) 571-6600
Fax: (302) 571-1253

and

Mark N. Polebaum (BBO #402060)
Mitchel Appelbaum (BBO #558579)
Dennis L. Jenkins (BBO #637065)
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

SO ORDERED this **3rd** day of **June**, 2004:

*Joel B. Rosenthal*

HONORABLE JOEL B. ROSENTHAL