## CERTIFICATE OF SERVICE

I, *Jason W. Staib*, certify that I am not less than 18 years of age, and that on June 1, 2005, I caused service of the attached *Opening Brief and Appendix of Appellant Big Lots, Inc.* to be made on the parties listed below as indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.

*[signature]*
Jason W. Staib

**BY ELECTRONIC AND HAND DELIVERY**

Joel A. Waite, Esquire
M. Blake Cleary, Esquire
*Young Conway Stargatt & Taylor, LLP*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899

**BY ELECTRONIC AND FIRST CLASS MAIL**

Mark N. Polebaum, Esquire
Mitchel Appelbaum, Esquire
Dennis L. Jenkins, Esquire
*Wilmer Cutler Pickering Hale and Dorr, LLP*
60 State Street
Boston, MA 02109