IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:*<br><br>KB TOYS, INC., *et al.*,<br><br>　　　　　　　　　Debtors.<br><br>BIG LOTS STORES, INC.,<br><br>　　　　　　　　　Appellant<br><br>v.<br><br>KB ACQUISITION CORPORATION, *et al.*,<br><br>　　　　　　　　　Appellees. | Bankruptcy Case No. 04-10120 (WS)<br>Bankruptcy Adv. Proc. 04-53134 (WS)<br><br><br><br><br>Civil Action No. 04-1310 (KAJ) |

**APPENDIX TO ANSWERING BRIEF OF APPELLEES**
**KB ACQUISITION CORPORATION, ET AL.**

　　　　　　　　　　　　　YOUNG CONAWAY STARGATT & TAYLOR, LLP
　　　　　　　　　　　　　Joel A. Waite (No. 2925)
　　　　　　　　　　　　　M. Blake Cleary (No. 3614)
　　　　　　　　　　　　　Matthew B. Lunn (No. 4119)
　　　　　　　　　　　　　The Brandywine Building
　　　　　　　　　　　　　1000 West Street, 17th Floor
　　　　　　　　　　　　　P.O. Box 391
　　　　　　　　　　　　　Wilmington, DE 19899-0391
　　　　　　　　　　　　　Tel: (302) 571-6600
　　　　　　　　　　　　　Fax: (302) 571-1253

　　　　　　　　　　　　　– and –

　　　　　　　　　　　　　WILMER CUTLER PICKERING HALE AND DORR LLP
　　　　　　　　　　　　　Mark N. Polebaum (BBO #402060)
　　　　　　　　　　　　　Mitchel Appelbaum (BBO#558579)
　　　　　　　　　　　　　Kristin V. Collins (BBO #650420)
　　　　　　　　　　　　　60 State Street
　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　Tel: (617) 526-6000
　　　　　　　　　　　　　Fax: (617) 526-5000

　　　　　　　　　　　　　Counsel for Appellees

Dated: July 1, 2005

# TABLE OF CONTENTS

Document                                                                                                              Exhibit

First Amended Verified Complaint for Declaratory, Equitable,
Monetary and Injunctive Relief ............................................................................................. A

Affidavit of Robert J. Feldman in Support of Defendants' Answering
Brief in Opposition to Plaintiff's Motion for Preliminary Injunction ....................................... B

Defendants' Motion to Dismiss Adversary Proceeding ............................................................ C

Memorandum of Law in Support of Defendants' Motion to Dismiss ....................................... D

Plaintiff's Answering Brief in Opposition to Defendants' Motion to Dismiss ........................... E

Defendants' Reply Memorandum to Plaintiff's Answering Brief in
Opposition to Defendants' Motion to Dismiss .......................................................................... F

Notice of Completion of Briefing .............................................................................................. G

Stipulation and Order Extending Defendants' Time to Respond to
(I) Amended Complaint and (II) Plaintiff's Motion for Summary Judgment ........................... H

Hearing Regarding Defendants' Motion to Dismiss .................................................................. I

Order Granting Motion to Dismiss Adversary Proceeding ....................................................... J

Memorandum Opinion Granting Motion to Dismiss ................................................................. K

Notice of Appeal ........................................................................................................................ L