# EXHIBIT G

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:*<br><br>KB TOYS, INC., *et al.*,<br><br>                       Debtors.<br><br>BIG LOTS STORES, INC.,<br><br>                       Plaintiff<br><br>v.<br><br>KB ACQUISITION CORPORATION, *et al.*,<br><br>                       Defendants. | Chapter 11<br><br>Case No. 04-10120 (JBR)<br>(Jointly Administered)<br><br><br><br>Adversary Proceeding No. 04-53134 (JBR)<br><br><br>RE: Docket No. 24 |

## NOTICE OF COMPLETION OF BRIEFING

In accordance with this Court's procedures, KB Acquisition Corporation and its affiliates, defendants in the above-captioned adversary proceeding (the "Defendants"), hereby provide notice that briefing on the Defendant's Motion to Dismiss [Docket No. 24] (the "Motion") is complete. The following pleadings are relevant in connection with the Motion:

1. Plaintiff's First Amended Verified Complaint for Declaratory, Equitable, Monetary and Injunctive Relief [Docket No. 13].

2. Defendants' Motion to Dismiss [Docket No. 24].

3. Memorandum of Law in Support of Defendants' Motion to Dismiss [Docket No. 25] (citing Affidavit of Robert J. Feldman in Support of Defendants' Answering Brief in Opposition to Plaintiff's Motion for Preliminary Injunction [Docket No. 23]).

4. Plaintiff's Answering Brief in Opposition to Defendants' Motion to Dismiss [Docket No. 97].

1

5. Defendants' Reply Memorandum to Plaintiff's Answering Brief in Opposition to Defendants' Motion to Dismiss [Docket No. 101].

Dated: June 1, 2004
    Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ illegible
Joel A. Waite (No. 2925)
M. Blake Cleary (No. 3614)
Matthew B. Lunn (No. 4119)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Tel: (302) 571-6600
Fax: (302) 571-1253

- and –

HALE AND DORR LLP
Mark N. Polebaum (BBO #402060)
Mitchel Appelbaum (BBO #558579)
Dennis L. Jenkins (BBO #637065)
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

Counsel for Debtors and Debtors In Possession