**EXHIBIT H**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:*<br><br>KB TOYS, INC., *et al.*,<br><br>　　　　　　　　　　Debtors.<br><br>BIG LOTS STORES, INC.,<br><br>　　　　　　　　　　Plaintiff<br><br>　　v.<br><br>KB ACQUISITION CORPORATION, *et al.*,<br><br>　　　　　　　　　　Defendants. | Chapter 11<br><br>Case No. 04-10120 (JBR)<br>(Jointly Administered)<br><br><br><br>Adversary Proceeding No. 04-53134 (JBR) |

**STIPULATION AND ORDER EXTENDING DEFENDANTS' TIME
TO RESPOND TO (I) AMENDED COMPLAINT AND
(II) PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

　　Plaintiff and Defendants, by their undersigned counsel, hereby stipulate and agree as follows, subject to Court approval:

　　1.　　Currently pending before this Court is the Motion to Dismiss [Adversary Docket No. 24] filed by Defendants on April 26, 2004 and the Motion for Summary Judgment [Adversary Docket No. 98] filed by Plaintiff on May 20, 2004.

　　2.　　The time within which the Defendants may answer or otherwise respond to the amended complaint is extended to and including ten (10) days after the Court issues a ruling on Defendants' Motion to Dismiss.

WP3:1006639.1

/00
5/28/04
62865.1001

3. The time within which the Defendants may respond to the Plaintiff's Motion for Summary Judgment is extended to and including twenty-one (21) days after the Court issues a ruling denying the Defendants' Motion to Dismiss.

Plaintiff and Defendants respectfully request that the Court approve this Stipulation.

Dated: May 28, 2004

| BIG LOTS STORES, INC. | KB ACQUISITION CORPORATION, *et al.*, |
|---|---|
| By its attorneys, | By their attorneys, |
| *Michael DeBaecke* | *Joel A. Waite* |
| Michael D. DeBaecke (No. 3186) | Joel A. Waite (No. 2925) |
| BLANK ROME LLP | M. Blake Cleary (No. 3614) |
| 1201 N. Market Street, Suite 800 | Matthew B. Lunn (No. 4119) |
| Wilmington, Delaware 19801 | YOUNG CONAWAY STARGATT & |
| (302) 425-6412 | TAYLOR LLP |
| | The Brandywine Building |
| and | 1000 West Street, 17th Floor |
| | P.O. Box 391 |
| Robert J. Sidman | Wilmington, Delaware 19899-0391 |
| William D. Kloss, Jr. | Tel: (302) 571-6600 |
| VORYS, SATER, SEYMOUR | Fax: (302) 571-1253 |
| AND PEASE LLP | |
| 52 East Gay Street | and |
| Columbus, Ohio 43215 | |
| (614) 464-6400 | Mark N. Polebaum (BBO #402060) |
| | Mitchel Appelbaum (BBO #558579) |
| | Dennis L. Jenkins (BBO #637065) |
| | HALE AND DORR LLP |
| | 60 State Street |
| | Boston, MA 02109 |
| | Tel: (617) 526-6000 |
| | Fax: (617) 526-5000 |

SO ORDERED this **3rd** day of **June**, 2004:

*Joel B. Rosenthal*
HONORABLE JOEL B. ROSENTHAL