## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2005, I electronically filed a true and correct copy of the Appendix to Answering Brief of Appellees KB Acquisition Corporation, et al. with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

**AND BY HAND DELIVERY**
Michael D. DeBaecke, Esquire
Blank Rome Comisky & McCauley, LLP
1201 Market Street, Suite 800
1201 Market Street
Wilmington, DE 19801

I further certify that on July 1, 2005, I served the Appendix to Answering Brief of Appellees KB Acquisition Corporation, et al. upon the following non-registered participants in the manner indicated below:

<u>By First Class Mail</u>
VORYS, SATER, SEYMOUR AND PEASE LLP
Robert J. Sidman
William D. Kloss, Jr.
52 East Gay Street
Columbus, OH 43215

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Joel A. Waite (No. 2925)
M. Blake Cleary (No. 3614)
Matthew B. Lunn (No. 4119)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Tel: (302) 571-6600
Fax: (302) 571-1253
jwaite@ycst.com
mbcleary@ycst.com

DB02:5004127.2                                                                                               062865.1001