

Phone:   (302) 425-6412
Fax:     (302) 425-6464
Email:   debaecke@blankrome.com

July 12, 2005

**BY HAND**

Honorable Kent A. Jordan
U.S. District Court for the
District of Delaware
844 North King Street
Lock Box 10
Wilmington, DE 19801

      Re:    In re: KB Toys, Inc., *et al.*
                Case No. 04-BK-10121 (DDS) and
                Bk. Adv. Proc. 04-53134 (DDS);
                <u>Civil Action No. 04-1310 (KAJ)</u>

Dear Judge Jordan:

      Please find enclosed a courtesy copy of Appellant Big Lots Stores, Inc.'s Reply Brief and accompanying Appendix, which were filed on July 11, 2005 in accordance with the Consent Order Setting Briefing Schedule in the above-captioned appeal. This matter is now fully briefed.

                                                      Respectfully submitted,

                                                      Michael DeBaecke #3186
                                                      Michael D. DeBaecke

MDD:jep
Enclosures
cc:    Joel A. Waite, Esquire (w/out enclosures)
       Mark N. Polebaum, Esquire (w/out enclosures)
       William D. Kloss, Jr., Esquire (w/out enclosures)