UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: : | |
| KB TOYS, INC., *et al.*, : | Case No. 04-BK-10120 (KJC) |
| Debtors. : | Bk. Adv. Proc. 04-53134 (JBR) |
| BIG LOTS STORES, INC., : | |
| Appellant, : | Civil Action No. 04-1310 (KAJ) |
| v. : | Notice of Appeal |
| KB ACQUISITION CORPORATION, *et al.*, : | |
| Appellees. : | |

**NOTICE OF APPEAL TO UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT**

Notice is hereby given that Big Lots Stores, Inc. ("Big Lots"), appellant in the above named case and plaintiff in the KB Toys, Inc. bankruptcy cases, hereby appeals to the United States Court of Appeals for the Third Circuit from the final Memorandum Order of the District Court for the District of Delaware entered in this case on March 23, 2006, which final order affirmed the dismissal of the complaint filed by Big Lots in the KB Toys, Inc., et al. bankruptcy cases.

The parties to the order appealed from and the names and addresses of their respective attorneys are as follows:

<u>For KB Acquisition, Inc. *et al.*</u>
Joel Alan Waite, Esquire
Young, Conway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899

Mark N. Polebaum, Esquire
Wilmer Cutler Pickering Hale
and Dorr LLP
60 State Street
Boston, MA 02109

Dated: April 19, 2006

**BLANK ROME LLP**

*Michael DeBaecke*
Michael D. DeBaecke, Esquire (DE No. 3186)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
(302) 425-6400

- and -

Robert J. Sidman, Esquire
William D. Kloss, Jr., Esquire
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
Columbus, Ohio 43215
(614) 464-6400

Attorneys for Appellant Big Lots Stores, Inc.

## CERTIFICATE OF SERVICE

I, *Michael D. DeBaecke*, certify that I am not less than 18 years of age, and that on April 19, 2006, I caused service of the attached *Appellant's Notice of Appeal to United States Court of Appeals for the Third Circuit* to be made on the parties listed below as indicated.

Under penalty of perjury, I declare that the foregoing is true and correct.

*Michael DeBaecke*
Michael D. DeBaecke

**BY HAND DELIVERY**

Joel A. Waite, Esquire
M. Blake Cleary, Esquire
*Young Conway Stargatt & Taylor, LLP*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899

**BY FACSIMILE AND FIRST CLASS MAIL**

Mark N. Polebaum, Esquire
Mitchel Appelbaum, Esquire
Dennis L. Jenkins, Esquire
*Wilmer Cutler Pickering Hale and Dorr, LLP*
60 State Street
Boston, MA 02109

120156.01600/40161430v.1