# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : |
| KB TOYS, INC., *et al.*, | : Case No. 04-10120 (JBR) |
| | : |
| Debtors. | : Bk. Adv. Proc. 04-53134 (JBR) |
| _____ | : |
| BIG LOTS STORES, INC., | : |
| | : |
| Appellant, | : |
| | : |
| v. | : Civil Action No. 04-1310 (KAJ) |
| | : |
| KB ACQUISITION CORPORATION, *et al.*, | : |
| | : |
| Appellees. | : |

## AMENDED[1] DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND STATEMENT OF ISSUES ON APPEAL FROM THE DISTRICT COURT'S MEMORANDUM ORDER DATED MARCH 23, 2006 AFFIRMING THE BANKRUPTCY COURT'S MEMORANDUM OPINION AND <u>ORDER DISMISSING ADVERSARY PROCEEDING</u>

Appellant Big Lots Stores, Inc., pursuant to Rule 6(b)(2)(B)(i) of the Federal Rules of Appellate Procedure, designates the following items to be included in the record on appeal to the Third Circuit Court of Appeals:

1. **Bankr. Ct. Docket No. 1036**     Transcript of Hearing on Plaintiff's Motion for Preliminary Injunction

2. Adv. Docket No. 1     Verified Complaint for Declaratory, Equitable, Monetary and Injunctive Relief

---

[1] Changes to the designation filed on May 3, 2006 appear in bold text.

1

| | | |
|---|---|---|
| 3. | Adv. Docket No. 5 | Plaintiff's Motion for Preliminary Injunction |
| 4. | Adv. Docket No. 6 | Plaintiff's Opening Brief in Support of Motion for Preliminary Injunction |
| 5. | Adv. Docket No. 9 | Plaintiff's Motion to Compel Expedited Rule 26(f) Conference and Deposition |
| 6. | Adv. Docket No. 10 | Plaintiff's Motion to Shorten Notice, Establish Objection Deadline, and for Expedited Consideration of Motion to Compel Expedited Rule 26(f) Conference and Deposition |
| 7. | Adv. Docket No. 11 | Order Granting Motion to Shorten Notice |
| 8. | Adv. Docket No. 13 | First Amended Verified Complaint for Declaratory, Equitable, Monetary and Injunctive Relief |
| 9. | Adv. Docket No. 15 | Memorandum in Support of Defendants' Objection to Plaintiff's Motion to Compel Expedited Rule 26(f) Conference and Deposition and Motion of Defendants for Protective Order |
| 10. | Adv. Docket No. 16 | Affidavit of Mark N. Polebaum |
| 11. | Adv. Docket No. 18 | Defendants' Objection to Plaintiff's Motion to Compel Expedited Rule 26(f) Conference and Deposition and Motion of Defendants for Protective Order |
| 12. | Adv. Docket No. 20 | Order Denying Plaintiff's Motion to Compel Expedited Rule 26(f) Conference and Deposition |
| 13. | Adv. Docket No. 21 | Defendants' Objection to Plaintiff's Motion for Preliminary Injunction |
| 14. | Adv. Docket No. 22 | Defendants' Answering Brief in Opposition to Plaintiff's Motion for Preliminary Injunction |
| 15. | Adv. Docket No. 23 | Affidavit of Robert J. Feldman in Support of Defendants' Answering Brief in Opposition to Plaintiff's Motion for Preliminary Injunction |

120156.01600/40161860v.1

| | | |
|---|---|---|
| 16. | Adv. Docket No. 24 | Defendants' Motion to Dismiss Adversary Proceeding |
| 17. | Adv. Docket No. 25 | Memorandum of Law in Support of Defendants' Motion to Dismiss |
| 18. | Adv. Docket No. 97 | Plaintiff's Answering Brief in Opposition to Defendants' Motion to Dismiss |
| 19. | Adv. Docket No. 98 | Plaintiff's Motion for Summary Judgment |
| 20. | Adv. Docket No. 99 | Plaintiff's Opening Brief in Support of Summary Judgment |
| 21. | Adv. Docket No. 100 | Stipulation and Order Extending Defendants' Time to Respond to (I) Amended Complaint and (II) Plaintiff's Motion for Summary Judgment |
| 22. | Adv. Docket No. 101 | Defendants' Reply Memorandum to Plaintiff's Answering Brief in Opposition to Defendants' Motion to Dismiss |
| 23. | Adv. Docket No. 102 | Notice of Completion of Briefing |
| 24. | Adv. Docket No. 104 | Order and Stipulation Extending Defendants' Time to Respond to (I) Amended Complaint and (II) Plaintiff's Motion for Summary Judgment |
| 25. | Adv. Docket No. 105 | Notice of Hearing regarding Defendants' Motion to Dismiss |
| 26. | Adv. Docket No. 109 | Order Granting Motion to Dismiss Adversary Proceeding |
| 27. | Adv. Docket No. 110 | Memorandum Opinion Granting Motion to Dismiss |
| 28. | Adv. Docket No. 114 | Notice of Appeal Regarding Docket Nos. 109 and 110 |
| 29. | D. Ct. Dkt. No. 2 | Designation of Record and Statement of Issues on Appeal |
| 30. | D. Ct. Dkt. No. 4 | Counterdesignation of Record and Statement of Issues on Appeal |

120156.01600/40161860v.1

| | | |
|---|---|---|
| 31. | D. Ct. Dkt. No. 10 | Opening Brief of Appellant |
| 32. | D. Ct. Dkt. Nos. 11-14 | Appendix to Opening Brief of Appellant |
| 33. | D. Ct. Dkt. No. 15 | Answering Brief of Appellee |
| 34. | D. Ct. Dkt. No. 16 | Appendix to Answering Brief of Appellee |
| 35. | D. Ct. Dkt. No. 17 | Reply Brief of Appellant |
| 36. | D. Ct. Dkt. No. 19 | Memorandum Order Affirming Dismissal of Adversary Proceeding |
| 37. | D. Ct. Dkt. No. 20 | Notice of Appeal |

## STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

1.  Did the District Court err in affirming the Bankruptcy Court's dismissal of the captioned Adversary Proceeding?

    a.  Did the District Court err in concluding that there was no error of fact or law in the Bankruptcy Court's decision?

    b.  Did the District Court err in concluding that the agreement at issue was clear and unambiguous on its face and/or in failing to consider the myriad factual and legal questions surrounding the negotiation, consummation and construction of the agreement at issue?

    c.  Did the District Court err in concluding that the tax refunds "belong" to the corporate entities whose stock was transferred rather than Appellant?

    d.  Did the District Court err in dismissing the Adversary Proceeding without consideration of certain items included in the record on appeal?

120156.01600/40161860v.1

e. Did the District Court adhere to the appropriate legal standard in affirming the dismissal of the Adversary Proceeding?

f. Did the District Court abuse its discretion in failing to permit Appellant to amend the Complaint prior to affirming the dismissal of the Adversary Proceeding?

Dated: May 5 2006

**BLANK ROME LLP**

*/s/ Jason Staib*
Michael D. DeBaecke (Del. Bar No. 3186)
Jason W. Staib (Del. Bar No. 3779)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone:  (302) 425-6400
Facsimile:  (302) 425-6464

- and -

**VORYS, SATER, SEYMOUR AND PEASE LLP**
Robert J. Sidman
William D. Kloss, Jr.
52 East Gay Street
Columbus, OH 43215
Telephone:  (614) 464-6400
Facsimile:  (614) 719-4962

*Counsel for Appellant*
*Big Lots Stores, Inc.*