## CERTIFICATE OF SERVICE

I, *Jason W. Staib*, certify that on May 5, 2006, I electronically filed an *Amended Designation of Items to be Included in the Record on Appeal and Statement of Issues on Appeal from the District Court's Memorandum Order Dated March 23, 2006 Affirming the Bankruptcy Court's Memorandum Opinion and Order Dismissing Adversary Proceeding* with the Clerk of the Court using CM/ECF and have sent by hand delivery and/or first class mail, the above document(s) to the following parties.

Under penalty of perjury, I declare that the foregoing is true and correct.

_____
Jason W. Staib

**BY HAND DELIVERY**

Joel A. Waite, Esquire
M. Blake Cleary, Esquire
*Young Conway Stargatt & Taylor, LLP*
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899

**BY FACSIMILE AND FIRST CLASS MAIL**

Mark N. Polebaum, Esquire
Mitchell Appelbaum, Esquire
Dennis L. Jenkins, Esquire
*Wilmer Cutler Pickering Hale and Dorr, LLP*
60 State Street
Boston, MA 02109

120156.01600/40161864v.1