UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:*<br><br>KB TOYS, INC., *et al.*,<br><br>　　　　　　　　　Debtors.<br><br>BIG LOTS STORES, INC.,<br><br>　　　　　　　　　Plaintiff<br><br>v.<br><br>KB ACQUISITION CORPORATION, *et al.*,<br><br>　　　　　　　　　Defendants. | Chapter 11<br><br>Case No. 04-10120 (KJC)<br>(Jointly Administered)<br><br>Adversary Proceeding No. 04-53134 (KJC)<br><br><br><br><br>Civil Action No. 04-1310 (KAJ) |

**APPELLEES' COUNTERDESIGNATION OF ITEMS
TO BE INCLUDED IN THE RECORD ON APPEAL AND
STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL**

　　　　Pursuant to Rule 6(b)(2)(B)(ii) of the Federal Rules of Appellate Procedure, Appellees KB Acquisition Corp. ("KBAC") and its affiliates hereby designate the following additional items to be included in the record on appeal to the United States Court of Appeals for the Third Circuit:

| | | |
|---|---|---|
| 1. | Bankr. Ct. Dkt.<br>No. 1480 | Transcript of Hearing on Debtors' Motion to Dismiss Adversary Proceeding 04-53134, held on August 23, 2004 before the Honorable Joel B. Rosenthal; and |
| 2. | D. Ct. Dkt. No. 3 | Motion by KB Acquisition Corp., et al. to Strike Items Designated by Appellant to be Included on the Record on Appeal to the District Court. |

1

## COUNTERDESIGNATION OF STATEMENT
## OF ISSUES TO BE PRESENTED ON APPEAL

Appellees state that the issue to be presented on appeal is as follows:

1. Was the District Court correct in concluding that the clear and unambiguous language of the Stock Purchase Agreement evidences KBAC's ordinary promise to pay certain tax refunds to Appellant and does not evidence Appellant's ownership interest in such tax refunds?

Dated: May 12, 2006
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Joel A. Waite
Joel A. Waite (No. 2925)
M. Blake Cleary (No. 3614)
Matthew B. Lunn (No. 4119)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Tel: (302) 571-6600
Fax: (302) 571-1253

- and –

WILMER CUTLER PICKERING HALE AND DORR LLP
Mitchel Appelbaum (BBO #558579)
Kristin V. Collins (BBO #650420)
60 State Street
Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000

Counsel for Defendants/Appellees

2