UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:*<br><br>KB TOYS, INC., *et al.,*<br><br>　　　　　　　　　Debtors.<br><br>BIG LOTS STORES, INC.,<br><br>　　　　　　　　　Plaintiff<br><br>v.<br><br>KB ACQUISITION CORPORATION, *et al.,*<br><br>　　　　　　　　　Defendants. | Chapter 11<br><br>Case No. 04-10120 (KJC)<br>(Jointly Administered)<br><br>Adversary Proceeding No. 04-53134 (KJC)<br><br><br>Civil Action No. 04-1310 (KAJ) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE　　)
　　　　　　　　　　　　) SS:
NEW CASTLE COUNTY　　)

　　　　Dennis A. Mason, Sr., being duly sworn according to law, deposes and says that he is employed by the law firm of Young Conaway Stargatt & Taylor, LLP, attorneys for Defendants, in the above captioned matter, and that on the 12th day of May, 2006 he caused a copy of the foregoing Appellees' Counterdesignation of Items to be Included In the Record on Appeal and Statement of Issues to be Presented on Appeal to be served in the manner described upon the parties on the attached service list.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Dennis A. Mason, Sr.

　　SWORN TO AND SUBSCRIBED before me this 12th day of
May, 2006.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Notary Public

　　　　　　　　　　　　　　　My commission expires _____

　　　　　　　　　　　　　　　　　ANGELA M. COLSON
　　　　　　　　　　　　　　　　　NOTARY PUBLIC
　　　　　　　　　　　　　　　　　STATE OF DELAWARE
　　　　　　　　　　　　　　　My Commission Expires Aug. 31, 2007

DB01:1507399.1

**SERVICE LIST**
**KB Toys, Inc.**
**5/12/2006**

Michael D. DeBaecke, Esq
Jason W. Staib, Esq.
Blank Rome, LLP
1201 Market Street, Suite 800
Wilmington, DE 19801-4226
(Big Lots Stores, Inc.)
*Hand Delivery*

Robert J. Sidman, Esq.
William D. Kloss, Jr., Esq.
Vorys, Sater, Seymour & Pease, LLP
52 East Gay Street, P.O. Box 1008
Columbus, OH 43215
(Counsel for Big Lots Stores, Inc.)
*First Class Mail*

Office of the United States Trustee
844 King Street, Suite 2313
Lock Box 35
Wilmington, DE 19801
*Hand Delivery*