UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 6-2377

In Re: KB Toys, et al.

Big Lot Stores, Inc.,   Appellant

(Delaware District Bankruptcy No. 04-cv-01330)

O R D E R

       In accordance with the agreement of the parties in the above entitled case, it is entered dismissed by the Clerk under the authority conferred upon her by Rule 42(b), Federal Rules of Appellate Procedure without cost to either party.

*Marcia M. Waldron*

Clerk
United States Court of Appeals
for the Third Circuit

Date: October 30, 2007

cc:
        Michael D. DeBaecke, Esq.
        Mitchel Appelbaum, Esq.

A True Copy

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.