OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

Clerk of District Court
( **District of Delaware**)

Date **October 30, 2007**

In re: **KB Toys, et al**
(Caption)

Appeal No. **06-2377**

**Big Lot Stores, Inc.**
( Appellant)

**D. C. No.   04-cv-01310**

Enclosures:

**October 30, 2007**   Certified copy of C. of A. Order filed October 1, 2007 by the Court.

\_\_\_\_\_ We release the certified list .

\_\_\_\_\_ Copy of this form to acknowledge receipt and return to C. of A.

\_\_\_\_\_ Record not released at this time until appeal(s) closed at No.(s)_____

\_\_\_\_\_ Please forward Certified List in Lieu of Record to this office.

\_\_\_\_\_ The certified copy of order issued as the mandate on_____ is RECALLED.

**Carolyn Hicks**   **(267)-299-4926**
Deputy Clerk   Telephone Number

Receipt Acknowledge:

_____
(Name)

_____
(Date)

R:\2006\2377\Clkltr103007.wpd